**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| USA, | ) | |
| | ) | No.   19 CR 669-1,2 and 3 |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| Gregg Smith et al. | ) | |

ORDER

The Court having been informed of the arrest of all defendants, the Clerk shall unseal the indictment and all filings.

ENTERED:

s\ Edmond E. Chang
_____
Honorable Edmond E. Chang
United States District Court Judge

DATE:   September 16, 2019