UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK,<br>JEFFREY RUFFO, and<br>CHRISTOPHER JORDAN,<br><br>Defendants. | No. 19 CR 669<br><br>Judge Edmond E. Chang |

### GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES

The defendants have moved for leave to file a reply brief of up to 50 pages in support of their Joint Motion to Dismiss the Indictment and to Strike Surplusage ("Motion"). Given the voluminous briefing already submitted on their Motion, and the fact that it is the defendants' reply brief, the Court should deny the defendants' request.

The parties have, to date, accommodated each other's requests for leave to file oversized briefs. In fact, the government did not oppose the defendants' request to file an opening memorandum of between 80-90 pages in support of its Motion, which the Court granted while noting that it was an "extraordinary request." *See* Minute Entry, Dkt. No. 111 (Feb. 26, 2020). The government will continue to not oppose reasonable accommodations as to page limits and scheduling matters. Indeed, just today, the government agreed not to oppose the defendants' request for an additional two weeks

-1-

in which to file a reply in support of their Joint Motion for a Bill of Particulars and to Compel Discovery.

But there should be no need for the defendants to file anything close to a 50-page reply brief on their Motion. Both the defendants' opening memorandum and the government's opposition brief were 65 pages, and it is confounding that the defendants would require as many as 50 additional pages to respond to the government's filing—especially since many of the arguments in the defendants' Motion clearly are foreclosed by *Coscia* (and contrary to *Vorley* and *Bases*).

The government acknowledges that, in a multidefendant case, a single, joint reply brief reasonably might exceed 15 pages. Thus, the government would not oppose a 25-page joint reply. But in light of the nature of the brief, and the lengthy memoranda already submitted on this issue, the Court should deny the defendants' motion for leave to file a brief of up to 50 pages.

Dated:  July 24, 2020

        Respectfully submitted,

        ROBERT A. ZINK
        Chief, Fraud Section
        Criminal Division
        U.S. Department of Justice

By:   */s/ Avi Perry*
        Matthew F. Sullivan, Trial Attorney
        Leslie S. Garthwaite, Trial Attorney
        Avi Perry, Assistant Chief
        1400 New York Avenue, N.W.
        Washington, D.C. 20530
        matthew.sullivan2@usdoj.gov
        leslie.garthwaite@usdoj.gov
        avi.perry@usdoj.gov
        (202) 353-6200 (Sullivan)
        (202) 631-6388 (Garthwaite)
        (202) 616-4619 (Perry)

## **CERTIFICATE OF SERVICE**

I, Avi Perry, hereby certify that on July 24, 2020, I caused the foregoing opposition brief to be electronically filed with the Clerk of Court by using the Court's electronic filing system, which will automatically send a notice of electronic filing to the parties who have entered an appearance in this case.

    /s/*Avi Perry*
    Avi Perry