**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:19-CR-00669 |
| | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| GREGG SMITH, | ) | |
| MICHAEL NOWAK, and | ) | |
| JEFFREY RUFFO. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court held pretrial-conference sessions on June 2, 2022, June 10, 2022, and June 16, 2022. This Order summarizes the decisions on the government exhibits objected to by the defense. Where necessary, the Court provides a more detailed analysis of its decisions on particular exhibits. A separate order will summarize the decisions on the objections to the defense exhibits.

**I. Government Exhibit List**

**Exhibit No. 5 / Ruffo Motion in Limine C (R. 297 / DX 129).** This is the plea agreement between the government and John Edmonds (Exhibit 6 is the cooperation agreement, which in the District of Connecticut is by practice a separate document). Defendants Smith and Nowak objected to the plea agreement's admissibility because it contains a hearsay summary of the offense and relevant conduct. That is correct, and indeed the exhibit contains plentiful other irrelevant and confusing sections (the waiver of rights, the certain Guidelines calculation, and so on). Having said that, the government may elicit testimony about the non-hearsay parts of the agreement (for example, to draw the sting and to explain the basis of the cooperation agreement). The other important exception is that Defendant Ruffo may cross-examine Edmonds on the single line that Ruffo sought to introduce, specifically, that in describing the crime, Edmonds stated that, "[f]rom no later than 2009 until no earlier than 2015, the defendant conspired with other precious metals *traders* at the Bank to engage in wire fraud, commodities fraud, commodities price manipulation, and spoofing," GX 5 (emphasis added), and the description did not include salespersons. Ruffo may do so cross by eliciting testimony from Edmonds—there should be no need to introduce the plea agreement itself. If Edmonds disclaims knowledge, then Ruffo may refresh his memory. The Court

-1-

will instruct the jury that it may consider the evidence only for the alleged omission and not for any other purpose.

With that in place, Defense Exhibit 129 (the similar statement of the government attorney during the plea colloquy of Edmonds) is excluded. Even if there were a sound reason to carve out government attorneys from the long-standing precedent in the Seventh Circuit that government agents generally are not parties for purposes of party-admissions under Evidence Rule 801(d)(2)(D), *see United States v. Arroyo*, 406 F.3d 881, 888 (7th Cir. 2005), Rule 403 would definitively bar the plea-colloquy statement here. The witness with the actual *personal* knowledge is Edmonds himself, not the government attorney. Introducing the plea-colloquy statement would in effect turn the government attorney into a witness, and the ensuing confusion and unfair prejudice would greatly outweigh any probative value of the attorney's statement. Worse, arguably the government should be allowed to rebut the statement (were it to be introduced) with an explanation of conspiracy law and Edmonds' interactions with Ruffo. So Ruffo's Motion in Limine C is denied.

**Exhibits No. 7 and 8.** The government seeks to offer parts of John Edmonds' recorded interview (and the corresponding transcript) with an FBI agent in August 2018. First Pretrial Conf. Hrg. Tr. 13:9–11. The government plans on introducing the evidence so that Edmonds can explain the initial denials of spoofing and the later admissions. *Id.* at 13:10–19. During the pretrial conference, the Court instructed the government to finalize the draft transcript into the version of the transcript that will be used as a demonstrative and highlight the particular statements for the defense that the government will use to draw the sting. *Id.* at 15: 2–6. The government is permitted to draw the sting whether by eliciting the testimony verbally or playing the recording.

**Exhibit No. 20.** This is an email to Defendant Nowak and also to Trunz, with an attached slide deck for a then-upcoming training. First Pretrial Conf. Hrg. Tr. 25:1–3. The government may introduce the slide deck, including the market-abuse regulation, even though the European regulation is (of course) not directly at issue. Trunz is expected to testify that this slide deck was about spoofing and layering just as it is regulated here in the United States, so the slide is relevant as to Nowak's knowledge of the similar U.S. ban on spoofing. *Id.* at 28:16–19. The slide deck is admissible with redactions of the STORs and a limiting instruction to the jury that the particular regulation is not itself alleged to be violated in this case. *Id.* at 28:10–13; 28:22–25.

**Exhibit No. 31**. This is an excerpted chat that was later used in a compliance training that addressed what *not* to say in e-communications. First Pretrial Conf. Hrg. Tr. 36:14–16. Armand Nakkab, the compliance officer who led the training, is expected to testify[1] about the exact line from this chat to show what was said—and what was *not* said—in chats after this training took place and the reason for that shift in communications. There thus is no hearsay problem (the chat is not offered for its truth), and it is relevant to explain why conversants took greater care in

---

[1]The government noted that Agent Troiano, the FBI case agent, may testify about this exhibit instead of Nakkab. First Pretrial Conf. Hrg. Tr. 38:21-24.

subsequent chats. Although Defendant Jordan is no longer part of this trial, the government still must prove up a conspiracy in which Jordan was a member. *Id.* at 38:6–8.

**Exhibit No. 43.** The defense objected to this exhibit, arguing that the reference to spoofing the "locals" refers to voice spoofing. The government previously advised the defense they would not make allegations related to voice spoofing. First Pretrial Conf. Hrg. Tr. 44:19–20. At the pre-trial conference, the Court decided that absent any showing that this refers to something other than voice spoofing, the exhibit is excluded. *Id.* at 48:1–5.

**Exhibit Nos. 91 and 98–101; Nos. 272, 300–356 (Motion in Limine on Compensation, R. 312).** These exhibits are offered to show Defendant Ruffo's communications with a client. They are allowed to show that Ruffo knew what was happening in the market, as well as to show that Ruffo had certain crucial clients that added to the desk's profitability. Relatedly, the government's motion to introduce the compensation-related exhibits (Exhibits 272, 300–356) is allowed. R. 312, Mot. Limine on Compensation. The Defendants' compensation (as well as the compensation of the coconspirators) is powerful evidence of motive for the alleged crimes. The related evidence on bonuses is allowed because there is a sufficient connection (even if not an exact percentage relationship) between the profitability of the trades and the bonuses, which in turn is (again) powerful evidence of motive. Rule 403 concerns do not justify exclusion given the strength of the probative value of compensation-as-motive evidence. And the jury will not likely be taken aback by the general idea that the Defendants' compensation was substantial given their roles and responsibilities at one of the nation's largest financial institutions.

**Exhibit Nos. 131–43, 146–56, 158–72 (Motion in Limine on Compliance versus Criminal Law, R. 289; Motion to Exclude Compliance Exhibits, R. 543).** These are JPMorgan compliance-related materials, describing prohibited (and permitted) practices of the bank. The government anticipates these materials will be introduced through compliance officer Armand Nakkab. The defense argued in a motion in limine for a limiting instruction explaining that compliance policies are different than federal criminal law, R. 289, and the defense also filed a broader motion seeking to exclude the exhibits, R. 543. From the defense's perspective, some compliance exhibits outright misstate the law, including on the mental-state requirement for fraud. Hrg. Tr. 108:1–4. It is of course true that compliance policies are not necessarily equivalent to criminal-law requirements. But a limiting instruction can adequately explain that difference to the jury to minimize the risk of misunderstanding. With that risk minimized, the exhibits are allowed because the Defendant's alleged knowledge of compliance policies, alleged violation of them, alleged false denials of violations, and alleged cover-up of the violations (and how all of those facts thus show intent) are powerfully relevant facts for the jury to consider in deciding whether the Defendant's had the requisite mental state for the charged crimes.

On review of the competing limiting instructions, the Court will instruct the jury as follows when the first compliance-policy evidence is introduced, and will from time to time remind the jury (and this is important enough to go into the final instructions as well, in the past tense at that point):

You are about to hear evidence of compliance policies issued by JPMorgan Chase. Evidence that a defendant violated bank-compliance policies are not, standing alone, sufficient to convict a Defendant. A bank's compliance policies are not necessarily the same as federal law, so even if you were to find that a Defendant violated a compliance policy, that does not necessarily mean that there was a violation of the law. I will explain *federal law* to you at the end of the trial. You must apply the law that I give you and the government must prove violations of *federal law* beyond a reasonable doubt.

This instruction appropriately balances the legal principle (compliance is not the same as criminal law) without incorrectly cabining the evidence's relevancy or giving the Court's imprimatur to one side or the other. The Court considered listing the specific relevancy topics (that is, alleged knowledge of compliance policies, alleged violation of them, alleged false denials of violations, alleged cover-up of the violations, and how those facts in turn show intent) but it ended up sounding more prejudicial to the Defendants than helpful. Instead, the Court will leave it to the parties to argue those relevancy points to the jury rather than the Court listing them out.

**Exhibit No. 177.** The government seeks to offer notes taken by Suzanne Bywater either at or after a meeting in which Nowak participated. First Pretrial Conf. Hrg. Tr. 120:1–8. The government offers this as a business record and did obtain a 902(11) certificate from the firm and Ms. Bywater. During the first pretrial session, the Court inquired on the circumstances surrounding these notes and how frequently Bywater would take these kinds of notes. *Id.* at 121:16–19. During the third session, the government reported that, based on a second interview of Bywater, she explained that she typically took these notes around five times per month during the course of her JPMorgan human-resources tenure, and and that this was one of her primary responsibilities. R. 556, Third Pretrial Conf. Hrg. Tr. 673:4–10. The defense asserts that the notes were not those taken at the actual meeting, but rather prepared were from Bywater's handwritten notes during the meeting. *Id.* at 673:22–24. If the Court accepts the 902(11) certification, then the defense seeks to call Bywater as a defense witness so that they can examine her on what she meant by "non-verbatim." The government had amended their witness list on May 16, 2022, and had added Bywater, so it was reasonable for the Defendants to think that Bywater would in fact be called as a witness. But by the end of May, it became clear that Bywater would not in fact be present for trial. Rule 902(11) requires sufficient advance notice. Here, the 902(11) certification came too late. Unless Bywater agreed to a deposition under Rule 15, the defense did not have notice to challenge or rebut this exhibit. In order to lay the business-records foundation for this exhibit, Bywater must either testify at trial or testify by deposition. Given that she is no longer on the witness lists, the exhibit is excluded.

**Exhibits 378, 379, 380 / Defense Motion in Limine against Moore Capital Settlements (R. 298).** The government offers three exhibits (Exhibit 377 has been withdrawn) concerning enforcement cases brought against Moore Capital and Christopher Pia for allegedly engaging in banging the close in the platinum and palladium futures market. The cases resulted in news articles and a CFTC press release reflected in the exhibits. In 2010, Ruffo forwarded an article to Smith about the cases, GX 378; and in July 2011, compliance officer Nakkab forwarded by email

(GX 379) a pertinent CFTC press release (GX 380) to the precious metals desk (including the Defendants). The defense argues that the enforcement cases are irrelevant, and even if irrelevant, fails Rule 403.

The Court agrees on the latter point: even if the banging-the-close practice has some relevancy to show that the Defendants knew that not every open-market order is immune from CFTC scrutiny, that is not enough to overcome the Rule 403 concerns of unfair prejudice, confusion, and waste of time. It will take substantial time to explain to the jury what "banging the close" means, why and how it amounts to manipulation of prices, and what it means for the charges in this case. Indeed, the jury will have no legal instructions on banging the close as a form of manipulation, and having that legal understanding is important in assessing the probative value of these particular exhibits. The exhibits are excluded.

**Exhibit No. 409.** The government seeks to offer a CME advisory notice about a compliance rule to show knowledge and intent (the sponsoring witness is Robert Sniegowski). The defense raises concerns with the timing of when this compliance policy went into effect, namely, September 15, 2014, which is roughly two years before the alleged conspiracy ended. First Pretrial Conf. Hrg. Tr. 178:14–18. The defense also argues that the exhibit will confuse the jury because a compliance policy is not the same as the law. Given that the advisory notice was issued before the alleged conspiracy's end, and given the limiting instruction on compliance policies (as discussed earlier) and the defense's ability to cross Sniegowski, the exhibit is allowed.

### Exhibit Chart

The exhibit chart begins on the next page.

