IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK, and<br>JEFFREY RUFFO,<br><br>Defendants. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

### GREGG SMITH'S MOTION FOR JUDGMENT OF ACQUITTAL

Defendant Gregg Smith ("Defendant") by and through his undersigned counsel, respectfully moves this Court under Federal Rule of Criminal Procedure 29(a) for a judgment of acquittal on Counts 1, 2, 3, 5 through 12, 24, and 26 of the Second Superseding Indictment. Mr. Smith seeks a judgment of acquittal on the following grounds:

*First*, as to the conspiracy counts (Counts 1 and 2), the Government has failed to adduce sufficient evidence to establish: (i) the existence of the charged conspiracies; (ii) that Mr. Smith (or any of his alleged co-conspirators, for that matter) agreed to engage in a pattern of racketeering activity or to commit price manipulation, wire fraud affecting a financial institution, commodities fraud, and/or spoofing; and/or (iii) that Mr. Smith knowingly participated in any of the alleged conspiracies with the intention of furthering them.

*Second*, as to the fraud-based counts (Counts 1, 5-12, and 24), the Government has failed to adduce sufficient evidence of the existence of a scheme to defraud or that Mr. Smith made a false or fraudulent statement in furtherance of that scheme. The Government has also failed to adduce sufficient evidence that Mr. Smith acted with intent to defraud and that he did not act with

the honest belief that his actions did not involve a materially false or fraudulent representation (i.e., he acted in good faith and therefore lacked the requisite intent to defraud).

*Third*, as to the spoofing count (Count 26) and the fraud-based counts (Counts 1, 5-12, and 24), the Government has failed to adduce sufficient evidence that Mr. Smith placed orders with the intent to cancel before execution.

*Fourth*, as to the attempted manipulation count (Count 3), the Government has failed to adduce sufficient evidence that Mr. Smith intended to create an artificial price and that he knowingly took a substantial step towards creating an artificial price.

*Finally*, as to the racketeering conspiracy count (Count 1), in addition to the arguments raised above, the Government has also failed to adduce sufficient evidence of the existence of an enterprise and of a pattern of racketeering activity.

As previously permitted by the Court, and as discussed on the record on July 21, 2022 (Tr. 2895:23-2896:20), Mr. Smith reserves the right to supplement this motion with additional legal grounds and arguments as well a memorandum of law should it become necessary.

Dated: July 22, 2022

                                                   Respectfully submitted,

                                                   /s/ Sean S. Buckley
                                                 Sean S. Buckley
                                                 Jonathan D. Cogan
                                                 Matthew I. Menchel
                                                 Leanne A. Bortner
                                                 Christopher S. Cogburn
                                                 KOBRE & KIM LLP
                                                 111 West Jackson Boulevard
                                                 Chicago, IL 60604
                                                 (212) 488-1206

                                               *Counsel for Gregg Smith*