IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH, and<br>MICHAEL NOWAK,<br><br>Defendants. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

**SUPPLEMENTAL DECLARATION OF JONATHAN D. COGAN IN SUPPORT OF DEFENDANTS' MOTION FOR A NEW TRIAL**

I, Jonathan D. Cogan, counsel for Defendant Gregg Smith, hereby declare under penalty of perjury as follows:

Kobre & Kim LLP is counsel to Defendant Gregg Smith in the above-captioned action. I respectfully submit this supplemental declaration in support of Defendant's Reply in Support of its Motion for a New Trial.

1. Attached hereto as Exhibit N is a true and correct copy of an email from Katya Jestin, as counsel to Christiaan Trunz, to the Government, dated May 23, 2019, and labeled DOJ-0021718676.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct.

Dated: December 6, 2022

                                                   Respectfully submitted,

                                                   /s/ Jonathan D. Cogan
                                                 Jonathan D. Cogan
                                                 KOBRE & KIM LLP
                                                 800 Third Ave
                                                 New York, NY 10022
                                                 (212) 488-1206

                                                 *Counsel for Gregg Smith*