# EXHIBIT N

## RE: Christian Trunz interview request

**From:** "Jestin, Katya" <kjestin@jenner.com>
**To:** "Perry, Avi (CRM)" <avi.perry@crm.usdoj.gov>; "Barkow, Anthony S." <abarkow@jenner.com>
**Cc:** "Luca, Jonathan (NY) (FBI)" <jluca@fbi.gov>; "Sullivan, Matthew (CRM)" <matthew.sullivan@crm.usdoj.gov>
**Date:** Thu, 23 May 2019 22:16:47 +0000

Dear Avi,

We have received your May 21 email and letter of the same date requesting an interview of our client, Christiaan Trunz. We will not discuss with you the nature or content our conversations or communications with our client, which – as you know, of course – are protected by the attorney-client privilege.

Mr. Trunz does have a legitimate, non-criminal explanation for his trading practices. But, based on our prior communications with you, we do not believe that that it would be fruitful for Mr. Trunz to sit for an interview with you. You have told us that you may direct US or UK government agents to serve Mr. Trunz with a copy of the letter. We object to personal service of Mr. Trunz, or any contact with him by any government agent. Moreover, if such contact occurs despite our lack of consent, we object to any efforts to speak or communicate with, or question, Mr. Trunz, whether in person or in writing, and whether in connection with or separate and apart from any attempts to serve him.

All the best,
Katya

**From:** Perry, Avi (CRM) [mailto:Avi.Perry@usdoj.gov]
**Sent:** Thursday, May 23, 2019 6:08 AM
**To:** Jestin, Katya <KJestin@jenner.com>; Barkow, Anthony S. <ABarkow@jenner.com>
**Cc:** Luca, Jonathan (NY) (FBI) <jluca@fbi.gov>; Sullivan, Matthew (CRM) <Matthew.Sullivan2@usdoj.gov>
**Subject:** Re: Christian Trunz interview request

External Email – Exercise Caution

On May 22, 2019, at 8:55 AM, Perry, Avi (CRM) <Avi.Perry@crm.usdoj.gov> wrote:

On May 21, 2019, at 10:28 AM, Perry, Avi (CRM) <Avi.Perry@crm.usdoj.gov> wrote:

**Katya Jestin**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908 | jenner.com
+1 212 891 1685 | TEL
+1 212 909 0818 | FAX
KJestin@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.