| | |
|---:|:---|
| **From:** | Meister, David |
| **To:** | Sullivan, Matthew (CRM) |
| **Cc:** | Jonathan D. Cogan; Sean S. Buckley; Matthew I. Menchel; Leanne Bortner; Merzel, Daniel; Johnston, Bridget G; Perry, Avi (CRM); Ridgway, William; Fenton, Christopher (CRM); Jennings, Lucy (CRM); Byrne, Colleen (CRM); "Kelly Spatola" |
| **Subject:** | RE: [EXTERNAL] RE: US v. Smith \| sentencing submission schedule |
| **Date:** | Monday, February 27, 2023 9:20:40 PM |

Matt –

In the spirit of professional courtesy and to avoid any delay we offered an adjusted schedule and addressed your question concerning our expectations to rely on defense experts in connection with sentencing. If you'd prefer to stick with the current schedule, that's fine with us. To the extent you are taking the position that we have somehow waived our rights to present expert evidence in connection with sentencing, we disagree. In any event, we will adhere to the Court's orders and the rules concerning sentencing, and do not see a need to seek the Court's intervention at this time. If you plan to seek any relief, please let us know in advance. Counsel for Mr. Smith informs me that he joins the above.

David

---

**From:** Sullivan, Matthew (CRM) <Matthew.Sullivan2@usdoj.gov>
**Sent:** Saturday, February 25, 2023 3:37 PM
**To:** Ridgway, William (CHI) <William.Ridgway@skadden.com>; 'Kelly Spatola' <kelly.spatola@kobrekim.com>
**Cc:** Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Matthew I. Menchel <Matthew.Menchel@kobrekim.com>; Leanne Bortner <Leanne.Bortner@kobrekim.com>; Meister, David (NYC) <David.Meister@skadden.com>; Merzel, Daniel (NYC) <Daniel.Merzel@skadden.com>; Johnston, Bridget G (NYC) <Bridget.Johnston@skadden.com>; Perry, Avi (CRM) <Avi.Perry@usdoj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Jennings, Lucy (CRM) <Lucy.Jennings@usdoj.gov>; Byrne, Colleen (CRM) <Colleen.Byrne@usdoj.gov>
**Subject:** [Ext] RE: [EXTERNAL] RE: US v. Smith \| sentencing submission schedule

Bill/Kelly,

Thanks for the additional detail. We don't believe it's necessary to change the schedule for the parties' sentencing submissions, and we would object to your proposed revised schedule below. To the extent that the initial PSRs were provided early, all parties received the PSRs at the same time, so neither party has had any extra time that could potentially warrant a change to the schedule. Additionally, under Fed. R. Cr. P. 32(f)(1), the deadline to submit any objections to the PSRs for all parties is Wednesday (March 1), so, again, neither party has received any extra time to review and object to the PSRs.

In addition, in the Court's January 23, 2023 Minute Entries (ECF No. 832 (Smith) & 833 (Nowak)), the deadline for the defendants to provide a response to Prof. Venkataraman's analysis was February 23, 2023—a deadline that passed without either defendant making a submission (nor did either

defendant seek an extension, which the Court noted it was amenable to considering). Therefore, to the extent the defendants intend to submit expert declarations as part of their sentencing submissions, they have missed the deadline and would need leave of the Court to make such a submission. We'd also note that the Court's schedule avoided any complications presented by the one-week turnaround for the government's reply and defendants' sur-responses, which you cite below as a basis to revise the submission schedule.

In the interest of avoiding any delay in sentencing, please let us know (i) if you intend to propose that the Court modify the submission schedule as you've set out below and (ii) whether you intend to seek leave from the Court to file expert declarations in response to Prof. Venkataraman's analysis now that the February 23, 2023 submission deadline has passed. Should you plan to seek leave for more time to file expert declarations, please let us know the basis for your request so that we may consider and get back to you with our position as soon as practicable.

Best,
Matt

_____

Matthew F. Sullivan
Trial Attorney
Criminal Division, Fraud Section
(202) 578-6583 (c)

---

**From:** Ridgway, William <William.Ridgway@skadden.com>
**Sent:** Friday, February 24, 2023 5:29 PM
**To:** 'Kelly Spatola' <kelly.spatola@kobrekim.com>; Sullivan, Matthew (CRM) <Matthew.Sullivan2@usdoj.gov>
**Cc:** Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Matthew I. Menchel <Matthew.Menchel@kobrekim.com>; Leanne Bortner <Leanne.Bortner@kobrekim.com>; Meister, David <David.Meister@skadden.com>; Merzel, Daniel <Daniel.Merzel@skadden.com>; Johnston, Bridget G <Bridget.Johnston@skadden.com>; Perry, Avi (CRM) <Avi.Perry@usdoj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Jennings, Lucy (CRM) <Lucy.Jennings@usdoj.gov>; Byrne, Colleen (CRM) <Colleen.Byrne@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: US v. Smith | sentencing submission schedule

Matt,

On behalf of Mr. Nowak, we anticipate filing and expert declaration with our sentencing submission.

