# Exhibit C

Message

From: ▮▮▮▮▮ [▮▮▮▮▮▮▮▮▮▮▮▮]
Sent: 12/17/2013 11:10:40 AM
To: Smith, Aaron [/O=CME E2K/OU=CME-CHI/cn=Recipients/cn=Aaron.Smith]

Hi Aaron,

I am going to stop sending these screenshots and we will be scaling down our metals activity on CME in general, as this is not going anywhere.
A lot of participants (including us) already completely left Palladium market( you can see this very clearly in the daily volume stats relative to, say Platinum) and same thing will happen to the rest of the market if this blatant market
manipulation is not stopped decisively.

Over the last 2 years I was only interviewed twice in conjunction with these reports and the corresponding cases do not even get into top 5 on my list. With probability of being "caught" so low for these guys what they are doing brings highly positive
risk adjusted return, so this activity will never stop and instead continue escalating.

Regards, ▮▮▮



