**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH, and<br>MICHAEL NOWAK<br><br>Defendants. | Case No. 19-cr-669<br><br>Hon. Edmond E. Chang |

**DECLARATION OF JONATHAN D. COGAN IN SUPPORT OF
THE SENTENCING MEMORANDUM OF GREGG SMITH**

I, Jonathan D. Cogan, counsel for Defendant Gregg Smith, hereby declare under penalty of perjury as follows:

Kobre & Kim LLP is counsel to Defendant Gregg Smith in the above-captioned action. I respectfully submit this declaration in support of the Sentencing Memorandum of Gregg Smith.

1. Attached hereto as Exhibit A are letter submissions to Judge Chang in support of Gregg Smith, written by his family, friends, and former coworkers.

2. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Mukarram Attari, dated April 10, 2023.

3. Attached hereto as Exhibit C is a true and correct copy of Defendant Gregg Smith's objections to the Presentence Investigation Report ("PSR"), prepared on February 15, 2023.

4. Attached hereto as Exhibit D is a true and correct copy of an excerpt of Gregg Smith's Informed Medical Consent Form related to his cancer treatments, dated August 31, 2017.

5. Attached hereto as Exhibit E is a true and correct copy of the FBI Report of a May 2022 meeting with Ari Nakkab, labeled DOJ-0021739857.

6. Attached hereto as Exhibit F is a true and correct copy of proposed defense exhibit 89, a January 28, 2013, chat between Ari Nakkab and Gregg Smith, labeled DOJ-0014809114.

7. Attached hereto as Exhibit G is a true and correct copy of proposed defense exhibit 276, an October 8, 2010, chat between Ari Nakkab and Gregg Smith, labeled DOJ-0014809100.

8. Attached hereto as Exhibit H is a true and correct copy of proposed defense exhibit 281, a December 7, 2010, chat between John Gavin and Gregg Smith, labeled DOJ-0015564375.

9. Attached hereto as Exhibit I is a true and correct copy of proposed defense exhibit 60, an October 6, 2008, chat between Ari Nakkab and Gregg Smith, labeled DOJ-0014808975.

10. Attached hereto as Exhibit J is a true and correct copy of proposed defense exhibit 329, an April 28, 2015, chat between Eugene Ferrara and Gregg Smith, labeled DOJ-0014784196.

11. Attached hereto as Exhibit K is a true and correct copy of proposed defense exhibit 114, a 2015 Performance Review of Gregg Smith at JPMorgan, labeled DOJ-0008293451.

12. Attached hereto as Exhibit L is a true and correct copy of proposed defense exhibit 606, a November 25, 2014, letter from JPMorgan to Michel Simonian, labeled DOJ-0008294097.

13. Attached hereto as Exhibit M is a true and correct copy of the FBI Report of a June 2022 meeting with Ari Nakkab, labeled DOJ-0021749872.

14. Attached hereto as Exhibit N is a true and correct copy of proposed government exhibit 625, a transcript of the CME's interview of Gregg Smith on October 17, 2013.

15. Attached hereto as Exhibit O is a true and correct copy of the FBI Report of a May 2019 meeting with Corey Flaum, labeled DOJ-0017117038.

Dated April 10, 2023

                                                              Respectfully submitted,

                                                              /s/ Jonathan D. Cogan
                                                              Jonathan D. Cogan
                                                              KOBRE & KIM LLP
                                                              800 Third Ave, Floor 6
                                                              New York, NY 10022
                                                              (212) 488-1206

                                                              *Counsel for Gregg Smith*