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 1 | - | Exhibit Withdrawn | | | | | |
| 2 | 7/25/2019 | Cooperation Agreement, *United States v. Corey Flaum*, 19 CR 338 (BMC) (E.D.N.Y.) | Cooperation agreement between Flaum and the Fraud Section, Criminal Division, of the U.S. Department of Justice | DOJ-0017116658 | DOJ-0017116665 | R. 802 hearsay; R. 608(b) bolstering | Allowed by agreement. |
| 3 | 8/7/2013 | Email from C. Flaum to T. Dinneny, R. Mizrahi, R. Cameron, and J. Fox | Flaum statement regarding Dodd-Frank prohibition on disruptive trading practices | DOJ-0017009766 | DOJ-0017009767 | R. 802 hearsay | Reserved. It is uncertain that Flaum will be attacked on the basis of his state of mind about these regulations. |
| 4 | - | Exhibit Withdrawn | | | | | Government withdrew proffer letter. |
| 5 | 10/9/2018 | Letter to Joseph DiBenedetto (The Law Office of Joseph DiBenedetto) | Plea agreement between John Edmonds and the U.S. Department of Justice | DOJ-0021561985 | DOJ-0021561996 | R. 802 hearsay; R. 608(b) bolstering | Excluded as an exhibit but government and Ruffo may elicit testimony about it as discussed above. |
| 6 | 10/9/2018 | Letter to Joseph DiBenedetto (The Law Office of Joseph DiBenedetto) | Cooperation agreement between John Edmonds and the U.S. Department of Justice | DOJ-0017116654 | DOJ-0017116657 | R. 802 hearsay; R. 608(b) bolstering | Allowed by agreement. |
| 7 | 8/7/2018 | Recorded FBI interview of J. Edmonds at 19:34–20:10, 21:42–22:21, 25:33–25:43, and 29:53–30:11 | Interview regarding John Edmonds's trading activity at JPMorgan | DOJ-0017116726 | DOJ-0017116726 | R. 802 hearsay | Allowed. The government may draw the sting by eliciting this testimony or playing the recording. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 8 | 11/14/2017 | Transcript of Deposition of John Edmonds in *Shak v. J.P. Morgan Chase & Co.*, 15 Civ. 994 (S.D.N.Y.) at 146–147 | John Edmonds's statements regarding precious metals trading at JPMorgan | DOJ-0016994909 | DOJ-0016995102 | R. 802 hearsay; R. 401 relevance, R. 403 prejudice, confusion, delay | Allowed. |
| 9 | 5/30/2017 | Memo from D. Turnbull to Global People Support | Business rationale for reduction in force and elimination of John Edmonds's position | DOJ-0008293705 | DOJ-0008293705 | R. 401 relevance | Reserved. |
| 10 | 7/1/2017 | Letter from JPMorgan Corporate & Investment Bank Human Resources to J. Edmonds | Terms and agreement of John Edmonds's severance from JPMorgan | DOJ-0008293736 | DOJ-0008293752 | R. 401 relevance | Reserved. |
| 11 | 4/14/2011 | Bloomberg Chat with J. Edmonds, R. Leahy & C. Trunz | J. Edmonds commenting about protecting a barrier | DOJ-0008996867 | DOJ-0008996870 | R. 802 hearsay | Reserved (although with barrier options dropped, unlikely to be introduced). |
| 12 | 6/16/2009 | Bloomberg Chat with J. Edmonds & J. Walpole | Discussion of CFTC's review related to JPMorgan's large, short futures position on the CME and the long OTC position and that they're "not outright manipulating" | DOJ-0008990105 | DOJ-0008990109 | R. 401 relevance; R. 403 prejudice, confusion, delay; R. 802 hearsay | Reserved. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 13 | 9/12/2008 | Reuters chat with M. Nowak and BNP Paribas | Discussion of John Edmonds as a "really good guy" who "sat right behind me" | DOJ-0010557979 | DOJ-0010557979 | | |
| 14 | - | Exhibit Withdrawn | | | | | |
| 15 | 8/20/2019 | Cooperation Agreement, *United States v. Christian Trunz*, 19 CR 375 (SJ) (E.D.N.Y.) | Cooperation agreement between Trunz and the Fraud Section, Criminal Division, of the U.S. Department of Justice | DOJ-0017116666 | DOJ-0017116674 | R. 802 hearsay; R. 608(b) bolstering | Allowed if defense agrees (there is no underlying factual basis in the exhibit). Otherwise government may elicit testimony about it and draw sting. |
| 16 | 8/17/2016 | Email from S. Jackson to M. Nowak | Discussion of surveillance alerts triggered by C. Trunz trading in precious metals futures contracts between April and July 2016 | DOJ-0015483022 | DOJ-0015483023 | R. 802 hearsay | Allowed, but only against Nowak. |
| 17 | 8/22/2016 | Email from G. Newman to Nowak | M. Nowak discussion with JPMorgan HR personnel of compliance review of C. Trunz's trading and his reaction to that process | DOJ-0014808949 | DOJ-0014808950 | | |
| 18 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 19 | 11/22/2016 | Meeting Invite from S. Jackson to M. Nowak & C. Trunz regarding, "training matter" | Meeting invite to discuss using examples of C. Trunz's trading at a training on spoofing and layering | DOJ-0014780430 | DOJ-0014780430 | | |
| 20 | 1/9/2017 | Email from J. Cornelius to M. Nowak, C. Trunz & S. Jackson | Discussing proposed training slide deck that would use C. Trunz's trading as real life examples of spoofing and layering | DOJ-0014778289 | DOJ-0014778299 | R. 802 hearsay | Allowed with redactions and instruction to jury that the particular regulation is not directly at issue in this case. |
| 21 | 1/9/2017 | Email from M. Nowak to J. Cornelius, C. Trunz & S. Jackson | M. Nowak and C. Trunz approving proposed training slide deck that uses C. Trunz's trading as real life examples of spoofing and layering | DOJ-0014778288 | DOJ-0014778288 | | |
| 22 | 1/10/2017 | Email from J. Cornelius to M. Nowak, C. Trunz, G. Smith and others | Meeting invite for compliance training with Trunz layering example | DOJ-0014778277 | DOJ-0014778287 | | |
| 23 | 1/24/2019 | Chat with M. Nowak & C. Trunz | Discussion of location for the weekly meeting between M. Nowak and C. Trunz | DOJ-0017491017 | DOJ-0017491017 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec- tions | Decision |
|---|---|---|---|---|---|---|---|
| 24 | 2/19/2019 | Meeting Invite for 2/20/19 from M. Nowak to C. Trunz regarding "Catchup" | Invite for regular catchup meeting between M. Nowak and C. Trunz in the months before C. Trunz's guilty plea in August 2019 | DOJ-0017491060 | DOJ-0017491060 | | |
| 25 | 3/25/2019 | Meeting Invite from M. Nowak to C. Trunz regarding "Catchup" | Invite for regular catchup meeting between M. Nowak and C. Trunz in the months before C. Trunz's guilty plea in August 2019 | DOJ-0017491070 | DOJ-0017491070 | | |
| 26 | 5/9/2019 | Meeting Invite for 5/10/19 from M. Nowak to C. Trunz regarding "Catchup" | Invite for regular catchup meeting between M. Nowak and C. Trunz in the months before C. Trunz's guilty plea in August 2019 | DOJ-0017491046 | DOJ-0017491046 | | |
| 27 | 7/24/2019 | Meeting Invite for 7/24/19 from M. Nowak to C. Trunz regarding "Catchup" | Invite for regular catchup meeting between M. Nowak and C. Trunz in the months before C. Trunz's guilty plea in August 2019 | DOJ-0017491053 | DOJ-0017491053 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 28 | 5/27/2008 | Bloomberg Chat with M. Nowak & R. Gottlieb | Discussion of trading activity by G. Smith on JPMorgan precious metals desk | DOJ-0006124522 | DOJ-0006124525 | | |
| 29 | 5/30/2008 | Bloomberg Chat with M. Nowak & R. Gottlieb | Discussion of trading activity in gold by R. Gottlieb and C. Jordan on JPMorgan precious metals desk | DOJ-0006124659 | DOJ-0006124666 | | |
| 30 | 6/23/2008 | Bloomberg Chat with C. Jordan & R. Gottlieb (and others) | Discussion by C. Jordan and R. Gottlieb regarding trading strategies, including placing bids in order to sell | DOJ-0000000067 | DOJ-0000000087 | R. 802 hearsay; R. 403 prejudice, confusion, delay | Allowed (co-conspirator exemption). |
| 31 | 8/19/2008 | Bloomberg Chat with C. Jordan & J. Leeks (Goldman Sachs) | Discussion of trading activity by C. Jordan on JPMorgan precious metals desk | DOJ-0000000988 | DOJ-0000000991 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed on condition that Nakkab testifies about the subsequent training in which an excerpt of this chat is used. |
| 32 | - | Exhibit Withdrawn | | | | | |
| 33 | - | Intentionally Left Blank | | | | | |
| 34 | - | Intentionally Left Blank | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 35 | 10/13/2008 | Bloomberg Chat with C. Jordan & R. Eyles | Discussion of trading activity by C. Jordan on JPMorgan precious metals desk and C. Jordan providing updates on status of orders for R. Eyles | DOJ-0000002487 | DOJ-0000002490 | R. 802 hearsay; R. 403 prejudice, confusion, delay | Allowed (co-conspirator exemption). |
| 36 | - | Intentionally Left Blank | | | | | |
| 37 | 2/24/2009 | Bloomberg Chat with C. Trunz & O. Beane | Discussion of trading activity by G. Smith on JPMorgan precious metals desk | DOJ-0000038049 | DOJ-0000038056 | | |
| 38 | 3/31/2009 | Bloomberg Chat with J. Ruffo & J. Phelan (Tudor) | J. Ruffo providing market color and real-time updates on trading activity in the precious metals markets; receiving orders from J. Phelan and providing updates re: same | DOJ-0009335060 | DOJ-0009335062 | | |
| 39 | - | Intentionally Left Blank | | | | | |
| 40 | - | Exhibit Withdrawn | | | | | |
| 41 | 9/3/2009 | Bloomberg Chat with C. Jordan & R. Eyles | C. Jordan describing his trading strategy involving hidden offers and providing updates on status of orders for R. Eyles | DOJ-0000018188 | DOJ-0000018190 | R. 802 hearsay; R. 403 prejudice, confusion, delay | Allowed (co-conspirator exemption). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 42 | 9/15/2009 | Bloomberg Chat with J. Ruffo & J. Phelan (Tudor) | J. Ruffo providing market color and updates on trading activity in the precious metals markets | DOJ-0010673430 | DOJ-0010673431 | | |
| 43 | - | Exhibit Withdrawn | | | | | Excluded (appears to be voice spoofing). |
| 44 | - | Exhibit Withdrawn | | | | | |
| 45 | 10/15/2009 | Bloomberg Chat with C. Jordan & S. Jamison (Jamison Capital) | Discussion of trading activity by C. Jordan on JPMorgan precious metals desk | DOJ-0000020708 | DOJ-0000020708 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed so long as trading activity is introduced (identifies someone from Jamison Capital). |
| 46 | 10/26/2009 | Bloomberg Chat with C. Jordan & J. Leeks (Goldman Sachs) | Discussion of trading activity by C. Jordan on JPMorgan precious metals desk | DOJ-0000021320 | DOJ-0000021321 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed so long as trading activity is introduced (identifies someone from Goldman Sachs). |
| 47 | 11/18/2009 | Bloomberg Chat with M. Nowak & S. Piller | Discussion of trading activity by S. Piller on JPMorgan precious metals desk | DOJ-0006157075 | DOJ-0006157076 | | |
| 48 | 12/3/2009 | Bloomberg Chat with C. Trunz & O. Beane | Discussion of trading activity for the JPMorgan precious metals desk including G. Smith trading activity | DOJ-0000071261 | DOJ-0000071263 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed (with Trunz as sponsoring witness). |
| 49 | 12/9/2009 | Bloomberg Chat with C. Trunz & O. Beane | Discussion of trading activity in the precious metals markets | DOJ-0009407098 | DOJ-0009407101 | R. 802 hearsay | Allowed (co-conspirator exemption). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 50 | 12/15/2009 | Bloomberg Chat with J. Ruffo & C. Harris (Phibro) | J. Ruffo providing market color and updates on trading activity in the precious metals markets | DOJ-0010675229 | DOJ-0010675229 | | |
| 51 | 12/16/2009 | C. Trunz and G. Smith email exchange | Email providing updates on C. Trunz trading activity on the JPMorgan precious metals desk | DOJ-0015799114 | DOJ-0015799114 | | |
| 52 | 2/11/2010 | Bloomberg Chat with R. Eyles and G. Smith | Discussion of trading activity in the precious metals markets, including comments on algorithmic traders | DOJ-0003454094 | DOJ-0003454096 | | |
| 53 | 2/25/2010 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) | J. Ruffo providing market color and updates on trading activity in the precious metals markets; receiving orders from J. Giunta and providing updates re: same | DOJ-0010676758 | DOJ-0010676760 | | |
| 54 | - | Exhibit Withdrawn | | | | | |
| 55 | 4/9/2010 | Bloomberg Chat with J. Ruffo & J. Phelan (Tudor) | J. Ruffo providing market color and updates on trading activity in the precious metals markets | DOJ-0010677638 | DOJ-0010677638 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 56 | - | Intentionally Left Blank | | | | | |
| 57 | - | Exhibit Withdrawn | | | | | Excluded (not in furtherance of conspiracy). |
| 58 | - | Exhibit Withdrawn | | | | | Excluded (not in furtherance of conspiracy). |
| 59 | - | Exhibit Withdrawn | | | | | Excluded (not in furtherance of conspiracy). |
| 60 | 7/13/2010 | Bloomberg Chat with J. Ruffo & J. Phelan (Tudor) | J. Ruffo providing market color and updates on trading activity in the precious metals markets | DOJ-0010679414 | DOJ-0010679414 | | |
| 61 | - | Exhibit Withdrawn | | | | | |
| 62 | 1/7/2011 | Bloomberg Chat with M. Nowak & S. Piller | Discussion of trading activity by M. Nowak on JPMorgan precious metals desk | DOJ-0006195403 | DOJ-0006195426 | | |
| 63 | - | Exhibit Withdrawn | | | | | |
| 64 | 3/28/2011 | Bloomberg Chat with C. Jordan & J. Edmonds | Discussion of trading activity in the precious metals markets | DOJ-0008996572 | DOJ-0008996580 | R. 802 hearsay | Reserved for trial. |
| 65 | - | Exhibit Withdrawn | | | | | Excluded (not in furtherance of conspiracy). |
| 66 | - | Exhibit Withdrawn | | | | | Excluded (not in furtherance of conspiracy). |
| 67 | - | Exhibit Withdrawn | | | | | |
| 68 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 69 | 1/30/2012 | Bloomberg Chat with M. Nowak & W. Capps (Morgan Stanley) | Discussion of trading activity in the precious metals markets and M. Nowak commenting that spoofing by placing large bids and cancelling them is not permitted | DOJ-0006257753 | DOJ-0006257754 | | |
| 70 | 3/10/2012 | Bloomberg Chat with J. Ruffo & J. Phelan (Tudor) | J. Ruffo providing market color and updates on trading activity in the precious metals markets | DOJ-0009341495 | DOJ-0009341495 | | |
| 71 | 5/2/2012 | Bloomberg Chat with J. Ruffo & J. Ragusa (Soros) | J. Ruffo providing market color and updates on trading activity in the precious metals markets | DOJ-0014516000 | DOJ-0014516000 | | |
| 72 | 5/10/2012 | Bloomberg Chat with J. Ruffo & J. Phelan (Tudor) | J. Ruffo providing market color and updates on trading activity in the precious metals markets | DOJ-0014516179 | DOJ-0014516179 | | |
| 73 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 74 | 11/12/2012 | Bloomberg Chat with A. Larkin, M. Nowak & G. Sutton (Paulson) | Discussion of trading activity in the precious metals markets, M. Nowak receiving orders from G. Sutton and providing updates re: same | DOJ-0006310285 | DOJ-0006310289 | | |
| 75 | 3/21/2013 | Bloomberg Chat with M. Nowak & S. Piller | M. Nowak commenting to S. Piller regarding Nowak's progress in attempting to sell gold | DOJ-0006367265 | DOJ-0006367272 | | |
| 76 | 8/14/2013 | Email from D. Turnbull to JPMorgan Precious Metals Desk | Email providing recap of trading activity for the JPMorgan precious metals desk, including market color and updates on counterparties. | DOJ-0017399355 | DOJ-0017399356 | R. 802 hearsay; R. 401 relevance | Allowed (co-conspirator exemption applies). |
| 77 | 8/14/2013 | Recorded call between Edmonds & Turnbull (audio file) | Telephone call between J. Edmonds and D. Turnbull re: trading activity by Edmonds for Turnbull | DOJ-0021107203 | DOJ-0021107203 | | |