Thanks,
Bill

**William Ridgway**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**

155 N. Wacker Dr. | Chicago | IL | 60606
T: 312.407.0449 | C: 312.692.1606

**From:** Kelly Spatola <kelly.spatola@kobrekim.com>
**Sent:** Friday, February 24, 2023 4:04 PM
**To:** Sullivan, Matthew (CRM) <Matthew.Sullivan2@usdoj.gov>
**Cc:** Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Matthew I. Menchel <Matthew.Menchel@kobrekim.com>; Leanne Bortner <Leanne.Bortner@kobrekim.com>; Meister, David (NYC) <David.Meister@skadden.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>; Merzel, Daniel (NYC) <Daniel.Merzel@skadden.com>; Johnston, Bridget G (NYC) <Bridget.Johnston@skadden.com>; Perry, Avi (CRM) <Avi.Perry@usdoj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Jennings, Lucy (CRM) <Lucy.Jennings@usdoj.gov>; Byrne, Colleen (CRM) <Colleen.Byrne@usdoj.gov>
**Subject:** [Ext] RE: [EXTERNAL] RE: US v. Smith | sentencing submission schedule

Matt,

We anticipate filing an expert declaration with our sentencing submission for Gregg Smith, but whether we ultimately do so is dependent on what position the Government takes in its submission.

Kelly Spatola
+1 212 488 1291

**KOBRE & KIM**

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Sullivan, Matthew (CRM) <Matthew.Sullivan2@usdoj.gov>

**Sent:** Friday, February 24, 2023 12:02 PM
**To:** Kelly Spatola <kelly.spatola@kobrekim.com>
**Cc:** Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Matthew I. Menchel <Matthew.Menchel@kobrekim.com>; Leanne Bortner <Leanne.Bortner@kobrekim.com>; david.meister@skadden.com; william.ridgway@skadden.com; daniel.merzel@skadden.com; bridget.johnston@skadden.com; Perry, Avi (CRM) <Avi.Perry@usdoj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Jennings, Lucy (CRM) <Lucy.Jennings@usdoj.gov>; Byrne, Colleen (CRM) <Colleen.Byrne@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Smith | sentencing submission schedule

Hi Kelly,
As we consider your request below, one point of clarification would be helpful. When you say that you will respond to Prof. Venkataraman's analysis as part of your sentencing submissions, will your response be limited to arguments based on the Sentencing Guidelines and 3553(a) factors, or will it also include any sort of rebuttal report, data analysis, or expert declaration?
Best,
Matt

_____

Matthew F. Sullivan
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20530
(202) 578-6583 (c)


**From:** Kelly Spatola <kelly.spatola@kobrekim.com>
**Sent:** Friday, February 24, 2023 11:30 AM
**To:** Sullivan, Matthew (CRM) <Matthew.Sullivan2@usdoj.gov>; Perry, Avi (CRM) <Avi.Perry@usdoj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Jennings, Lucy (CRM) <Lucy.Jennings@usdoj.gov>; Byrne, Colleen (CRM) <Colleen.Byrne@usdoj.gov>
**Cc:** Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Matthew I. Menchel <Matthew.Menchel@kobrekim.com>; Leanne Bortner <Leanne.Bortner@kobrekim.com>; david.meister@skadden.com; william.ridgway@skadden.com; daniel.merzel@skadden.com; bridget.johnston@skadden.com
**Subject:** [EXTERNAL] US v. Smith | sentencing submission schedule

All,

We wanted to reach out to discuss modifying the submission schedule in light of Probation's early issuance of the PSRs, to ensure adequate time on both sides and avoid any adjournment of sentencing.

We of course will not be submitting any supplemental papers or analyses to Probation at this point and will instead respond to Prof. Venkataraman's analysis as part of our respective sentencing submissions, but we're mindful that that likely complicates a one-week turnaround for the government's reply (and for Defendants' sur-responses) in April. We're also mindful that the early issuance of the PSRs gives the government an extra two-plus weeks with the PSRs before filing the opening memo. So we'd propose the following modified schedule, advancing the earlier deadlines by two weeks to build in more time later on:

|  | Current Schedule | Proposed Modification |
| --- | --- | --- |
| **Government memo** | March 20 | March 6 |
| **Defense memos** | April 10 | March 27 |
| **Government reply** | April 17 | April 10 |
| **Defense sur-responses** | April 24 | April 24 |

Let us know what you think.


Kelly Spatola
+1 212 488 1291

**KOBRE & KIM**

[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications

will be provided upon request.

===============================================================================

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===============================================================================