| 78 | 8/14/2013 | Transcript of recorded call between J. Edmonds & D. Turnbull | Telephone call between J. Edmonds and D. Turnbull re: trading activity by Edmonds for Turnbull | DOJ-0021107303 | DOJ-0021107303 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 79 | 8/14/2013 | Recorded call between Edmonds & Turnbull (audio file) | Telephone call between J. Edmonds and D. Turnbull re: trading activity by Edmonds for Turnbull | DOJ-0021107204 | DOJ-0021107204 | | |
| 80 | 8/14/2013 | Transcript of recorded call between J. Edmonds & D. Turnbull | Telephone call between J. Edmonds and D. Turnbull re: trading activity by Edmonds for Turnbull | DOJ-0021107304 | DOJ-0021107304 | | |
| 81 | 8/14/2013 | Excerpt from JPMorgan's Athena trade blotter system | Showing J. Edmonds filling an order for palladium and transferring it to D. Turnbull | DOJ-0020000120 | DOJ-0020000120 | | |
| 82 | 1/15/2015 | Bloomberg Chat with D. Perlman, G. Smith, J. Edmonds & G. Sutton (Paulson) | Discussion of trading activity in the precious metals markets, G. Smith receiving orders from G. Sutton and providing updates re: same | DOJ-0003578805 | DOJ-0003578810 | | |
| 83 | - | Exhibit Withdrawn | | | | | |
| 84 | 3/6/2008 | Bloomberg Chat with J. Ruffo & C. Pia (Moore) | J. Ruffo receiving order to sell gold from C. Pia and providing updates on its status | DOJ-0010658845 | DOJ-0010658846 | R. 401 relevance | Allowed (within 371 conspiracy time period). |
| 85 | 3/5/2008 | Bloomberg Chat with J. Ruffo & C. Pia (.xml file) | Contains time zone information for Bloomberg chat of the same date | DOJ-0021413456 | DOJ-0021413456 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 86 | 4/3/2008 | Bloomberg Chat with M. Nowak and J. Ruffo | Discussing trading activity in the precious metals markets, including J. Ruffo's need to offer in order to fill orders to buy gold | DOJ-0006123202 | DOJ-0006123205 | | |
| 87 | 4/3/2008 | Bloomberg Chat with J. Ruffo & C. Pia (Moore) | J. Ruffo receiving an order to sell silver from C. Pia and providing updates on its status | DOJ-0010659131 | DOJ-0010659133 | | |
| 88 | 4/3/2008 | Bloomberg Chat with J. Ruffo & C. Pia (Moore) (.xml file) | Contains time zone information for Bloomberg chat of the same date | DOJ-0021414150 | DOJ-0021414150 | | |
| 89 | 4/3/2008 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) | Discussion of trading activity in the precious metals markets and J. Ruffo providing updates on status of orders for J. Giunta, including J. Ruffo's need to offer in order to fill orders to buy gold | DOJ-0010659141 | DOJ-0010659142 | | |
| 90 | 4/3/2008 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) (.xml file) | Contains time zone information for Bloomberg chat of the same date | DOJ-0021414152 | DOJ-0021414152 | | |
| 91 | - | Exhibit Withdrawn | | | | | |
| 92 | - | Exhibit Withdrawn | | | | | |
| 93 | - | Exhibit Withdrawn | | | | | |
| 94 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 95 | 5/6/2010 | Bloomberg Chat with J. Ruffo & J. Phelan (Tudor) | J. Ruffo providing market color and updates on trading activity in the precious metals markets; receiving orders from J. Phelan and providing updates re: same | DOJ-0009337389 | DOJ-0009337391 | | |
| 96 | 5/24/2010 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) | J. Ruffo providing market color and updates on trading activity in the precious metals markets; receiving orders from J. Giunta and providing updates re: same | DOJ-0010678582 | DOJ-0010678583 | | |
| 97 | 5/24/2010 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) (.xml file) | Contains time zone information for Bloomberg chat of the same date | DOJ-0021315151 | DOJ-0021315151 | | |
| 98 | - | Exhibit Withdrawn | | | | | |
| 99 | - | Exhibit Withdrawn | | | | | |
| 100 | - | Exhibit Withdrawn | | | | | |
| 101 | - | Exhibit Withdrawn | | | | | |
| 102 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|---|---|---|---|---|---|---|---|
| 103 | 10/14/2010 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) | J. Ruffo providing market color and updates on trading activity in the pre-cious metals mar-kets; receiving or-ders from J. Giunta and provid-ing updates re: same | DOJ-0010680742 | DOJ-0010680743 | | |
| 104 | 10/14/2010 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) (.xml file) | Contains time zone information for Bloomberg chat of the same date | DOJ-0021413458 | DOJ-0021413458 | | |
| 105 | 12/12/2011 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) | J. Ruffo providing market color and updates on trading activity in the pre-cious metals mar-kets; receiving or-ders from J. Giunta and provid-ing updates re: same | DOJ-0009340898 | DOJ-0009340902 | | |
| 106 | 12/12/2011 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) (.xml file) | Contains time zone information for Bloomberg chat of the same date | DOJ-0021414149 | DOJ-0021414149 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 107 | 1/18/2012 | Bloomberg Chat with J. Ruffo & J. Phelan (Tudor) | J. Ruffo providing market color and updates on trading activity in the precious metals markets; receiving orders from J. Phelan and providing updates re: same | DOJ-0009341005 | DOJ-0009341007 | | |
| 108 | 1/18/2012 | Chat with Ruffo & Phelan (.xml file) | Contains time zone information for Bloomberg chat of the same date | DOJ-0021315167 | DOJ-0021315167 | | |
| 109 | 7/12/2012 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) | J. Ruffo providing market color and updates on trading activity in the precious metals markets; receiving orders from J. Giunta and providing updates re: same | DOJ-0014517580 | DOJ-0014517580 | | |
| 110 | 7/12/2012 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) (.xml file) | Contains time zone information for Bloomberg chat of the same date | DOJ-0021315172 | DOJ-0021315172 | | |
| 111 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 112 | 5/15/2013 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) | J. Ruffo providing market color and updates on trading activity in the precious metals markets; receiving orders from J. Giunta and providing updates re: same | DOJ-0014525691 | DOJ-0014525692 | | |
| 113 | 5/15/2013 | Bloomberg Chat with J. Ruffo & J. Giunta (Moore) (.xml file) | Contains time zone information for Bloomberg chat of the same date | DOJ-0021562083 | DOJ-0021562083 | | |
| 114 | - | Exhibit Withdrawn | | | | | |
| 115 | 11/19/2014 | Bloomberg Chat with J. Ruffo, G. Smith & A. Ebling | Discussion of trading activity in the precious metals markets | DOJ-0003575126 | DOJ-0003575127 | R. 401 relevance | Allowed (objection withdrawn). |
| 116 | - | Exhibit Withdrawn | | | | | |
| 117 | - | Exhibit Withdrawn | | | | | |
| 118 | - | Exhibit Withdrawn | | | | | Excluded given the uncertainty with whether Nowak saw it. |
| 119 | 5/16/2008 | Bloomberg Chat with M. Nowak, R. Gottlieb & R. Eyles | Discussing the timeline for transition of Bear Stearns traders over to JPMorgan | DOJ-0006124219 | DOJ-0006124221 | | |
| 120 | 6/2/2008 | Bloomberg Chat with M. Nowak & R. Gottlieb | Discussing R. Gottlieb's first day at JPMorgan | DOJ-0006124702 | DOJ-0006124707 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 121 | 3/27/2008 | Bloomberg Chat with M. Nowak & S. Piller | Discussing the transition of Bear Stearns traders over to JPMorgan and potential roles on the precious metals desk | DOJ-0006123102 | DOJ-0006123106 | | |
| 122 | - | Exhibit Withdrawn | | | | | |
| 123 | 4/3/2008 | Bloomberg Chat with M. Nowak & R. Gottlieb | Discussing the transition of Bear Stearns traders over to JPMorgan and the assignment of gold and silver trading between G. Smith and C. Jordan | DOJ-0006123184 | DOJ-0006123189 | | |
| 124 | 4/7/2008 | Bloomberg Chat with M. Nowak & R. Gottlieb | Discussing the transition of Bear Stearns traders over to JPMorgan and J. Edmonds and C. Trunz as junior employees | DOJ-0006123230 | DOJ-0006123236 | | |
| 125 | 10/11/2013 | Email from G. Smith to E. Ferrara | Screenshot of software program used to trade precious metals futures on the CME | DOJ-0021577575 | DOJ-0021577576 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 126 | 2008-2012 | 2008 - 2012 Allocated Franchise Revenue ("AFR") attributed to JPMC salesperson for precious metals trading | AFR is an internal reporting and credit mechanism used by JPMorgan to report on the value associated with a specific customer and to assign credit to a salesperson's (*e.g.*, J. Ruffo) contribution for coverage of a customer | DOJ-0021413657 | DOJ-0021413657 | | |
| 127 | 2013 | 2013 AFR attributed to JPMC salesperson for precious metals trading | AFR is an internal reporting and credit mechanism used by JPMorgan to report on the value associated with a specific customer and to assign credit to a salesperson's (*e.g.*, J. Ruffo) contribution for coverage of a customer | DOJ-0021413658 | DOJ-0021413658 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 128 | 2014 | 2014 AFR attributed to JPMC salesperson for precious metals trading | AFR is an internal reporting and credit mechanism used by JPMorgan to report on the value associated with a specific customer and to assign credit to a salesperson's (*e.g.*, J. Ruffo) contribution for coverage of a customer | DOJ-0021413659 | DOJ-0021413659 | | |
| 129 | 2015 | 2015 AFR attributed to JPMC salesperson for precious metals trading | AFR is an internal reporting and credit mechanism used by JPMorgan to report on the value associated with a specific customer and to assign credit to a salesperson's (*e.g.*, J. Ruffo) contribution for coverage of a customer | DOJ-0021413660 | DOJ-0021413660 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 130 | 2016 | 2016 AFR attributed to JPMC salesperson for precious metals trading | AFR is an internal reporting and credit mechanism used by JPMorgan to report on the value associated with a specific customer and to assign credit to a salesperson's (*e.g.*, J. Ruffo) contribution for coverage of a customer | DOJ-0021413661 | DOJ-0021413661 | | |
| 131 | 2008 | J.P. Morgan Energy Compliance Manual | Manual applicable to JPMorgan's precious metals desk and includes a discussion of the CFTC and the Commodity Exchange Act's prohibition on manipulation | DOJ-0008290300 | DOJ-0008290330 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|-----|------|-------------|-----------|----------|----------|-------------------|----------|
| 132 | 5/7/2010 | J.P. Morgan Ventures Energy Corporation Compliance Manual (Version 2) | Manual applicable to JPMorgan's precious metals desk and includes a discussion of the CFTC, the Commodity Exchange Act's prohibition on manipulation and attempted manipulation, and conduct that may suggest manipulation such as uneconomic trading activity | DOJ-0008290362 | DOJ-0008290439 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 133 | 5/11/2011 | J.P. Morgan Ventures Energy Corporation Compliance Manual (Version 3) | Manual applicable to JPMorgan's precious metals desk and includes a discussion of the CFTC, the Commodity Exchange Act's prohibition on manipulation and attempted manipulation, and conduct that may suggest manipulation such as uneconomic trading activity | DOJ-0008290596 | DOJ-0008290673 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 134 | Sept. 2012 | J.P. Morgan North American Commodities Compliance Manual (Version 4) | Manual applicable to JPMorgan's precious metals desk and includes a discussion of the CFTC, the Commodity Exchange Act's prohibition on manipulation and attempted manipulation, and conduct that may suggest manipulation such as uneconomic trading activity | DOJ-0008290675 | DOJ-0008290773 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 135 | Sept. 2013 | J.P. Morgan North American Commodities Compliance Manual (Version 5) | Manual applicable to JPMorgan's precious metals desk and includes a discussion of the CFTC, the Commodity Exchange Act's prohibition on manipulation and attempted manipulation, and conduct that may suggest manipulation such as uneconomic trading activity | DOJ-0008290775 | DOJ-0008290867 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 136 | 9/15/2012 | Anti-Fraud, Anti-Manipulation and Other Prohibited Trade Practices | Policy applicable to members of JPMorgan's precious metals desk and includes a discussion of market manipulation and spoofing | DOJ-0008291391 | DOJ-0008291396 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 137 | 11/9/2012 | Anti-Fraud, Anti-Manipulation and Other Prohibited Trade Practices | Policy applicable to members of JPMorgan's precious metals desk and includes a discussion of market manipulation and spoofing | DOJ-0008291418 | DOJ-0008291423 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 138 | 2/8/2013 | Anti-Fraud, Anti-Manipulation and Other Prohibited Trade Practices | Policy applicable to members of JPMorgan's precious metals desk and includes a discussion of market manipulation and spoofing | DOJ-0008291436 | DOJ-0008291442 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 139 | 10/28/2013 | Anti-Fraud, Anti-Manipulation and Other Prohibited Trade Practices | Policy applicable to members of JPMorgan's precious metals desk and includes a discussion of market manipulation and spoofing | DOJ-0008291464 | DOJ-0008291470 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 140 | 5/14/2014 | Anti-Fraud, Anti-Manipulation and Other Prohibited Trade Practices Policy | Policy applicable to members of JPMorgan's precious metals desk and includes a discussion of market manipulation and spoofing | DOJ-0008291485 | DOJ-0008291490 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 141 | 8/28/2015 | Anti-Fraud, Anti-Manipulation and Other Prohibited Trade Practices | Policy applicable to members of JPMorgan's precious metals desk and includes a discussion of market manipulation and spoofing | DOJ-0008291525 | DOJ-0008291533 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 142 | 6/13/2011 | Avoiding Market Manipulation | Policy applicable to members of JPMorgan's precious metals desk in EMEA and includes prohibition on market manipulation and provides examples including trades that have no economic rationale | DOJ-0020209541 DOJ-0020209542 | DOJ-0020209541 DOJ-0020209542 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|-----|------|-------------|-----------|----------|----------|-------------------|----------|
| 143 | 7/21/2010 | Avoiding Market Manipulation | Policy applicable to members of JPMorgan's precious metals desk in EMEA and includes prohibition on market manipulation and provides examples including trades that have no economic rationale | DOJ-0020209554 | DOJ-0020209555 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 144 | 10/9/2014 | JPMorgan Chase & Co. Commodities Compliance Program | Summary of the policies, procedures, and controls constituting JPMorgan's compliance program for the Global Commodities Group | | | R. 401 relevance; R. 403 prejudice, confusion, delay | Exhibit withdrawn; reserved for cross-examination of Nakkab. |
| 145 | 8/12/2015 | JPMorgan Chase & Co. Global Commodities Compliance Program | Summary of the policies, procedures, and controls constituting JPMorgan's compliance program for the Global Commodities Group | | | R. 401 relevance; R. 403 prejudice, confusion, delay | Exhibit withdrawn; reserved for cross-examination of Nakkab. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 146 | 8/26/2011 | IB Compliance Bulletins email, "Expansion of CFTC Anti-Manipulation and Anti-Fraud Rules" | Email sent to members of JPMorgan's precious metals desk, among others, and includes a discussion of the CFTC's new anti-manipulation and anti-fraud rules | DOJ-0015255171 | DOJ-0015255172 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 147 | 11/20/2012 | CIB Compliance Bulletin, "Anti-Fraud, Anti-Manipulation and Other Prohibited Practices " | Email sent to members of JPMorgan's precious metals desk, among others, and includes a discussion of JPMorgan's adoption of its anti-fraud, anti-manipulation, and other prohibited practices policy | DOJ-0015273707 | DOJ-0015273708 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 148 | 7/30/2013 | CIB Compliance Bulletin email, "CFTC Guidance on Disruptive Trading Practices" | Email sent to members of JPMorgan's precious metals desk, among others, and includes a discussion of the CFTC's guidance on disruptive trading practices such as spoofing | DOJ-0016818727 | DOJ-0016818728 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 149 | 5/21/2014 | Compliance Bulletin email, "Spoofing and Other Manipulative Trading Practices" | Email sent to members of JPMorgan's precious metals desk, among others, and includes a discussion of spoofing, recent CFTC and SEC enforcement actions, and guidance on avoiding market manipulation | DOJ-0016818890 | DOJ-0016818891 | | |
| 150 | 7/22/2014 | Email to undisclosed recipient list, "Spoofing and Other Manipulative Trading Practices" | Email sent to members of JPMorgan's precious metals desk in EMEA and includes a discussion of recent enforcement actions for spoofing and market manipulation | DOJ-0014778368 | DOJ-0014778369 | | |
| 151 | 9/15/2014 | CIB Compliance Bulletin email, "Prohibited Disruptive Trading Practices" | Email sent to members of JPMorgan's precious metals desk, among others, and includes a discussion of CME Rule 575 prohibiting disruptive trading practices such as spoofing | DOJ-0016818895 | DOJ-0016818896 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 152 | 12/2/2015 | Compliance Bulletin email, "Spoofing, Layering, and Other Manipulative Trading Practices" | Email sent to members of JPMorgan's precious metals desk, among others, and includes a discussion of the criminal conviction in the Coscia case | DOJ-0016819047 | DOJ-0016819048 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 153 | - | JPM Compliance Bulletin Tracker | Identifying specific compliance bulletins sent to the defendants and others | DOJ-0020211858 | DOJ-0020211858 | R. 802 hearsay | |
| 154 | January-10 | Compliance Education Global Commodities Group North America | Training that contains a discussion of market manipulation, including with respect to orders which give false or misleading signals and to placing non-economic trades | DOJ-0016453182 | DOJ-0016453197 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 155 | 1/25/2010 | Email from A. Nakkab to S. Sica | Asking for 25 copies to be printed of the "Compliance Education Global Commodities Group North America" slide deck | DOJ-0021520877 | DOJ-0021520877 | R. 401 relevance; R. 802 hearsay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|---|---|---|---|---|---|---|---|
| 156 | Fall 2010 | Futures & Options and OTC Clearing Compliance Training & Education | Training that contains a discussion of rules and guidelines for electronic communications, including an example where a JPMorgan trader mentions "how easily manipulated [markets] could be if someone really wanted to try!!!!!," and that contains a discussion of the prohibition against placing non-economic trades | DOJ-0016453118 | DOJ-0016453178 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 157 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 158 | 2011 | Annual Compliance Training 2011 | Training that contains a discussion of the prohibition against placing non-economic trades and the CFTC's anti-manipulation rules and a discussion of the rules and guidelines for electronic communications, including an example where a trader says "Just opened my bottom drawer where I keep my lead pipe, removed it and now holding it." | DOJ-0008289077 | DOJ-0008289162 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 159 | 11/9/2011 | Meeting Invite for "REMINDER GCG Mandatory Annual Compliance Training" | Meeting invite for annual compliance trading for members of JPMorgan's precious metals desk, among others | DOJ-0014779454 | DOJ-0014779455 | R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 160 | 11/13/2012 | Meeting Invite for "Mandatory Annual Compliance Training for GCG North America" | Meeting invite for annual compliance trading for members of JPMorgan's precious metals desk, among others | DOJ-0009022845 | DOJ-0009022845 | R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 161 | 11/29/2012 | Meeting Invite for "Mandatory Annual Compliance Training for GCG North America (Make-up Session) - Materials attached" | Meeting invite for make-up session of annual compliance trading for members of JPMorgan's precious metals desk, among others, and attaches a slide deck | DOJ-0020000713 | DOJ-0020000715 | R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 162 | Dec. 2012 | J.P. Morgan Go-Live Training Regarding Dodd-Frank | Training regarding Dodd-Frank provisions, including the prohibition on fraud, manipulation and other abusive practices such as spoofing and trades without an economic rationale | DOJ-0016455673 | DOJ-0016455709 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 163 | November - December 2013 | Global Commodities Group Annual Compliance Training | Training that contains a discussion of JPMorgan's anti-fraud, anti-manipulation, and other prohibited practices policy, including that creating the artificial appearance of active trading is prohibited | DOJ-0008289205 | DOJ-0008289230 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|---|---|---|---|---|---|---|---|
| 164 | 11/18/2013 | Recording of compliance training on 11/18/2013 at 13:10–15:07 | Recording of live compliance training during which the discussion covers, among other things, anti-fraud and manipulation rules and related recent CFTC actions | DOJ-0014782557 | DOJ-0014782557 | | Allowed with limiting instruction. |
| 165 | 11/18/2013 | Transcript of recording of compliance meeting on 11/18/2013 at pages 3–4 | Transcript of live compliance training during which the discussion covers, among other things, anti-fraud and manipulation rules and related recent CFTC actions | DOJ-0014773591 | DOJ-0014773620 | | Allowed with limiting instruction. |
| 166 | Nov. 2013 | Core Policies and Principles for CIB Markets - Trading | Training that contains a discussion of manipulation and market abuse, including spoofing/layering and creating a false or misleading appearance in the market | DOJ-0014778432 | DOJ-0014778451 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 167 | 12/5/2013 | Meeting Invite for "Mandatory NY Bullion, EMM and Index Traders Compliance Training" with the attachment, "Core Policies and Principles for CIB Markets - Trading" | Invite for mandatory, in-person training focused on manipulation, front-running, and collusion regarding the slide deck attached to the meeting invite | DOJ-0015285163 | DOJ-0015285163 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 168 | 2014 | Market Abuse and Information Barriers | Training regarding activity in EMEA that discusses market abuse, including spoofing and the prohibition on trading to create a false or misleading impression | DOJ-0016453645 | DOJ-0016453707 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |
| 169 | Nov. 2014 | Global Commodities Group Annual Compliance Training | Training that contains a discussion of CME Rule 575 prohibiting disruptive trading practices such as spoofing | DOJ-0008289231 | DOJ-0008289257 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 170 | 11/3/2014 | Recording of compliance meeting on 11/3/2014 at 50:13–54:42 | Recording of live compliance training during which the discussion covers, among other things, CME Rule 575, spoofing/layering, and a former JPMorgan trader who was terminated for spoofing/layering | DOJ-0014782556 | DOJ-0014782556 | | Allowed with limiting instruction. |
| 171 | 11/3/2014 | Transcript of recording of compliance meeting on 11/3/2014 at pages 12–13 | Transcript of live compliance training during which the discussion covers, among other things, CME Rule 575, spoofing/layering, and a former JPMorgan trader who was terminated for spoofing/layering | DOJ-0014773621 | DOJ-0014773641 | | Allowed with limiting instruction. |
| 172 | 1/18/2017 | Meeting Invite for "Trading Conduct - Classroom Training" with the attachments, "Trading Conduct Training" and "Examples" | Invite for classroom training on trading conduct using a slide deck that contains three instances of C. Trunz's trading activity as example of spoofing and layering | DOJ-0014778277 | DOJ-0014778277 | | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 173 | - | Information from JPM's firm-wide learning management system, Training Central | Identifies compliance trainings completed by, among others, G. Smith, M. Nowak, J. Ruffo, C. Jordan, C. Trunz & J. Edmonds | DOJ-0014804992 | DOJ-0014804992 | R. 802 hearsay | Reserved; allowed if this is a business record. Disallowed if created after the fact unless Rule 1006 satisfied. |
| 174 | - | Exhibit Withdrawn | | | | | |
| 175 | - | Exhibit Withdrawn | | | | | |
| 176 | 3/25/2014 | Email from B. Austin to M. Nowak & M. Camacho | Update on status of JPMorgan's disciplinary process for M. Simonian | DOJ-0014782112 | DOJ-0014782112 | R. 802 hearsay; R. 401 relevance | Allowed (objection withdrawn). |
| 177 | 10/21/2014 | Notes from meeting with M. Nowak, S. Jhamna & S. Bywater | Notes from S. Jhamna interview of M. Nowak regarding M. Simonian's trading activity | DOJ-0008294121 | DOJ-0008294122 | R. 802 hearsay | Excluded. 902(11) certification provided too late. |
| 178 | Feb-08 | JPMorgan Chase & Co. Code of Conduct | Requires, among other things, all JPMorgan employees to be in compliance with the law, the Code of Conduct, and any other policies and procedures applicable to the employee | DOJ-0014809521 | DOJ-0014809554 | | Allowed with limiting instruction. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 179 | May-09 | JPMorgan Chase & Co. Code of Conduct | Requires, among other things, all JPMorgan employees to be in compliance with the law, the Code of Conduct, and any other policies and procedures applicable to the employee | DOJ-0014809636 | DOJ-0014809670 | | Allowed with limiting instruction. |
| 180 | May-10 | JPMorgan Chase & Co. Code of Conduct | Requires, among other things, all JPMorgan employees to be in compliance with the law, the Code of Conduct, and any other policies and procedures applicable to the employee | DOJ-0014809599 | DOJ-0014809635 | | |
| 181 | Apr-11 | JPMorgan Chase & Co. Code of Conduct | Requires, among other things, all JPMorgan employees to be in compliance with the law, the Code of Conduct, and any other policies and procedures applicable to the employee | DOJ-0014809710 | DOJ-0014809750 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 182 | May-21 | JPMorgan Chase & Co. Code of Conduct | Requires, among other things, all JPMorgan employees to be in compliance with the law, the Code of Conduct, and any other policies and procedures applicable to the employee | DOJ-0014809871 | DOJ-0014809922 | | |
| 183 | Jun-13 | JPMorgan Chase & Co. Code of Conduct | Requires, among other things, all JPMorgan employees to be in compliance with the law, the Code of Conduct, and any other policies and procedures applicable to the employee | DOJ-0014809923 | DOJ-0014809974 | | |
| 184 | Jun-14 | JPMorgan Chase & Co. Code of Conduct | Requires, among other things, all JPMorgan employees to be in compliance with the law, the Code of Conduct, and any other policies and procedures applicable to the employee | DOJ-0014810027 | DOJ-0014810076 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 185 | Jun-15 | JPMorgan Chase & Co. Code of Conduct | Requires, among other things, all JPMorgan employees to be in compliance with the law, the Code of Conduct, and any other policies and procedures applicable to the employee | DOJ-0014810077 | DOJ-0014810126 | | |
| 186 | Jun-16 | JPMorgan Chase & Co. Code of Conduct | Requires, among other things, all JPMorgan employees to be in compliance with the law, the Code of Conduct, and any other policies and procedures applicable to the employee | DOJ-0014810177 | DOJ-0014810226 | | |
| 187 | 2009-2018 | Gregg Smith JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0014776497 | DOJ-0014776506 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 188 | 2008-2018 | Michael Nowak JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0014776524 | DOJ-0014776534 | | |
| 189 | 2008-2009 | Christopher Jordan JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0014776473 | DOJ-0014776474 | | |
| 190 | 2009-2016 | Jeffrey Ruffo JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0019983013 | DOJ-0019983020 | | |
| 191 | 2008-2016 | John Edmonds JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0014776515 | DOJ-0014776523 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 192 | 2009-2018 | Christian Trunz JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0014776463 | DOJ-0014776472 | | |
| 193 | 2008-2013 | Michel Simonian JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0014776535 | DOJ-0014776540 | | |
| 194 | 2008-2016 | Stuart Piller JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0014782103 | DOJ-0014782111 | | |
| 195 | 2008-2018 | Donald Turnbull JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0014776475 | DOJ-0014776485 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 196 | 2009-2013 | Robert Gottlieb JPMorgan Chase & Co. Code of Conduct Affirmation Record | Annual affirmation that, among other things, the employee is compliance with JPMorgan's Code of Conduct and other applicable policies | DOJ-0014776547 | DOJ-0014776551 | | |
| 197 | - | Intentionally Left Blank | | | | | |
| 198 | - | Intentionally Left Blank | | | | | |
| 199 | - | Intentionally Left Blank | | | | | |
| 200 | - | Intentionally Left Blank | | | | | |
| 201 | 6/12/2012 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko reports to Ryan trading activity in the gold futures market during a bid was placed to create the impression of orderbook imbalance and achieve execution of an offer | DOJ-0017001206 | DOJ-0017001206 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion | Reserved (witness outside subpoena power). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 202 | 11/23/2012 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb two screenshots of trading activity in the platinum futures market and remarks that the spoofing continues to occur in the market | DOJ-0017000399 | DOJ-0017000400 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |
| 203 | 4/22/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko reports to Cobb that a substantial amount of spoofing occurred that morning in the markets for gold, silver, and copper | DOJ-0016828657 | DOJ-0016828657 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion | Reserved (witness outside subpoena power). |
| 204 | 4/24/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb screenshots of trading activity in the gold futures market and comments how it is another example of a spoofing pattern in gold | DOJ-0016828675 | DOJ-0016828676 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 205 | 5/7/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb screenshots of trading activity in the gold and silver futures markets and states that is more the same type of trading activity | DOJ-0017000484 | DOJ-0017000486 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |
| 206 | 5/17/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb screenshots of trading activity in the gold futures market and remarks that the trading activity started in gold and silver at the same time | DOJ-0017000496 | DOJ-0017000497 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |
| 207 | 5/23/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb a screenshot of trading activity in the gold futures market and comments about spoofing in the gold market | DOJ-0017000499 | DOJ-0017000500 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|-----|------|-------------|-----------|----------|----------|-------------------|----------|
| 208 | 5/23/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb screenshots of trading activity in the silver and copper futures markets | DOJ-0016823444 | DOJ-0016823445 | R. 802 hear-say; R. 401 rel-evance; R. 403 prejudice, con-fusion, delay; R. 701 im-proper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside sub-poena power). |
| 209 | 5/24/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) & Harriet Hunna-ble (CME) | Gerko sends to Cobb and Hunna-ble a screenshot of trading activity from the palla-dium futures mar-ket and comments that manipulation dominates the market and has led to a stop in their palladium trading on CME | DOJ-0017000512 | DOJ-0017000512 | R. 802 hear-say; R. 401 rel-evance; R. 403 prejudice, con-fusion, delay; R. 701 im-proper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside sub-poena power). |
| 210 | 5/29/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb screenshots of trading in mul-tiple futures mar-kets, including gold and platinum, from the prior 1-2 days and remarks that they show a high level of spoof-ing activity | DOJ-0016823451 | DOJ-0016823465 | R. 802 hear-say; R. 401 rel-evance; R. 403 prejudice, con-fusion, delay; R. 701 im-proper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside sub-poena power). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 211 | 6/4/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb two screenshots of trading activity in the gold futures market | DOJ-0016828632 | DOJ-0016828633 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |
| 212 | 6/6/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb screenshots of trading activity in the gold and silver futures markets and comments that spoofing activity continues in gold and silver | DOJ-0017000557 | DOJ-0017000558 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |
| 213 | 7/26/2013 | Email from Alex Gerko (GSA) to Ryan Cobb (CME) | Gerko sends to Cobb screenshots of trading activity in the gold futures market and remarks that spoofing continues to occur in gold | DOJ-0017000591 | DOJ-0017000592 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 214 | 9/16/2013 | Email from Alex Gerko (GSA) to Aaron Smith (CME) | Gerko sends to Smith a screenshot of trading activity in the silver futures market and notes it is an example of spoofing that had a negative effect on Gerko's P&L | DOJ-0017000618 | DOJ-0017000618 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |
| 215 | 9/26/2013 | Email from Alex Gerko (GSA) to Aaron Smith (CME) | Gerko sends to Smith screenshots of trading activity in gold, silver, and copper futures markets and remarks that spoofing is particularly egregious in the gold, silver, and copper markets | DOJ-0017000646 | DOJ-0017000648 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |
| 216 | 11/6/2014 | Email from Alex Gerko (GSA) to Aaron Smith (CME) & Harriet Hunnable (CME) | Gerko comments to Smith and Hunnable about significant amounts of spoofing in silver | DOJ-0017000994 | DOJ-0017000996 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay; R. 701 improper lay opinion; R. 901 authenticity; R. 1001 best evidence | Reserved (witness outside subpoena power). |
| 217 | - | Exhibit Withdrawn | | | | | |
| 218 | - | Exhibit Withdrawn | | | | | |
| 219 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 220 | - | Exhibit Withdrawn | | | | | |
| 221 | 10/17/2013 | Recording of October 17, 2013 CME interview of G. Smith (audio file) | Smith's statements regarding precious metals trading at JPM | DOJ-0016828341 | DOJ-0016828341 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. Government must identify specific parts that it plans to introduce. |
| 222 | 10/17/2013 | Transcript of October 17, 2013 CME interview of Gregg Smith pages 1, 8-10, and 18 | Smith's statements regarding precious metals trading at JPM | DOJ-0014782274 | DOJ-0014782319 | R. 802 hearsay; R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. Government must identify specific parts that it plans to introduce. |
| 223 | 10/17/2013 | October 17, 2013 CME Interview of Gregg Smith - Exhibit 1 | G. Smith trading data for 6/26/2013 discussed during October 17, 2013 CME Interview | DOJ-0016828345 | DOJ-0016828350 | | |
| 224 | 10/17/2013 | October 17, 2013 CME Interview of Gregg Smith - Exhibit 2 | G. Smith trading data for 7/29/2013 discussed during October 17, 2013 CME interview | DOJ-0016828351 | DOJ-0016828360 | | |
| 225 | - | Exhibit Withdrawn | | | | | |
| 226 | - | Exhibit Withdrawn | | | | | |
| 227 | - | Exhibit Withdrawn | | | | | |
| 228 | 6/1/2015 | CME Group Market Regulation Department Investigation Report (Case No. COMEX-12-8979) | CME Market Regulation Dept. findings from its investigation of G. Smith's trading activity that formed basis of the referral to CME's enforcement division | DOJ-0016828370 | DOJ-0016828378 | R. 401 relevance; R. 403 prejudice, confusion, delay; R. 404(b) evidence of prior misconduct; R. 802 hearsay; R. 701 improper lay opinion | Allowed per R. 598 (requiring one additional redaction). |
| 229 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec- tions | Decision |
|-----|------|-------------|-----------|----------|----------|--------------------|----------|
| 230 | - | Exhibit Withdrawn | | | | | |
| 231 | - | Exhibit Withdrawn | | | | | |
| 232 | - | Exhibit Withdrawn | | | | | |
| 233 | Various | Formanik, John IAB Monthly Statements | Victim-witness In- teractive Brokers account monthly statements | DOJ-0021397247 DOJ-0021352963 DOJ-0021397273 DOJ-0021353248 | DOJ-0021397249 DOJ-0021352974 DOJ-0021397275 DOJ-0021353262 | R. 401 rele- vance; R. 403 prejudice, con- fusion, delay | Government will identify spe- cific trades and redact where needed. Exhibits allowed. |
| 234 | 1/6/2021 & 1/7/2021 | Formanik, John IAB Registration Status | Victim-witness In- teractive Brokers account registra- tion information | DOJ-0021411930 DOJ-0021412706 | DOJ-0021411933 DOJ-0021412708 | R. 401 rele- vance; R. 403 prejudice, con- fusion, delay | Government will identify spe- cific trades and redact where needed. Exhibits allowed. |
| 235 | 1/6/2021 & 1/7/2021 | Formanik, John IAB Account Info Summary | Victim-witness In- teractive Brokers account infor- mation summary | DOJ-0021411913 DOJ-0021412689 | DOJ-0021411917 DOJ-0021412692 | R. 401 rele- vance; R. 403 prejudice, con- fusion, delay | Government will identify spe- cific trades and redact where needed. Exhibits allowed. |
| 236 | Various | Rybalov, Greg IAB Monthly State- ments | Victim-witness In- teractive Brokers account monthly statements | DOJ-0021343060 DOJ-0021343088 DOJ-0021578304 | DOJ-0021343066 DOJ-0021343097 DOJ-0021578370 | R. 401 rele- vance; R. 403 prejudice, con- fusion, delay | Government will identify spe- cific trades and redact where needed. Exhibits allowed. |
| 237 | 4/30/2021 | Rybalov, Greg IAB Registration Sta- tus | Victim-witness In- teractive Brokers account registra- tion information | DOJ-0021414377 | DOJ-0021414380 | R. 401 rele- vance; R. 403 prejudice, con- fusion, delay | Government will identify spe- cific trades and redact where needed. Exhibits allowed. |
| 238 | 4/30/2021 | Rybalov, Greg IAB Account Info Sum- mary | Victim-witness In- teractive Brokers account infor- mation summary | DOJ-0021414366 | DOJ-0021414370 | R. 401 rele- vance; R. 403 prejudice, con- fusion, delay | Government will identify spe- cific trades and redact where needed. Exhibits allowed. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 239 | Various | Klein, Karl IAB Monthly Statements | Victim-witness Interactive Brokers account monthly statements | DOJ-0021343426 DOJ-0021578288 DOJ-0021578273 | DOJ-0021343429 DOJ-0021578303 DOJ-0021578287 | R. 401 relevance; R. 403 prejudice, confusion, delay | Government will identify specific trades and redact where needed. Exhibits allowed. |
| 240 | 1/6/2021 | Klein, Karl IAB Registration Status | Victim-witness Interactive Brokers account registration information | DOJ-0021411426 | DOJ-0021411429 | R. 401 relevance; R. 403 prejudice, confusion, delay | Government will identify specific trades and redact where needed. Exhibits allowed. |
| 241 | 1/6/2021 | Klein, Karl IAB Account Info Summary | Victim-witness Interactive Brokers account information summary | DOJ-0021411390 | DOJ-0021411395 | R. 401 relevance; R. 403 prejudice, confusion, delay | Government will identify specific trades and redact where needed. Exhibits allowed. |
| 242 | 5/13/2008 | Email from M. Nowak to JPMorgan Precious Metals Desk | Email providing recap of trading activity for the JPMorgan precious metals desk, including information about an upcoming barrier option expiration | DOJ-0017392597 | DOJ-0017392597 | | |
| 243 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 244 | 8/19/2008 | JPMorgan Bullion Option Transaction Confirmation | Confirmation for August 19, 2008 bullion option transaction (one touch binary option) between JPMorgan and Banca Intermobiliare Di Investimenti e Gestioni SPA ("BimBank"), with expiration date of November 19, 2008 | DOJ-0021202675 | DOJ-0021202678 | | |
| 245 | - | Exhibit Withdrawn | | | | | Excluded unless Amato and Eyles had previously been listed as co-conspirators. |
| 246 | - | Exhibit Withdrawn | | | | | Exhibit excluded, not in furtherance of conspiracy. |
| 247 | 10/22/2008 | Bloomberg Chat with G. Smith & R. Eyles | Discussion of trading activity in precious metals markets, including G. Smith trading activity related to an upcoming barrier option transaction expiration | DOJ-0003436096 | DOJ-0003436097 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 248 | 10/22/2008 | Email exchange between M. Nowak, J. Edmonds, and S. Piller | S. Piller email providing recap of trading activity for the JPMorgan precious metals desk, including information about an upcoming barrier option transaction expiration; J. Edmonds and M. Nowak exchange follow up emails re: trading activity related to barrier option expiration | DOJ-0014781748 | DOJ-0014781749 | | |
| 249 | - | Exhibit Withdrawn | | | | | |
| 250 | 11/14/2008 | Bloomberg Chat with S. Piller & Cattaneo | Discussion of barrier option transaction with BIMBank that expired, including client reaction | DOJ-0021207577 | DOJ-0021207591 | R. 802 hearsay | |
| 251 | 11/17/2008 | Email from M. Nowak to JPMorgan Precious Metals Desk | Email providing recap of trading activity for the JPMorgan precious metals desk, including updates about upcoming barrier option transaction expiration | DOJ-0017393322 | DOJ-0017393322 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 252 | 11/18/2008 | Email from M. Nowak to JPMorgan Precious Metals Desk | Email providing recap of trading activity for the JPMorgan precious metals desk, including updates about upcoming barrier option transaction expiration | DOJ-0014893972 | DOJ-0014893972 | | |
| 253 | - | Exhibit Withdrawn | | | | | |
| 254 | 11/19/2008 | Bloomberg Chat with S. Piller & M. Nowak | S. Piller provides M. Nowak information from C. Cattaneo about client reaction to BimBank barrier option transaction expiration | DOJ-0009267927 | DOJ-0009267927 | | |
| 255 | 11/19/2008 | Bloomberg Chat with M. Nowak, F. Amato & S. Piller | Nowak provides update to Amato re: BimBank barrier option expiration | DOJ-0016138700 | DOJ-0016138701 | | |
| 256 | | Intentionally Left Blank | | | | | |
| 257 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 258 | 2/12/2013 | JPMorgan Bullion Option Transaction Confirmation | Confirmation for February 12, 2013 bullion option transaction (at expiry knock-out option) between JPMorgan London Branch and JP Morgan (Suisse) SA, with expiration date of February 13, 2013 | DOJ-0021207089 | DOJ-0021207093 | | |
| 259 | 3/8/2013 | Email from M. Nowak to JPMorgan Precious Metals Desk | Email providing recap of trading activity for the JPMorgan precious metals desk, including updates about upcoming barrier option transaction expiration | DOJ-0014781303 | DOJ-0014781305 | | |
| 260 | 3/11/2013 | Bloomberg Chat with J. Ruffo & J. Phelan (Tudor) | Ruffo provides updates on precious metals markets activity | DOJ-0014523780 | DOJ-0014523780 | R. 401 relevance | Allowed. |
| 261 | - | Exhibit Withdrawn | | | | | Exhibit excluded, statement not sufficiently identified in *Santiago* proffer. |
| 262 | 3/11/2013 | Bloomberg Chat with 25 internal JPM participants | Hu requests confirmation of LBMA fix price for the day. Piller & Edmonds both confirm the price fixed at 1579 flat | DOJ-0003938692 | DOJ-0003938705 | R. 802 hearsay | Allowed (co-conspirator exemption). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 263 | 11/13/2004 | FDIC Certificate for JPMorgan Chase Bank, National Association | Certificate of JPMorgan Chase Bank, N.A.'s FDIC insurance | DOJ-0016828880 | DOJ-0016828880 | | |
| 264 | 7/3/2019 | FDIC Records for JPMorgan Chase Bank, National Association | Information regarding JPMorgan Chase Bank, N.A.'s status as a FDIC-insured entity | DOJ-0016828878 | DOJ-0016828879 | | |
| 265 | - | Intentionally Left Blank | | | | | |
| 266 | - | Intentionally Left Blank | | | | | |
| 267 | - | Exhibit Withdrawn | | | | | Exhibit withdrawn premised on a stipulation. |
| 268 | 12/13/2018 | Extract from JPMorgan's Workforce Analytics Portal | Contains information regarding job titles, reporting lines, and locations for JPMorgan's global precious metals trading personnel | DOJ-0008288891 | DOJ-0008288891 | | |
| 269 | 11/7/2018 | Gregg Smith JPMorgan Human Resources Profile | Contains HR information such as employment history and compensation information | DOJ-0008393457 | DOJ-008293465 | R. 403 prejudice, confusion, delay (compensation) | Allowed (parties will handle stipulation to exclude non-history and non-compensation information). |
| 270 | 11/7/2018 | Michael Nowak JPMorgan Human Resources Profile | Contains HR information such as employment history and compensation information | DOJ-0008293599 | DOJ-0008293610 | R. 403 prejudice, confusion, delay (compensation) | Allowed (parties will handle stipulation to exclude non-history and non-compensation information) |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 271 | 11/7/2018 | Jeffrey Ruffo JPMorgan Human Resources Profile | Contains HR information such as employment history and compensation information | DOJ-0008293789 | DOJ-0008293797 | R. 403 prejudice, confusion, delay (compensation) | Allowed (parties will handle stipulation to exclude non-history and non-compensation information). |
| 272 | 11/7/2018 | Christopher Jordan JPMorgan Human Resources Profile | Contains HR information such as employment history and compensation information | DOJ-0008293545 | DOJ-0008293552 | R. 403 prejudice, confusion, delay (compensation) | Allowed (parties will handle stipulation to exclude non-history and non-compensation information). |
| 273 | 11/7/2018 | John Edmonds JPMorgan Human Resources Profile | Contains HR information such as employment history and compensation information | DOJ-0008293706 | DOJ-0008293715 | R. 403 prejudice, confusion, delay (compensation) | Allowed (parties will handle stipulation to exclude non-history and non-compensation information) |
| 274 | 11/7/2018 | Christian Trunz JPMorgan Human Resources Profile | Contains HR information such as employment history and compensation information | DOJ-0008293590 | DOJ-0008293598 | R. 403 prejudice, confusion, delay (compensation) | Allowed (parties will handle stipulation to exclude non-history and non-compensation information) |
| 275 | 2010-2011, 2013-2016 | Gregg Smith performance reviews | Annual performance reviews while working on JPMorgan's precious metals desk | DOJ-0008293442 DOJ-0008293445 DOJ-0008293447 DOJ-0008293449 DOJ-0008293451 DOJ-0008293453 | DOJ-0008293444 DOJ-0008293446 DOJ-0008293448 DOJ-0008293450 DOJ-0008293452 DOJ-0008293454 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|---|---|---|---|---|---|---|---|
| 276 | 2010-2016 | Michael Nowak performance reviews | Annual performance reviews while working on JPMorgan's precious metals desk | DOJ-0008293611 DOJ-0008293614 DOJ-0008293616 DOJ-0008293620 DOJ-0008293624 DOJ-0008293627 DOJ-0008293631 DOJ-0008293635 | DOJ-0008293611 DOJ-0008293615 DOJ-0008293619 DOJ-0008293623 DOJ-0008293626 DOJ-0008293630 DOJ-0008293634 DOJ-0008293638 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 277 | 2008-2016 | Jeffrey Ruffo performance reviews | Annual performance reviews while working on JPMorgan's precious metals desk | DOJ-0008293798 DOJ-0008293800 DOJ-0008293802 DOJ-0008293804 DOJ-0008293806 DOJ-0008293808 DOJ-0008293811 DOJ-0008293814 DOJ-0008293816 DOJ-0008293818 DOJ-0008293820 DOJ-0008293821 DOJ-0008293823 DOJ-0008293825 | DOJ-0008293799 DOJ-0008293801 DOJ-0008293803 DOJ-0008293805 DOJ-0008293807 DOJ-0008293810 DOJ-0008293813 DOJ-0008293815 DOJ-0008293817 DOJ-0008293819 DOJ-0008293820 DOJ-0008293822 DOJ-0008293824 DOJ-0008293826 | | |
| 278 | 2008 | Christopher Jordan performance review (2008) | Annual performance reviews while working on JPMorgan's precious metals desk | DOJ-0008293553 | DOJ-0008293554 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|---|---|---|---|---|---|---|---|
| 279 | 2008-2016 | John Edmonds per-formance reviews (2008-2016) | Annual perfor-mance reviews while working on JPMorgan's pre-cious metals desk | DOJ-0008293716 DOJ-0008293718 DOJ-0008293720 DOJ-0008293723 DOJ-0008293725 DOJ-0008293728 DOJ-0008293730 | DOJ-0008293717 DOJ-0008293719 DOJ-0008293722 DOJ-0008293724 DOJ-0008293727 DOJ-0008293729 DOJ-0008293732 | | |
| 280 | 2010-2011, 2013-2016 | Christian Trunz performance re-views | Annual perfor-mance reviews while working on JPMorgan's pre-cious metals desk | DOJ-0008293570 DOJ-0008293573 DOJ-0008293575 DOJ-0008293578 DOJ-0008293581 DOJ-0008293584 | DOJ-0008293572 DOJ-0008293574 DOJ-0008293577 DOJ-0008293580 DOJ-0008293583 DOJ-0008293585 | | |
| 281 | 12/2/2008 | Email (incl. attach-ment) from M. Nowak to R. Eyles re: 2008 precious metals trader reve-nue | Email and Excel file containing P&L information for JPMorgan pre-cious metals trad-ers | DOJ-0014804970 DOJ-0014804971 | DOJ-0014804970 DOJ-0014804971 | R. 401 rele-vance; R. 403 prejudice, con-fusion, delay | 902(11) certificate required. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 282 | 12/29/2009 | Email (incl. attachment) from M. Nowak to P. Devar re: 2009 precious metals trader revenue | Email from Nowak to Devar attaching updated excel file containing P&L information for JPMorgan precious metals traders and providing updates on changes to the file | DOJ-0014804966 DOJ-0014804967 | DOJ-0014804966 DOJ-0014804967 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 283 | 11/13/2014 | Email (incl. attachments) from M. Nowak re: 2010-2013 precious metals trader revenue | Email sent by Nowak to himself attaching excel files containing P&L information for JPMorgan precious metals traders for 2010, 2011, 2012, and 2013 | DOJ-0014804979 DOJ-0014804980 DOJ-0014804981 DOJ-0014804982 DOJ-0014804983 | DOJ-0014804979 DOJ-0014804980 DOJ-0014804981 DOJ-0014804982 DOJ-0014804983 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 284 | 1/6/2015 | Email (incl. attachment) from M. Nowak to C. Cattle re: 2014 precious metals trader revenue | Email sent by Nowak to Cattle attaching excel file containing P&L information for JPMorgan precious metals traders for 2014 | DOJ-0014809152 DOJ-0014809153 | DOJ-0014809152 DOJ-0014809153 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 285 | 1/5/2016 | Email (incl. attachment) from M. Nowak to C. Cattle re: 2015 precious metals trader revenue | Email sent by Nowak to Cattle attaching excel file containing P&L information for JPMorgan precious metals traders for 2015 | DOJ-0014804972 DOJ-0014804973 | DOJ-0014804972 DOJ-0014804973 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 286 | 1/3/2017 | Email (incl. attachment) from M. Nowak to J. Katz, copying M. Amlin re: 2016 precious metals trader revenue | Email sent by Nowak to Katz and Amlin attaching excel file containing P&L information for JPMorgan precious metals traders for 2016 | DOJ-0014804961 DOJ-0014804963 | DOJ-0014804962 DOJ-0014804963 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 287 | 12/31/2008 | Email (incl. attachments) from K. Arslan to JPMorgan precious metals desk personnel re: consolidated 2008 P&L | Email sent to JPMorgan precious metals desk personnel attaching excel files containing the consolidated desk P&L for 2008 | DOJ-0014800883 DOJ-0014800885 DOJ-0014800886 DOJ-0014800887 | DOJ-0014800884 DOJ-0014800885 DOJ-0014800886 DOJ-0014800887 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 288 | 12/31/2009 | Email (incl. attachments) from Y. Zhao to JPMorgan precious metals desk personnel re: consolidated 2009 P&L | Email sent to JPMorgan precious metals desk personnel attaching excel files containing the consolidated desk P&L for 2009 | DOJ-0014790171 DOJ-0014790173 DOJ-0014790174 DOJ-0014790175 | DOJ-0014790172 DOJ-0014790173 DOJ-0014790174 DOJ-0014790175 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 289 | 12/31/2010 | Email (incl. attachments) from K. Arslan to JPMorgan precious metals desk personnel re: consolidated 2010 P&L | Email sent to JPMorgan precious metals desk personnel attaching excel files containing the consolidated desk P&L for 2010 | DOJ-0014802469 DOJ-0014802471 DOJ-0014802472 DOJ-0014802473 | DOJ-0014802470 DOJ-0014802471 DOJ-0014802472 DOJ-0014802473 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 290 | 12/30/2011 | Email (incl. attachments) from C. Tang to JPMorgan precious metals desk personnel re: consolidated 2011 P&L | Email sent to JPMorgan precious metals desk personnel attaching excel files containing the consolidated desk P&L for 2011 | DOJ-0014800525 DOJ-0014800527 DOJ-0014800528 DOJ-0014800529 | DOJ-0014800526 DOJ-0014800528 DOJ-0014800528 DOJ-0014800529 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 291 | 12/31/2012 | Email (incl. attachments) from C. Tang to JPMorgan precious metals desk personnel re: consolidated 2012 P&L | Email sent to JPMorgan precious metals desk personnel attaching excel files containing the consolidated desk P&L for 2012 | DOJ-0014799243 DOJ-0014799245 DOJ-0014799246 DOJ-0014799247 | DOJ-0014799244 DOJ-0014799245 DOJ-0014799246 DOJ-0014799247 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 292 | 12/31/2013 | Email (incl. attachments) from C. Tang to JPMorgan precious metals desk personnel re: consolidated 2013 P&L | Email sent to JPMorgan precious metals desk personnel attaching excel files containing the consolidated desk P&L for 2013 | DOJ-0014790935 DOJ-0014790937 DOJ-0014790938 DOJ-0014790939 DOJ-0014790940 DOJ-0014790941 | DOJ-0014790936 DOJ-0014790937 DOJ-0014790938 DOJ-0014790939 DOJ-0014790940 DOJ-0014790941 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 293 | 12/31/2014 | Email (incl. attachments) from M. Smith to JPMorgan precious metals desk personnel re: consolidated 2014 P&L | Email sent to JPMorgan precious metals desk personnel attaching excel files containing the consolidated desk P&L for 2014 | DOJ-0014795884 DOJ-0014795886 DOJ-0014795887 DOJ-0014795888 DOJ-0014795889 DOJ-0014795890 DOJ-0014795891 | DOJ-0014795885 DOJ-0014795886 DOJ-0014795887 DOJ-0014795888 DOJ-0014795889 DOJ-0014795890 DOJ-0014795891 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 294 | 12/31/2015 | Email (incl. attachments) from C. Tang to JPMorgan precious metals desk personnel re: consolidated 2015 P&L | Email sent to JPMorgan precious metals desk personnel attaching excel files containing the consolidated desk P&L for 2015 | DOJ-0014797412 DOJ-0014797414 DOJ-0014797415 DOJ-0014797416 DOJ-0014797417 DOJ-0014797418 DOJ-0014797419 | DOJ-0014797413 DOJ-0014797414 DOJ-0014797415 DOJ-0014797416 DOJ-0014797417 DOJ-0014797418 DOJ-0014797419 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 295 | 12/30/2016 | Email (inc. attachments) from N. Patel to JPMorgan precious metals desk personnel re: consolidated 2016 P&L | Email sent to JPMorgan precious metals desk personnel attaching excel files containing the consolidated desk P&L for 2016 | DOJ-0014802867 DOJ-0014802871 DOJ-0014802872 DOJ-0014802873 DOJ-0014802874 | DOJ-0014802870 DOJ-0014802871 DOJ-0014802872 DOJ-0014802873 DOJ-0014802874 | R. 401 relevance; R. 403 prejudice, confusion, delay | 902(11) certificate required. |
| 296 | 11/13/2012 | Bloomberg Chat with M. Nowak and S. Piller | Discussion re: Piller's P&L for the year and impact on compensation. Nowak notes that P&L will limit both of them for the year. | DOJ-0009272769 | DOJ-0009272771 | R. 401 relevance; R. 403 prejudice, confusion, delay | Objection withdrawn. |
| 297 | 10/29/2013 | Bloomberg Chat with M. Nowak and J. Ruffo | Nowak requests information from Ruffo re: his P&L for the year, Ruffo responds, and Nowak updates him on outcomes from evaluation committee meeting | DOJ-0006386337 | DOJ-0006386339 | R. 401 relevance; R. 403 prejudice, confusion, delay | Objection withdrawn. |
| 298 | - | Exhibit Withdrawn | | | | | |
| 299 | - | Exhibit Withdrawn | | | | | |
| 300 | 2011 | Gregg Smith 2011 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295841 | DOJ-0011295841 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 301 | 2012 | Gregg Smith 2012 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295842 | DOJ-0011295842 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 302 | 2013 | Gregg Smith 2013 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295843 | DOJ-0011295843 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 303 | 2014 | Gregg Smith 2014 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295844 | DOJ-0011295844 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 304 | 2015 | Gregg Smith 2015 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295845 | DOJ-0011295845 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 305 | 2016 | Gregg Smith 2016 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295846 | DOJ-0011295846 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 306 | 2017 | Gregg Smith 2017 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295847 | DOJ-0011295847 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 307 | 2007-2019 | Gregg Smith Equity Incentives Compensation | Equity (restricted stock units) compensation information | DOJ-0014811561 | DOJ-0014811561 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 308 | 2011 | Michael Nowak 2011 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295816 | DOJ-0011295816 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 309 | 2012 | Michael Nowak 2012 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295817 | DOJ-0011295817 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 310 | 2013 | Michael Nowak 2013 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295818 | DOJ-0011295818 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 311 | 2014 | Michael Nowak 2014 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0014804990 | DOJ-0014804990 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 312 | 2015 | Michael Nowak 2015 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295819 | DOJ-0011295820 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 313 | 2016 | Michael Nowak 2016 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295821 | DOJ-0011295821 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 314 | 2017 | Michael Nowak 2017 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295822 | DOJ-0011295822 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 315 | 2002-2019 | Michael Nowak Equity Incentives Compensation | Equity (restricted stock units) compensation information | DOJ-0014811557 | DOJ-0014811558 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 316 | 2011 | Jeffrey Ruffo 2011 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295851 | DOJ-0011295851 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 317 | 2012 | Jeffrey Ruffo 2012 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295852 | DOJ-0011295852 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 318 | 2013 | Jeffrey Ruffo 2013 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295853 | DOJ-0011295853 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 319 | 2014 | Jeffrey Ruffo 2014 Annual Compensation Summary | Salary compensation information | DOJ-0011295854 | DOJ-0011295854 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 320 | 2015 | Jeffrey Ruffo 2015 Annual Compensation Summary | Salary compensation information | DOJ-0011295855 | DOJ-0011295855 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 321 | 2016 | Jeffrey Ruffo 2016 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295856 | DOJ-0011295856 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 322 | 2011 | John Edmonds 2011 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295810 | DOJ-0011295810 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 323 | 2012 | John Edmonds 2012 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295811 | DOJ-0011295811 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 324 | 2013 | John Edmonds 2013 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295812 | DOJ-0011295812 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 325 | 2014 | John Edmonds 2014 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295813 | DOJ-0011295813 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 326 | 2015 | John Edmonds 2015 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295814 | DOJ-0011295814 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 327 | 2016 | John Edmonds 2016 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295815 | DOJ-0011295815 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 328 | 2011 | Christian Trunz 2011 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295829 | DOJ-0011295829 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 329 | 2012 | Christian Trunz 2012 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295830 | DOJ-0011295830 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 330 | 2013 | Christian Trunz 2013 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295831 | DOJ-0011295831 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 331 | 2014 | Christian Trunz 2014 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295832 | DOJ-0011295832 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 332 | 2015 | Christian Trunz 2015 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295833 | DOJ-0011295833 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 333 | 2016 | Christian Trunz 2016 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295834 | DOJ-0011295834 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 334 | 2017 | Christian Trunz 2017 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295835 | DOJ-0011295835 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 335 | 2002-2019 | Christian Trunz Equity Incentives Compensation | Equity (restricted stock units) compensation information | DOJ-0014811562 | DOJ-0014811562 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 336 | 2004-2014 | Michel Simonian JPMorgan Human Resources Profile | Contains HR information such as employment history and compensation information | DOJ-0008293685 | DOJ-0008293694 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 337 | 2011 | Michel Simonian 2011 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295864 | DOJ-0011295864 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 338 | 2012 | Michel Simonian 2012 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295865 | DOJ-0011295865 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 339 | 2013 | Michel Simonian 2013 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295866 | DOJ-0011295866 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 340 | 2005-2014 | Michel Simonian Cash and Equity Incentives Compensation | Cash and equity (restricted stock units) compensation information | DOJ-0014804986 | DOJ-0014804987 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 341 | 2005-2018 | Donald Turnbull JPMorgan Human Resources Profile | Contains HR information such as employment history and compensation information | DOJ-0008293753 | DOJ-0008293762 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 342 | 2011 | Donald Turnbull 2011 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295823 | DOJ-0011295823 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 343 | 2012 | Donald Turnbull 2012 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295824 | DOJ-0011295824 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 344 | 2013 | Donald Turnbull 2013 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295825 | DOJ-0011295825 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 345 | 2015 | Donald Turnbull 2015 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295826 | DOJ-0011295826 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 346 | 2016 | Donald Turnbull 2016 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295827 | DOJ-0011295827 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 347 | 2017 | Donald Turnbull 2017 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0011295828 | DOJ-0011295828 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 348 | 2009-2019 | Donald Turnbull Equity Incentives Compensation | Equity (restricted stock units) compensation information | DOJ-0014811563 | DOJ-0014811563 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 349 | 2003-2017 | Stuart Piller JPMorgan Human Resources Profile | Contains HR information such as employment history and compensation information | DOJ-0014053676 | DOJ-0014053683 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 350 | 2011 | Stuart Piller 2011 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0014053962 | DOJ-0014053962 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 351 | 2012 | Stuart Piller 2012 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0014053963 | DOJ-0014053963 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 352 | 2013 | Stuart Piller 2013 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0014053964 | DOJ-0014053964 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 353 | 2014 | Stuart Piller 2014 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0014053965 | DOJ-0014053966 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 354 | 2015 | Stuart Piller 2015 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0014053967 | DOJ-0014053968 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 355 | 2016 | Stuart Piller 2016 Annual Compensation Summary | Salary, incentive, and other compensation information | DOJ-0014053969 | DOJ-0014053969 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 356 | 2004-2017 | Stuart Piller Cash and Equity Incentives Compensation | Cash and equity (restricted stock units) compensation information | DOJ-0014804988 | DOJ-0014804989 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 357 | - | Intentionally Left Blank | - | | | | |
| 358 | - | Intentionally Left Blank | - | | | | |
| 359 | - | Intentionally Left Blank | - | | | | |
| 360 | - | Intentionally Left Blank | - | | | | |
| 361 | - | Intentionally Left Blank | - | | | | |
| 362 | - | Intentionally Left Blank | - | | | | |
| 363 | - | Intentionally Left Blank | - | | | | |
| 364 | - | Intentionally Left Blank | - | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 365 | 2/17/2016 | Email from M. Nowak to Peter Buse and E. Ferrara | M. Nowak emailing his bio listing him as the head of Base and Precious Metals trading at JPM and the CEO of JPM Ventures Energy Corporation | DOJ-0021625890 | DOJ-0021625890 | R. 401 relevance | Reserved (Nowak and government were to discuss potential stipulation) but likely admissible to show promotion; defense may rebut importance of role. |
| 366 | 9/14/2010 | CME Group COMEX Exemption Approval Application | Contains a list of Tag50s used by certain traders on JPMorgan's precious metals desk, a description of the hierarchy on the desk, and a description of JPMorgan's precious metals business, and is signed by M. Nowak | DOJ-0019999990 | DOJ-0019999995 | | |
| 367 | 5/19/2011 | NYMEX Exemption Approval Application | Contains a list of Tag50s used by certain traders on JPMorgan's precious metals desk, a description of the hierarchy on the desk, and a description of JPMorgan's precious metals business, and is signed by M. Nowak | DOJ-0019999980 | DOJ-0019999988 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 368 | 7/30/2013 | CME Group NY-MEX Application to Exceed Position Limits | Contains a description of JPMorgan's precious metals business, and is signed by M. Nowak | DOJ-0020000004 | DOJ-0020000008 | R. 401 relevance | Allowed. |
| 369 | 8/3/2010 | Transcript of CFTC Deposition of Michael Nowak (Vol. 1) 1:01–6:20, 16:07–19:24, 20:04–25:07, 28:06–28:19, 33:18–35:17, 46:01–48:23, 49:24–53:19, 57, 83:13–84:25 | Nowak's statements regarding precious metals trading at JPMorgan | DOJ-0021206303 | DOJ-0021206398 | Parties conferring on defendants' objections and and counter-designations | Parties to confer regarding designations. |
| 370 | 8/4/2010 | Transcript of CFTC Deposition of Michael Nowak (Vol. 2) pages 256–258, 347:12–22, 442:08–23 | Nowak's statements regarding precious metals trading at JPMorgan | DOJ-0021206399 | DOJ-0021206477 | Parties conferring on defendants' objections and and counter-designations | Parties to confer regarding designations. |
| 371 | 9/15/2010 | Transcript of CFTC Deposition of Christopher Jordan (Vol. 1) pages 1-8 | Jordan's statements regarding precious metals trading at JPMorgan | DOJ-0008239385 | DOJ-0008239673 | R. 802 hearsay; R. 403 prejudice, confusion, delay | Reserved. |
| 372 | 9/16/2010 | Transcript of CFTC Deposition of Christopher Jordan (Vol. 2) pages 1–4:16, 151:22–152:03, and 156:16–156:20 | Jordan's statements regarding trading activity at JPMorgan | DOJ-0008239769 | D0J-0008239960 | Parties conferring on defendants' objections and and counter-designations | Withdrawn in light of *Crawford*. Second Pretrial Conf. Hrg. Tr. 223:9–12. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 373 | 2/17/2017 | Transcript of CFTC Deposition of Gregg Smith pages 1:01–4:21, 29:02–29:14, 62:02–63:06, 147:12-152:20, and 161:02–165:21 | Smith's statements regarding precious metals trading at JPMorgan | DOJ-0008247576 | DOJ-0008247826 | Parties conferring on defendants' objections and and counter-designations | Parties to confer regarding designations. |
| 374 | 12/19/2017 | Transcript of Deposition of Christian Trunz in *Shak v. J.P. Morgan Chase & Co.*, 15 Civ. 994 (S.D.N.Y.) pages 1, 2, 10, 36, 51, 209-10, 213 | Trunz's statements regarding precious metals trading at JPMorgan | DOJ-0016991981 | DOJ-0016992231 | R. 802 hearsay | Allowed. |
| 375 | 11/15/2017 | Transcript of Deposition of Gregg Smith in Shak v. J.P. Morgan Chase & Co., 15 Civ. 994 (S.D.N.Y.) pages 1, 2, 10, and 96:07–98:24 | Smith's statements regarding precious metals trading at JPMorgan | DOJ-0016994479 | DOJ-0016994781 | Parties conferring on defendants' objections and and counter-designations | Designations to be provided by June 6. |
| 376 | 10/25/2017 | Transcript of Deposition of Michael Nowak in *Shak v. J.P. Morgan Chase & Co.*, 15 Civ. 994 (S.D.N.Y.) (no designations at this time) | Nowak's statements regarding precious metals trading at JPMorgan | DOJ-0016997076 | DOJ-0016997355 | Objections reserved pending receipt of the government's transcript designations | Designations to be provided by June 6. |
| 377 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 378 | 8/20/2010 | Email from J. Ruffo to G. Smith & R. Gottlieb | Contains a WSJ article regarding the CFTC's $25 million settlement with Moore Capital and the CFTC's continuing investigation of Chris Pia (Moore Capital) for improperly trying to push up platinum and palladium prices | DOJ-0017144502 | DOJ-0017144505 | R. 401 relevance; R. 403 prejudice, confusion, delay | Excluded (see above). |
| 379 | 7/25/2011 | Email from A. Nakkab to J. Ruffo, M. Nowak, G. Smith, P. Sellars, M. Camacho & E. Ferrara | Forwarding an email from the CFTC announcing that Chris Pia (Moore Capital) was settling the CFTC's investigation into attempted manipulation of platinum and palladium prices | DOJ-0021413644 | DOJ-0021413644 | R. 401 relevance; R. 403 prejudice, confusion, delay | Excluded (see above). |
| 380 | 7/25/2011 | CFTC Press Release | Full CFTC press release announcing resolution of its investigation into Chris Pia (Moore Capital) for attempted manipulation of platinum and palladium prices | DOJ-0021578271 | DOJ-0021578272 | R. 401 relevance; R. 403 prejudice, confusion, delay | Excluded (see above). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|-----|------|-------------|-----------|----------|----------|-------------------|----------|
| 381 | - | Intentionally Left Blank | | | | | |
| 382 | - | Intentionally Left Blank | | | | | |
| 383 | 6/24/2008 | Email from Diana Mungo to Michael Nowak and others | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0021414147 DOJ-0021414148 | DOJ-0021414147 DOJ-0021414148 | | |
| 384 | 3/30/2009 | Email from Diana Mungo to Michael Nowak and others | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0015379269 DOJ-0015379270 | DOJ-0015379269 DOJ-0015379270 | | |
| 385 | 5/14/2009 | Email from Diana Mungo to Michael Nowak and others | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0015380528 DOJ-0015380529 | DOJ-0015380528 DOJ-0015380529 | | |
| 386 | 6/11/2009 | Email from Diana Mungo to Michael Nowak and others | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0021414145 DOJ-0021414146 | DOJ-0021414145 DOJ-0021414146 | | |
| 387 | 8/23/2010 | Email from Diana Mungo to Commodities NYC | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0015797546 DOJ-0015797547 | DOJ-0015797546 DOJ-0015797547 | | |
| 388 | 6/13/2011 | Email from Diana Mungo to Commodities NYC | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0015250639 DOJ-0015250640 | DOJ-0015250639 DOJ-0015250640 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 389 | 6/1/2012 | Email from Diana Mungo to Commodities NYC | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0015267808 DOJ-0015267809 | DOJ-0015267808 DOJ-0015267809 | | |
| 390 | 2013 | Excel file, "10 383 Seating 2013 Master.xls" | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0014778227 | DOJ-0014778227 | | |
| 391 | 2014 | Excel file, "383 10 FI 28 Dec 2014.xls" | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0014778235 | DOJ-0014778235 | | |
| 392 | 3/12/2015 | Email from Mark Amlin to Eugene Ferrara, et al | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0014805684 DOJ-0014805685 | DOJ-0014805684 DOJ-0014805685 | | |
| 393 | 5/20/2015 | Email from Mark Amlin to Brenda Pelicot-Ortiz and others | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0014805718 DOJ-0014805719 | DOJ-0014805718 DOJ-0014805719 | | |
| 394 | 12/14/2015 | Email from Mark Amlin to Donald Turnbull and others | Contains seating chart information for JPMorgan's precious metals desk in New York | DOJ-0016070605 DOJ-0016070607 | DOJ-0016070606 DOJ-0016070607 | | |
| 395 | 8/3/2010 | Exhibit 2 from 8/3/2010 CFTC Deposition of Michael Nowak | M. Nowak's sketch of the seating configuration in 2010 at JPMorgan's New York office | DOJ-0021206486 | DOJ-0021206487 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 396 | - | Photos of JPMorgan's precious metals desk on the trading floor at its offices in New York | Shows physical layout of the trading desk | DOJ-0014773201 | DOJ-0014773203 | R. 901 authenticity | Subject to laying the foundation, exhibit is allowed. |
| 397 | - | Intentionally Left Blank | | | | | |
| 398 | - | Intentionally Left Blank | | | | | |
| 399 | - | Intentionally Left Blank | | | | | |
| 400 | Jan. 2008 - April 2010 | Trade blotter data from JPM's Murex system | Order information for the relevant time period | DOJ-0021509988 | DOJ-0021509997 | | |
| 401 | 2010-2011 | Trade blotter data from JPM's Athena system | Order information for the relevant time period | DOJ-0021550555 | DOJ-0021550578 | | |
| 402 | 2012 | Trade blotter data from JPM's Athena system | Order information for the relevant time period | DOJ-0021550543 | DOJ-0021550554 | | |
| 403 | 2013 | Trade blotter data from JPM's Athena system | Order information for the relevant time period | DOJ-0021509998 | DOJ-0021510009 | | |
| 404 | 2014 | Trade blotter data from JPM's Athena system | Order information for the relevant time period | DOJ-0021550579 DOJ-0021561868 | DOJ-0021550589 DOJ-0021561868 | | |
| 405 | 2015 | Trade blotter data from JPM's Athena system | Order information for the relevant time period | DOJ-0021550590 DOJ-0021561869 | DOJ-0021550599 DOJ-0021561872 | | |
| 406 | 2016 | Trade blotter data from JPM's Athena system | Order information for the relevant time period | DOJ-0021550600 | DOJ-0021550633 | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 407 | 2008-2016 | Hard Drive with COMEX and NYMEX Order Book ("Rapid") and Market Depth ("Armada") Data for Gold, Silver, Platinum, and Palladium Futures Contracts | Full market trading data from COMEX and NYMEX for precious metals futures contracts | DOJ-0016819993 DOJ-0016819994 DOJ-0016819995 DOJ-0016819996 DOJ-0016819997 DOJ-0016819998 | DOJ-0016819993 DOJ-0016819994 DOJ-0016819995 DOJ-0016819996 DOJ-0016819997 DOJ-0016819998 | | |
| 408 | - | CME Rule 432 | CME Rule prohibiting certain offenses and covering disruptive trading practices that were later prohibited specifically by Rule 575 | DOJ-0021577447 | DOJ-0021577466 | | |
| 409 | 9/15/2014 | CME Market Regulation Advisory Notice - Rule 575 Disruptive Practices Prohibited | CME advisory notice describing new CME Rule 575 that prohibits certain disruptive trading practices and notes that such practices have historically been prohibited by Rule 432 | DOJ-0021577436 | DOJ-0021577446 | R. 403 prejudice, confusion, delay | Allowed. |
| 410 | 2008-2018 | Organizational Charts for JPMorgan Precious Metals Desk (2008 - 2018) | Chart summarizing JPMC-PM-00000001 | | | Objection withdrawn | Allowed. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 411 | 2008-2016 | JPMorgan Precious Metals Trader/Salesperson Location Chart (2008-2016) | Chart summarizing GX 268 - 274 | | | Objections withdrawn | |
| 412 | 2008-2015 | Seating Chart for JPMorgan Precious Metals Desk in New York (2008 - 2015) | Chart summarizing GX 383 - 394 | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay | Allowed as demonstrative, but not a 1006 summary. |
| 413 | 2008-2016 | Annual Profit & Loss by Trader on JPMorgan Precious Metals Desk (2008 - 2016) | Chart summarizing GX 281 - 295 | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay | Allowed. |
| 414 | 2008-2016 | Annual Compensation for Members of the JPMorgan Precious Metals Desk (2008 - 2016) | Chart summarizing GX 300 - 356 | | | R. 1006 improper summary; R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed per decision on motion in limine. |
| 415 | 2008-2016 | Top 5 JPMorgan Precious Metals Clients by AFR per Year (2008 - 2016) | Chart summarizing GX 126 - 130 | | | Objections reserved pending receipt of exhibit | Allowed. |
| 416 | 2008-2016 | Jeffrey Ruffo Yearly Precious Metals AFR (2008-2016) | Chart summarizing GX 126 - 130 | | | Objections reserved pending receipt of exhibit | Allowed conditionally based on evaluation of defense counter chart. |
| 417 | Various | Compliance Training Attendance Summary | Chart summarizing GX 173, 428 - 443 | | | Objection withdrawn | Allowed. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 418 | - | Job Title Hierarchy for JPMorgan Precious Metals Desk | Demonstrative exhibit showing the hierarchy of job titles at JPMorgan | | | | |
| 419 | - | Intentionally Left Blank | - | | | | |
| 420 | - | Intentionally Left Blank | - | | | | |
| 421 | - | Exhibit Withdrawn | | | | | Government must identify specific designations, not just by page, and highlight specific portions. |
| 422 | - | Nowak Journal (Hard Copy) at pages 2, 176–178 of the PDF | Handwritten notes from Michael Nowak regarding members of JPMorgan's precious metals desk | DOJ-0021626893 | DOJ-0021627174 | R. 401 relevance; R. 403 prejudice, confusion, delay | Government must identify specific designations, not just by page, and highlight specific portions. |
| 423 | - | Exhibit Withdrawn | | | | | |
| 424 | - | Exhibit Withdrawn | | | | | |
| 425 | 11/19/2008 | Recording of a phone call between Claudia Cattaneo & Luisa Graziani | Discussion related to a barrier option between JPMorgan and BIMBank | DOJ-0021628952 | DOJ-0021628952 | R. 802 hearsay | Reserved (not offered on direct). |
| 426 | 11/19/2008 | English-language translation and transcript of a phone call between Claudia Cattaneo & Luisa Graziani | Discussion related to a barrier option between JPMorgan and BIMBank | | | R. 802 hearsay; Objections reserved pending review of the translation | Reserved (not offered on direct). |
| 427 | - | Exhibit Withdrawn | | | | | |
| 428 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 429 | 11/21/2013 | Global Commodities Group Annual Compliance Training 2013 Sign-In Sheet | Sign-in sheet for a compliance training | DOJ-0021207635 | DOJ-0021207639 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |
| 430 | 12/12/2013 | Core Policies and Principles for CIB Markets - Trading Sign-In Sheet | Sign-in sheet for a compliance training | DOJ-0021207640 | DOJ-0021207641 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |
| 431 | 1/25/2010 | Compliance Education Global Commodities Group North America Sign-In Sheet | Sign-in sheet for a compliance training | DOJ-0021207675 | DOJ-0021207675 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |
| 432 | 11/13/2012 | Global Commodities Group Annual Compliance Training 2012 Sign-In Sheet | Sign-in sheet for a compliance training | DOJ-0021207692 | DOJ-0021207692 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |
| 433 | 11/13/2012 | Global Commodities Group Annual Compliance Training 2012 Attendance Sheet | Attendance sheet for a compliance training | DOJ-0021207693 | DOJ-0021207698 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |
| 434 | 11/3/2014 | Global Commodities Group Annual Compliance Training 2014 Attendance Sheet | Attendance sheet for a compliance training | DOJ-0021207789 | DOJ-0021207794 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |
| 435 | 11/29/2011 | Annual Compliance Training 2011 - Makeup Session Attendance Sheet | Attendance sheet for a compliance training | DOJ-0021207842 | DOJ-0021207846 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 436 | 1/20/2010 | Edmonds Accepts Email Invite to Compliance Education Global Commodities Group North America Training | Email invitation acceptance for a compliance training | DOJ-0021611765 | DOJ-0021611765 | | Allowed. |
| 437 | 11/29/2011 | Calendar Invite to Smith for Annual Compliance Training 2011 - Makeup Session | Email invitation for a compliance training | DOJ-0021611766 | DOJ-0021611767 | | Allowed. |
| 438 | 11/9/2011 | Calendar Invite to Ruffo for Annual Compliance Training 2011 | Email invitation for a compliance training | DOJ-0021611769 | DOJ-0021611770 | | Allowed. |
| 439 | 10/13/2014 | Calendar Invite for Global Commodities Group Annual Compliance Training 2014 | Email invitation for a compliance training | DOJ-0021611874 | DOJ-0021611876 | | Allowed. |
| 440 | 10/14/2014 | Calendar Invite for Market Abuse and Information Barriers Training 2014 | Email invitation for a compliance training | DOJ-0021611992 | DOJ-0021611992 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |
| 441 | 12/10/2012 | Training Completion Confirmation for Dodd-Frank Go Live Instructor-Led Training | Compliance training completion list | DOJ-0021612003 | DOJ-0021612003 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |
| 442 | 1/27/2014 | Core Policies and Principles for CIB Markets - Trading Sign-In Sheet | Sign-in sheet for a compliance training | DOJ-0021612005 | DOJ-0021612005 | R. 401 relevance; R. 403 prejudice, confusion, delay | Allowed. |
| 443 | - | Exhibit Withdrawn | | | | | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 444 | - | Exhibit Withdrawn | | | | | |
| 445 | - | Exhibit Withdrawn | | | | | |
| 446 | - | Intentionally Left Blank | - | | | | |
| 447 | - | Intentionally Left Blank | - | | | | |
| 448 | 6/9/2009 | GSMITH Episode Tutorial | Demonstrative exhibit providing an overview of the government's trading sequence charts | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 449 | 6/7/2012 | MNOWAK Episode Tutorial | Demonstrative exhibit providing an overview of the government's trading sequence charts | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 450 | Various | 100 Gregg Smith Trading Sequences (BSNGSMITH; GSMITH) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 451 | Various | 100 Michael Nowak Trading Sequences (MNOWAK) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 452 | Various | 30 Christopher Jordan Trading Sequences (CJOR-DAN | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 453 | Various | 40 John Edmonds Trading Sequences (JEDMONDS) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 454 | Various | 55 Christian Trunz Trading Sequences (BSNCTRUNZ; CRTUNZ) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 455 | Various | 15 Michel Simonian Trading Sequences (MSI-MONIAN) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 456 | Various | 4 Stuart Piller Trading Sequences (SPILLER) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 457 | Various | 5 Donald Turnbull Trading Sequences (DTURNBULL) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 458 | Various | 25 Corey Flaum Trading Sequences (BSNCFLAUM, CFLAUM, CCCFLAUM) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 459 | Various | 3 Karl Klein Trading Sequences (ZC110515) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 460 | Various | 2 John Formanik Trading Sequences (ZC314734) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 461 | Various | 5 Greg Rybalov Trading Sequences (ZC95154) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 462 | Various | 17 Alex Gerko Trading Sequences (GSAHFFXTK) | Charts showing trading sequences previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed. |
| 463 | 3/5/2008 | BSNGSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative (and may incorporate trade from GX 84 chat). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|-------------------|----------|
| 464 | 4/3/2008 | BSNGSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 465 | 4/3/2008 | BSNGSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 466 | 5/27/2008 | BSNGSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 467 | 2/24/2009 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 468 | 11/18/2009 | SPILLER Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 469 | 5/13/2010 | JEDMONDS Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 470 | 5/24/2010 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 471 | 10/14/2010 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 472 | 1/7/2011 | MNOWAK Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 473 | 12/12/2011 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 474 | 1/18/2012 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 475 | 7/12/2012 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|-----|------|-------------|-----------|----------|----------|-------------------|----------|
| 476 | 7/12/2012 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 477 | 3/21/2013 | MNOWAK Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 478 | 7/1/2013 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 479 | 7/1/2013 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objec-tions | Decision |
|-----|------|-------------|-----------|----------|----------|-------------------|----------|
| 480 | 8/14/2013 | JEDMONDS and DTURNBULL Trading Sequences | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative. |
| 481 | 1/15/2015 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative.. |
| 482 | 5/24/2010 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative.. |
| 483 | 11/12/2012 | CTRUNZ Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative.. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 484 | 5/15/2013 | CTRUNZ Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative.. |
| 485 | 11/19/2014 | GSMITH Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative.. |
| 486 | 5/11/2016 | CTRUNZ Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative.. |
| 487 | 6/13/2016 | CTRUNZ Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative.. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 488 | 7/11/2016 | CTRUNZ Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative.. |
| 489 | - | Intentionally Left Blank | | | | | |
| 490 | 11/19/2008 | Barrier Option Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative minus the blue text and other argumentative aspects (but barrier options have been withdrawn). |
| 491 | 3/11/2013 | Barrier Option Trading Sequence | Charts showing trading sequence previously disclosed on June 20, 2021 that the government expects to offer in its case-in-chief at trial | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Allowed as demonstrative minus the blue text and other argumentative aspects (but barrier options have been withdrawn). |
| 492 | Various | CME RAPID data for Trading Sequences in GX 450–491 | CME order book data for certain trading sequences | | | Objections reserved pending receipt of exhibit | Reserved (data). |
| 493 | Various | CME full-day RAPID data for Trading Sequences in GX 450–491 | CME order book data for certain trading sequences | | | Objections reserved pending receipt of exhibit | Reserved (data). |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 494 | Various | CME RAPID data excerpts of episodes involving Quantlab | CME order book data for certain trading sequences | | | Objections reserved pending receipt of exhibit | Reserved (data). |
| 495 | Various | CME RAPID data excerpts of episodes involving Susquehanna | CME order book data for certain trading sequences | | | Objections reserved pending receipt of exhibit | Reserved (data). |
| 496 | - | Exhibit Withdrawn | | | | | Reserved (data). |
| 497 | - | Exhibit Withdrawn | | | | | Reserved (data). |
| 498 | Various | Summary Analysis of Trading Sequences in GX 450–491 | Summary statistics regarding certain trading sequences | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Government confirming with expert. |
| 499 | Various | Order Size Analysis (Smith, Nowak, Trunz, Edmonds) | Analysis of certain orders sizes for particular Tag50s | | | R. 1006 improper summary; R. 403 prejudice, confusion, delay, misleading to the jury | Government confirming with expert. |
| 500 | 6/9/2009 | GSMITH Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 501 | 12/17/2009 | GSMITH Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 502 | 7/8/2009 | GSMITH Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|-----|------|-------------|-----------|----------|----------|------------------|----------|
| 503 | 6/25/2010 | GSMITH Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 504 | 7/13/2010 | MNOWAK Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 505 | 7/20/2010 | MNOWAK Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 506 | 12/15/2010 | MNOWAK Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 507 | 2/1/2011 | GSMITH Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 508 | 2/18/2011 | GSMITH Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 509 | 7/21/2011 | MNOWAK Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 510 | 6/7/2012 | MNOWAK Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | Parties to confer. |
| 511 | 2/6/2013 | GSMITH Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | |

| No. | Date | Description | Relevance | BegDocID | EndDocID | Deft. Objections | Decision |
|---|---|---|---|---|---|---|---|
| 512 | 3/4/2013 | MNOWAK Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | |
| 513 | 5/14/2013 | GSMITH Episode Animation | Trading sequence animation (demonstrative) | | | Objections reserved pending receipt of exhibit | |
| 514 | Various | Demonstratives of GX 463-491 | Demonstratives of GX 463-491 | | | | |

ENTERED:

s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: July 10, 2022