# EXHIBIT A

**Exhibit A**
**Gregg Smith Character Letters**

| Ltr. No. | Individual(s) | Relationship |
|----------|---------------|--------------|
| A-01 | Joanne Smith | Gregg's wife |
| A-02 | Jake Smith | Gregg's son |
| A-03 | Daniel Smith | Gregg's son |
| A-04 | Judge Robert Holdman | Gregg's lifelong friend |
| A-05 | Dr. James Sayegh | Gregg's family physician |
| A-06 | Louis Chiarolanza | Gregg's friend |
| A-07 | Joseph Andrusaitis | Gregg's friend |
| A-08 | Michael Gray | Gregg's lifelong friend |
| A-09 | David Chao | Gregg's friend |
| A-10 | Jodi Parascondola | Gregg's sister |
| A-11 | Anthony Salzarulo | Gregg's brother-in-law |
| A-12 | Madeleine Feldman | Gregg's former coworker |
| A-13 | Valerie Mastriocovo | Gregg's sister-in-law |
| A-14 | Robert Brisolari | Gregg's college friend |
| A-15 | Elizabeth Eggers | Gregg's former coworker |
| A-16 | Daniel McCain | Gregg's college friend |
| A-17 | Paul Genzburg | Gregg's college friend |
| A-18 | Catherine Nolan and Gerald, Marian, and Laura Armstrong | Gregg's friends |

# EXHIBIT A-01

January 15, 2023

Honorable Edmond E. Chang
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Chang,

I've been married to Gregg for 26 years. We met when we worked for the same bank a few years before that. I was always impressed at how he maintained such a respectful and civil demeanor even when his job was stressful. Throughout my years with Gregg, his first emphasis has always been on his family. He has always had a very close relationship with his family and that has also proved true with my extended family.

Together, we have raised two sons, Jake (25) and Daniel (23). Our values and work ethics have proved to be a good reflection on the well-rounded, loving, compassionate and hard-working men our boys have become. When their paternal Grandfather was ill, they took time out from their college weekends to spend time with their Pop-Pop. Unfortunately, their grandfather passed, but they were there to help their Grandmother, dad, cousins, aunts, and uncles get through this difficult time. My mom is 99 and lives nearby in the Bronx. While she is in good physical health, she cannot be left alone because of her dementia. We all take turns, my boys and Gregg included, to make sure she is never alone. We often share lunches and dinners, spend time playing card games together, and take turns sleeping over at her home. This compassion and love of family is a strong reflection of the example that Gregg has shown to his sons throughout their lives.

Recently, Gregg's mom has been going through health challenges, and the buildup of trial-related stress culminated in an internal infection severe enough to warrant a month-long stay in the hospital after the verdict. Currently, Gregg spends several days a week bringing her to doctor's appointments and arranging care. Without him, I don't know what his mom would do.

Gregg has always been very charitable to our family and to others with his time and resources. He always volunteered whenever needed as our boys were growing up. He spent hours coaching our sons' teams, driving them to practices and games hosting dinners for the football team, and organizing equipment drives for the team, to name a few.

Gregg loves to fish and has passed this love down to his sons. Every summer he arranges several fishing trips with families of veterans. Some of these veterans have permanent disabilities and without Gregg their children would never have this experience.

Gregg has his own personal health challenges. While he could have retreated into his own illness, instead, he made sure his mom and children were not affected. He continued to be involved in their lives. His cancer is in remission, but I can't imagine how he feels every three months when he is scanned and poked.

Gregg has also been incredibly supportive throughout my own recent health developments. A few weeks ago, I was diagnosed with invasive ductal carcinoma breast cancer on my right side. My most recent MRI scan revealed a lump on my left side was benign, but the doctors will confirm this is the case during my tumor removal surgery in May. Post-surgery, I will begin immediate radiation therapy to ensure all of the cancer cells are destroyed. Contingent on the results of the surgery and radiation, my doctors have laid out the possibility for subsequent chemotherapy, hormone therapy, or targeted therapy. I will rely heavily on Gregg to take care of me and our family during the months of treatment and recovery ahead.

I feel so fortunate to have met and married Gregg. He has been a loving and shining light in my life. I cannot imagine life without him.

Regards,

Joanne Smith

# EXHIBIT A-02

February 20th, 2023

Hon. Edmond E. Chang, Chambers 2178

Everett McKinley Dirksen United States Courthouse

219 South Dearborn Street

Chicago, IL 60604

Dear Judge Chang,

My name is Jake Smith,  and  I am the eldest son of Gregg Smith. I greatly appreciate you taking the time to read my letter and hope you take what I say into consideration when making a sentencing decision regarding my dad.

I am 25 years old and grew up in the greater New York City area. Following high school, I attended Fordham University in the Bronx for my undergraduate education. In 2019, I was hired full time at an industrial finance company where I had interned during my final year of college. I am very passionate about my career and moved to Houston Texas in November of 2022 to further my development at our headquarters with a larger, more sophisticated team. I owe all of my career success and success in life to my parents.

My earliest memories with my father are of us fishing. We would wake up early on weekends to target largemouth bass in local ponds, drive up the Delaware River to fish for trout, and take trips to Montauk to bottom fish for striped bass and flounders on party boats. As I got older, he recognized that this was more than just a hobby for me and that his passion had been passed down. In my early teens we both got more serious about our passion. All of our vacations encompassed at least one day of fishing. We had joined several competitive fishing teams and would compete in tournaments along the east coast.

In the summer of 2012 we won our first tournament benefiting veterans suffering from PTSD. A retired navy seal came with us and reeled in the winning shark. The experience supercharged our obsession with the sport and the following winter my dad purchased a small center console fishing boat. The boat quickly became a source of constant memories (many good and some bad). Since then, my dad has become one of the best striped bass fishermen in all of the tristate area. He has taken hundreds of friends, family and first time anglers out with him to experience the joys of fishing. My dad has since made it his purpose in life to take other fishing and show them a great experience on the water.

My dad has been dealing with some incredibly difficult challenges the past ten years and his morality and generous characteristics have strengthened in the face of them. He was diagnosed with stage three skin cancer and in 2017 was given a 30% chance of surviving five years. In 2018, he lost his father suddenly to cancer. All this while the investigations were going on in the background. Through these

February 20th, 2023

challenges, he has been a rock in our family. He fought the cancer and is currently in remission. We thank god everyday he is still with us and pray the cancer does not come back. Following his father's death, my dad has stepped up to take care of his mother. My grandmother is disabled. She can no longer drive, she is in and out of doctors appointments weekly, and has difficulty completing simple daily tasks. My dad has been there as much as he can, multiple times a week. He takes her to appointments, helps her move around the house and assists her with her rehab following recent surgeries. Most importantly, he spends time with her when she is lonely.

Through these challenges, my Dad found fishing to be his escape. My dad fishes with friends, family, as well as disabled veterans and children new to the sport. He simply loves sharing fishing experiences with people in his community, especially those who are out there for the first time. He enjoys seeing the happiness the sport brings others.

Up until he was let go from JP Morgan, my father never missed a day of work. He was out of the house by 6am my entire childhood and did not complain about his work even when stress at the office was at a high point. Through the good times and the bad, he has led by the same principles which have helped me and my brother become successful and respected members of our communities. He is the strongest person I have ever met and carries the weight of the world on his back.

We are extremely proud of the strength he has shown during this investigation and trial. This community is a better place with him in it. He makes those around him happy and helps those in need. Through his actions, my father has instilled generosity, patience and most importantly, toughness, in my brother and I. Simply put, my dad is my hero. My dad deserves to spend his final years taking others fishing, caring for his family and leading the next generation by example.

Following the trial's verdict, I informed my parents of my intentions to relocate to Texas. They both overwhelmed me with their support of my decision. I don't deserve all they have given me and I get sad thinking about how much they have sacrificed only for me to move away from them when they need me most. Please take into consideration how important my dad is to our family and to our community. So many are dependent on him and we cannot imagine a world without him in it.


Respectfully,

Jake Smith

# EXHIBIT A-03

January 13, 2023

Hon. Edmond E. Chang, Chambers 2178
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Chang,

I hope you have been doing well since the trial. My name is Daniel Smith, Gregg Smith's youngest son. I want to start off by saying that I am extremely fortunate that my dad is the person that he is. He is an excellent father, and I have always and will always consider him my number one role model. Growing up, you don't always notice or appreciate certain parts of your life. Upon looking back at my childhood, I realize that without a shred of doubt that his number one goal was to see me and my brother Jake happy; whether that meant coaching our baseball teams or taking us fishing, he always set aside everything else to spend time with us. He has certainly molded my brother and me into two responsible, honest, and kind men.

During the trial, there was a lot of speaking about my dad's demeanor and the way he carried himself. Everybody that actually knew him always attested that he is a very calm and quiet person who usually kept to himself. That is the truth about him: the only times he would get genuinely angry with my brother, and me was when we were not being honest, kind, and responsible people because those are the principles that he holds himself to. When I was 8 years old, my teacher gave me a letter to bring home to my parents because I was continually disrupting the class. Being the genius 8-year-old I was, I didn't want my parents to find out, so I hid it under my bed instead of giving it to them. Well, as you would expect, my parents eventually found it and were not happy. Not for being disruptive in class (because what 8-year-old doesn't act up every now and again), but because I spent all that time lying to them. Kids often hear that same cliche about their parents not being mad about what they got in trouble for in

the first place but that they lied about it, when in fact, the parents are just mad at the original offense; however, my parents truly meant it. They were genuinely disappointed in me that day because I had broken their trust and forced them to be skeptical of anything I said. They explained the importance of that mutual honesty and trust to me. Going forward from that incident, I was always honest with my parents., and there were plenty of times when I did screw up, but they would always make it clear that while it was a mistake, as long I owned up to it and faced the consequences, a mistake is all it was. That is just one example of how my father is as a person: fair.

No matter what was going on in his personal life, before and since the case began, my dad always made time for my brother and me. The example that first comes to mind is the countless Saturday and Sunday mornings he spent clearing water off the Little League fields with one or two other dads because it had rained the night before. I am sure that many people would rather be sleeping or doing just about anything else other than raking puddles and pouring dirt on a baseball field at 6 AM on the weekend, but not my dad. He did it so many weeks when my brother and I were growing up so our Little League games would not get canceled. He knew how much joy we got from playing sports and being with our friends on the team. One could call him selfless because seeing us have fun while doing the things we love brought him more joy and fulfillment than any amount of sleep or whatever else he would have wanted to do on those weekend mornings would have brought him. There was never anything in this world that was ever more important to him than family.

It was not only Jake and me that he would go to great lengths for; he also has this devotion towards his mother and father. He has always been an incredible son to both of his parents; whether it was making the hellish drive through the New Jersey traffic all the way to Staten Island, just to bring my brother and me to their house on a random Sunday so we could all spend

time together, or driving his mother and father to and from doctor's appointments regularly. Since his father, my grandfather, passed away a few years ago, my dad, his brother and his sister have shown what it means to be caring and loyal children to their mother. He has been back and forth to hospital visits with his mother too many times for me to count and is always ready to go to her house to help her with anything she needs, which has been quite a lot over the past year. His ongoing care and devotion to her have certainly made her recent health battles more bearable, and he will continue to help her push through this time if he can continue caring for her. No matter how little or unnecessary the request actually is, he always pulls through. These are the values he has imparted to my brother and me that we will carry with us for our entire lives.

Lastly, I would like to share with you our experience as a family since the beginning of this situation, as it genuinely exhibits how strong, caring, and selfless my dad is. My brother, mother, and I have the best visibility into how this whole case has affected my dad. He has handled the stress, frustration, and I am sure at times anger with the situation with extreme poise and stability. Throughout the last handful of years or so, when he had to think and worry about what was to come in the future, he never once abandoned his duties as a father. He supported my brother and me during our sporting events, taking us fishing, seeing countless movies, and just being present and putting a smile on around the house. Someone else in his situation could have allowed this to damage their relationship with their family or grow distant, but he did not let that happen. He never took his stress or frustration, of which I am sure there was and is a lot, home with him. The amount of selflessness it takes to sacrifice your own mental health to protect your sons from having to feel it is tremendous, and I am forever grateful and lucky that he was willing to do that for us. Eventually, once he thought that my brother and I were old enough, he shared what was happening. Once he did share, he wanted us to be with him every step of the way, whether that was openly talking about it with us for the last handful of years or inviting us to the

trial in Chicago so we could be there to support him because no matter what the most important thing to him was his family. Everything, including this case, takes a backseat to supporting his family; he always made sure that my brother and I were doing well in school and that we were happy because if not, he would have done whatever he could to change that. He has been incredibly helpful and supportive to my mother, who has had some recent health news that has required him to drive her to and from appointments and be with her in some meetings with doctors. He is the rock of our family, making sure we are all happy and healthy as can be, especially my mother, who has taken this the hardest out of any of us and has relied on him, my brother, and me to help her get through the stress of this case.

This world is undeniably a better place because my father is in it and there would be no benefit to removing him from it for any period of time. His absence would certainly be a detriment to his mother, his friends, his wife (my mother), my brother, and myself. As you finish reading this, I hope you see his true character beyond the couple of weeks you spent in Chicago with him and beyond what information was presented to you during those weeks. I am sure that you have read a handful of letters echoing a similar sentiment to everything that I have just told you, but just know that coming from his son, I can say without an ounce of doubt that my father, Gregg Smith, is a person of incredible character, and I am incredibly lucky to have him as a dad.

Sincerely,

Daniel Smith

# EXHIBIT A-04

Honorable Robert K. Holdman
New York State Supreme Court (Ret.)
917-400-8277
holdmanr@gmail.com

January 19, 2023

Honorable David E. Chang
United States District Judge
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 060604

Dear Judge Chang,

I respectfully submit this letter in support of Gregg Smith with the hope you will find great leniency in your sentencing of him. I also submit it with great mixed emotion. On one hand, I cannot believe that my friend of forty-four years is in this position. I am angry, disappointed, and confused. On the other hand, I know I am in a better position than perhaps anyone outside his immediate family to attest to his character, to his core…to who Gregg Smith really is.

I testified before Your Honor as a Character Witness at trial and as stated then, I served as a prosecutor and NYS Supreme Court Judge for twenty years. Between that experience and over ten years as a defense attorney, I have read thousands of these letters. I understand quite clearly their import and pray you can see the Gregg Smith those closest to him all know, love, and need at home.

As you know, these letters are intended to give stories and examples of the person's good qualities; to show you how they are deserving of leniency. I have known Gregg since the summer of 1978 when we both attended freshmen workouts and tryouts for the football team at Monsignor Farrell High School in New York. We both went on to attend and play football at Fordham University as well. We lived together after graduation until he married, and we now live a mere fifteen minutes from each other. He is "Uncle Smitty" to my three children and I am "Uncle Hog" (a nickname since high school) to his sons Jake and Danny. Quite frankly, if I were to list examples of Gregg's good heart and selfless acts, I would be writing, and you would be reading, ad infinitum.

What stands out to me about Gregg in considering his character though, is not just his generosity of spirit, which is endless; not just his generosity of time and money, which so many people have been the beneficiary of; and not just his ability to truly listen, which is sincere, fully focused, and always about you. No sir, what stands out to me is the understated way he goes about carrying out all those qualities, how he lives being that person without favor or fanfare.

A small, but telling example is a time in college when Gregg was invited to attend a special cocktail reception hosted by the University President for those with highest honors. While in college Gregg also worked as a bartender at a local tavern popular with students. At the Scholar's Dinner, a fellow student walked up to Gregg and asked "Hi Smitty, are you here to bartend?" He did not express to her what an insult it was. He didn't become indignant. He didn't even correct her. I recall him telling me "I didn't want to make her feel bad."

Gregg Smith is the antithesis of the stereotypical Wall Street trader. He never fit that mold. He was and is happiest at home with his family and friends, enjoying the company and good food while a big sports event is on television.

When Gregg and I moved in with another friend, I was struggling financially. I had law school loans and was earning a whopping $30,000 per year as a first year Assistant District Attorney. There were countless nights, truthfully most nights, where I would come home, and an incredible meal would be prepared for us. When asked how much we owed him, his answer never wavered: "Get me next time". Again, I could fill volumes with stories such as this.

Judge Chang, Gregg's mother has not been in the best of health, especially since losing Gregg's father a couple of years back. Gregg drove the two hours to his parent's house multiple times a week when his father was ill to help care for him. He does the same now for his mother. She needs him. His sons are starting their careers and need their father in their lives, as does his wife Joanne of course, who has stood by him.

Your Honor, at trial the prosecutor asked me if I was just there to help a buddy. Quite frankly I was insulted by the question. I answered yes because on its face it is true. However, as a former Judge and prosecutor I have been asked many times to speak up for someone, "make a call" for someone, and to even appear as a character witness. I have never agreed to do it. Once I was subpoenaed to appear on a Death Penalty Sentence, but it was not my decision to be there. While the reasons have varied, the circumstances were such that I truly would be appearing "just to help a buddy". The same cannot be said for appearing on Gregg's behalf. Appearing as Gregg's Character Witness and writing this letter are the very least I can do for a man I know well enough to know that this conviction is so contra to his character. I ran to help him, and I did so because you cannot erase forty plus years of a man you know to his core.

Again, I respectfully urge, implore, and beseech you to please find leniency in your sentence. Thank you for your attention to this and the other letters.

Very truly yours,

Judge Robert K. Holdman
NYS Supreme Court (Ret.)

# EXHIBIT A-05

## PARK AVENUE FAMILY PRACTICE & GERIATRICS
## 102 PARK AVENUE YONKERS, NY 10703
## (914) 965-4300 (OFFICE) / (914) 965-7625 (FAX)

January 30, 2023

Hon. Edmond E. Chang, Chambers 2178

Everett McKinley Dirksen United States Courthouse

219 South Dearborn Street

Chicago, IL 60604

To Whom It May Concern,

My name is Dr. James Sayegh. I am a Board-Certified Physician practicing in Yonkers,

New York for the last 36 years. I have known Gregg Smith and his family for approximately 26

years, and he is currently under my medical care and has been for approximately the past 10

years.

Mr. Smith was diagnosed with Stage IIIB Melanoma, a deadly and aggressive form of

skin cancer, in June of 2015. Although advanced, this cancer can be easily overlooked. Initially,

Mr. Smith's melanoma was misdiagnosed by his dermatologist. It was only after Mr. Smith saw

a second dermatologist, who took a biopsy just in case, that his cancer was properly identified –

although by this time, it had spread to his lymph nodes.  Mr. Smith was then treated with wide

local excision to remove his tumor and cancerous lymph nodes and assumed to be cancer-free.

Given the type and aggressiveness of Mr. Smith's cancer, the standard of care

encouraged check-ups and scans every three months for the first two years post-op.

Unfortunately, in 2017, at one of Mr. Smith's standard check-ups, he was found to have

recurrent Melanoma Stage III / IV which required an additional aggressive surgical excision of

his cancer on his right leg. Following the surgical removal, Mr. Smith participated in the New

York University Cancer Center's "Pilot Trial of Ipilimumab with Nivolumab for Participants

with Restricted States IIIB/IIIC/IV Melanoma." He underwent experimental immune therapy for two years requiring extensive radiologic testing / screening and follow up consultations with his oncologist. Stage III / IV Melanoma Cancer is notorious for being a vicious and elusive malignancy, making it medically imperative for Mr. Smith to have unimpeded access to medical experts who are familiar and qualified in the management of this cancer.

Mr. Smith will require extensive routine medical exams on a 2-4-month schedule as well as self-examination of his lower extremity and inguinal area for any early signs of recurrence; and to alert his medical care team if any issues develop. If you require any further explanation or clarification of the above, please do not hesitate to reach out. Thank you for your time in advance.

Sincerely,

James Sayegh, MD

# EXHIBIT A-06

January 19, 2023

Hon. Edmond E. Chang, Chambers 2178
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Chang,

My name is Louis Chiarolanza.  I am 80 years of age and now, after 48 years, have retired from the practice of law where I was licensed in my home State of New Jersey and the State of Florida.

I am a 1964 graduate of Villanova University and then served as a second lieutenant in the United States Marine Corp, as a result of my enrollment in a special program by the Marine Corp while attending college.  I was later promoted to 1st Lieutenant and temporarily promoted to Captain, which promotion would have become permanent had I reenlisted, which I did not.  I served in Vietnam in 1966 to 1967 and was awarded a Bronze Star for service in a combat zone.

After my military service, I enrolled in St. John's Law School where I graduated with a Juris Doctor degree in 1972.  I then worked for a small law firm for around three years before serving as an assistant prosecutor for the County of Morris in the State of New Jersey for approximately three- and one-half years.  After leaving the Prosecutor's Office, I started my own practice in Madison, New Jersey, specializing in both civil and criminal law.

I mention my background to impress upon you that I am a person of good character.  I have never been accused or convicted of a criminal offense and always speak truthfully on matters that concern and are of importance to me.

As an assistant prosecutor, I had the occasion to prosecute individuals for some very serious crimes.  I also had the opportunity to take a position at the time of sentencing as to what I felt was an appropriate sentence, knowing of course, that the Judge was not bound by my recommendation.  I realized that there were times that I had received guilty verdicts or had accepted guilty pleas from defendants where I believed that custodial sentences would not be necessary to effectuate justice in some cases. I can honestly state that I cannot recall one time that a Judge did not go along with my recommendation, whether it be for a custodial or non-custodial sentence.

I realize that the jury did render a finding of guilt against Mr. Smith on some charges.  I am sure that due to the length of time it took them to reach a verdict, it was not an easy decision on their part.  It is not my intent to question their decision, even though I was surprised at it.

My reason for this correspondence is because we have now come to another important part in our criminal (justice) system, the matter of what sentence should be imposed in this case.  For this reason, I would like you to know the Gregg Smith I have had the privilege of calling a good friend.

I have known Gregg Smith for the past twenty years.  A very good friend of mine introduced me to Gregg because he wanted me to take him and his 10 year old son fishing.  It was during the first trip that I had the occasion to see the loving way Mr. Smith interacted with his son.  He is such a kind-hearted, caring person and he made quite an impression on me.  I spent many more fishing trips with him and his son,

as well as with as with his other son.   During my time with Gregg, I had come to see a person who was very concerned and supportive of our wounded veterans.  I watched him support various events that involved the wounded veterans of this country.  He even arranged and paid for various trips to take wounded veterans fishing and assisted them during those trips so they were able to feel a sense of accomplishment in being able to do something enjoyable with minimal assistance.  He was always there to support any cause that was for our veterans who came home injured from any war.

Over the years, I got to know Gregg as a devoted husband and loving and caring father.  Until this *incident*, I know that he had never been charged or convicted of any criminal offense and to the best of my knowledge, led a law abiding life.  It has been almost six years since the date of the *incident* to reach a trial and I personally saw the effects of this trial on him and his family.  I can't begin to imagine the emotional trauma just knowing he will no longer be allowed to work in his profession, and at his age, future employment will be, no doubt, difficult, if not impossible, to obtain.

I mention these things to Your Honor because I want you to know the type of person Gregg Smith is and I am hopeful you may find in this particular case, a custodial sentence is not warranted.  The loss of his license to practice in his field, and the stress, not only to him, but to his loving family, has been punishment (enough).  *I understand that as a result of the guilty verdict, his mother was rushed to the hospital.*

Your Honor, I know that there are federal guidelines for sentencing.  I also understand that they are not binding on Your Honor but are merely serve as guidance to assist you in making a deliberation *in your sentence*.   I am certain that imposing a sentence can be very difficult.   Based on the facts of this case, the crime that was committed, the duration of time it took to go to trial, the length of time to reach a verdict, and the fact that this is Mr. Smith's first criminal offence after being a law abiding citizen for all of this life, I do not believe that a custodial sentence is warranted.

If I had been a prosecutor in this case and looked at all of the facts, I would not have asked for a custodial sentence and should Your Honor see fit not to impose one, I could very easily understand why.

Sincerely,

Louis A. Chiarolanza

# EXHIBIT A-07

January 20, 2023

Hon. Edmond E. Chang, Chambers 2178

Everett McKinley Dirksen United States Courthouse

219 South Dearborn Street

Chicago, IL 60604

Your Honor:

My name is Joseph Andrusaitis. I have been a US Coast Guard licensed captain since 1981. Between 1983 and 2008 I worked as a commodity floor broker on the Nymex, Comex and Sydney Futures Exchange. Since retiring from commodities trading in 2008, I have run my own home improvement contracting business in New Jersey.

I have known Gregg Smith as a close personal friend since 2003. We were introduced through a mutual friend, Bob Hansen. Bob knew that I lived in Point Pleasant Beach NJ, and that Gregg, who is also an avid fisherman, owned a home here in Point Pleasant Beach where he spent summers with his family.

Gregg and I hit it off right away.

That first summer we went out fishing Gregg brought along his eight year old son Jake. Jake, like his father, loved to fish. We spent many days together that first season and I got to know Gregg and his family. Gregg was interesting, smart, funny, an enthusiastic fisherman, and a great dad to his two sons. It was obvious right away that Gregg was a man who lived for his family.

The following year Gregg asked me if there was any possibility that we could help his boy Jake take a shot at the 'International Game Fish Association' (IGFA) Small Division World Record for Bluefin Tuna. The kid had real talent. We had him enrolled in the 'small fry division', which is essentially a division for kids 10 and younger.

It was a remarkable experience. I watched Gregg guide his son through the strict set of rules in the division. Gregg was insistent that his son follow every rule to a T. I was thoroughly impressed at how naturally he instilled a solid moral compass in the boy. It was a life-lesson I was honored to observe first hand. It was a mark of the man I believe, and have always known, Gregg to be. Jake broke that world record in his class. It was an enormous accomplishment and a

true testament of a father's devotion to his son. It was also clear to me then that Gregg Smith was a man I wanted in my life as a close friend. A decent man. A man to be trusted and admired.

Over the ensuing years Gregg and I became fast friends. We had the trading in common of course, and we had the fishing too. But more importantly we had a familial bond that transcended all of that.

Every season Gregg and I would enter the popular fishing tournaments in our area. We had the good fortune to place in quite a few through the years.

One particular tournament comes to mind from this time. It was a shark tournament set up to raise funds for "Warriors for Warriors" an organization that helps veteran Seals with the physical and mental issues resulting from their time in service. Gregg and a close friend of his, a restaurant owner, were the major sponsors of that tournament. They provided all food and beverages for the Captains meeting before the tournament as well as financial support for the event. As luck would have it Gregg and I won the tournament. Prize money was donated back to the organization.

I'm a firm believer in the old maxim that if you can find three or four solid friends in life, you can count yourself a lucky man indeed. Gregg Smith is one of those men for me. He is a man among men. I have watched he and his wife Joanne raise two fine boys. Smart, capable, well liked men, who can look you square in the eye with a handshake. I can tell you that that solid sense of self assurance is a direct testament to the character of their father.

Gregg Smith is one of the finest men I have ever known. An admirable father, brother, and son. A family man through and through. And the kind of man I'd want standing firmly beside me in battle. He is a man to be trusted and relied upon.

Your honor, it is with all due respect I am asking you to show mercy for my dear friend and his family. You have my word that Gregg Smith is a man worthy of every single ounce of leniency you can afford. Thank you.

Sincerely,

Joseph Andrusaitis

# EXHIBIT A-08

January 4, 2023

Hon. Edmond E. Chang, Chambers 2178
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Chang:

My name is Michael Gray, and I am writing on behalf of Gregg Smith, a defendant in a trial over which you recently presided.

I have been friends with Gregg Smith for 52 years. We have been through many major life events together. We were in each other's wedding parties, Gregg is godfather to my oldest child, we shared New York Mets season tickets and we have raised our sons together.

I first met Gregg Smith in September of 1970. It was the first day of school for the 1st Grade class at St. Rita School. Gregg and I sat next to each other and as we prepared to start the day Gregg broke out a bundle of #2 pencils. He must have had two dozen newly sharpened pencils. I remember being confused, I had 4 pencils and he had a pack of pencils held together with a rubber band. I was wondering why he had so many. The question was answered later that week when one of our classmates reached into her school bag to retrieve her pencils and realized she left them home. She was in a full-blown panic. It was then that Gregg reached over to her and gave her 2 of his pencils. That was the first of many acts of kindness and generosity I have witnessed of Gregg in our 52 years of friendship.

His generosity continued with his emotional and financial support to his family and extended family. Gregg is a caring son, husband, father and uncle. He is the true nucleus of the family. He is a devoted son who cared for his dad through his illness and continues to take care of his mom after his dad's death. With his mom now is senior living, Gregg spends a lot of time grocery shopping and running errands with or for his mom. He is a loving husband and father of 2 young men. He taught his sons how to be a good husband through his loyalty and respect for their mother. He has taught his sons the importance of being a good father through his patience, affection, and encouragement. Gregg had spent countless hours with them at the ballfields and on fishing trips. Jake's and Daniel's love of fishing no doubt comes from the time they spend with their dad out on the ocean. Gregg's nieces look to him for guidance and council. Gregg does not look for recognition as he quietly financed his nieces' college educations.

"Uncle Gregg" has been a mentor to my own kids when they needed advice that did not come from their own father. He has provided advice to all three of my sons. Whether it be discussing colleges to apply to, courses to take or just recreational advice during our fishing trips.

His generosity extended outside his family to his community as well. Gregg has impacted hundreds of lives through his tireless efforts as a coach, teacher and mentor in the Edgemont Township sports programs. Gregg used his experiences as a college football player to teach skills and work ethic. Through his coaching and mentoring he taught life lessons to countless kids in Westchester County.

Gregg is known through-out his neighborhood for throwing great, inclusive, pizza parties for the NCAA Final Four.  He and a neighbor make pizza for a party that includes family, high school and college friends, and neighbors.  It has grown over the years to include his sons' friends as well.  A highlight of every basketball season.

In closing, I want to emphasize that Gregg is a good and caring person. He has consistently been there for others throughout his life in so many supportive ways. Your Honor, thank you for taking the time to learn a little bit more about Gregg and I ask you to deliver leniency on his sentencing in consideration of his model behavior as a son, spouse, father, uncle, and active participant in the community.  The community is a better place with Gregg Smith helping those around him.

Respectfully,


Michael A. Gray

# EXHIBIT A-09

David S. Chao
10 Old Jackson Avenue
Unit 59
Hastings-on-Hudson, New York 10706

January 18, 2023

Hon. Edmond E. Chang, Chambers 2178
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Chang,

I appreciate you taking the time to read my letter. I am hoping that in reading about my personal interactions with my friend Gregg Smith, you will be able to get a sense of what kind of person he is in daily life and why I feel compelled to write on his behalf.

My name is David Chao. Currently I serve as the Chief Investment Officer of Phipps Houses, the largest non-profit owner, developer and manager of affordable housing in New York City. I write this letter not as a representative of Phipps Houses, but in my personal capacity. I have known Gregg for 20-plus years. I consider him a dear friend, one whom I initially got to know through our own kids, who are best friends; one with whom I have coached Little League with for years; one who has regularly invited me over to share time with him and his family and friends cooking pizzas in his backyard. It is through these interactions, among others, that I saw Gregg exhibit the traits of integrity, compassion, empathy and character.

We shared a common interest in football, not only in the game itself, but in the life lessons the game taught. While most parents shy away from letting ones kids play football nowadays, Gregg would talk about how football was a microcosm of life – learning accountability to oneself and teammates, looking for strategies to find success, tackling problems head-on and persevering through rough times.

I have witnessed firsthand how Gregg has demonstrated a love of family. Many parents have busy lives and careers, but for Gregg, his career was a means to an end. That end was to spend time with his kids while they were growing up. He was able to be present in coaching his boys in Little League. This was an activity that took up time during the week – a time when most parents would prioritize their work and careers over their children's activities. We spent multiple seasons coaching together. Each Spring season, Gregg and I would be with the kids about 2 hours/day for three to four days a week.

A specific story comes to mind that speaks to Gregg's integrity. We were in the Finals when the kids were 9/10 year olds. One member of the team, who was not particularly talented as a baseball player and who had not been showing up to games during the season, showed up at the finals. The rule is to play everyone and while some parents (and even the third coach) wanted us to send the child home, Gregg stood up and said that "everyone plays." Winning the Little League Championship was secondary to the life lesson of "playing by the rules" and playing fairly.

Gregg saw it important to spend time not only with his own boys, but also with their teammates and friends. I wanted to coach with Gregg because I saw what his goals were – shaping kids using baseball as the instrument. I found that Gregg was neither focused on outcomes nor wins – he was focused on the processes of learning and teaching; in helping to instruct all in the art of learning the skills of a game, but more importantly, teaching his boys and their teammates to win with humility and to lose with grace.

Later I discovered we were both Wall Street professionals so we began discussing markets. I valued his thoughts on market drivers and economies as well as investment ideas. We had common clients and colleagues. We shared similar experiences in the implosion of our Wall Street firms. We were forced to find other opportunities in an extremely challenging job environment. Both of us were able to not only land on our feet, but we both gained increased professional responsibilities in our new positions. We shared a similar career arc which likely contributed further to the mutual respect and kinship. We understood each other because our journeys and travails on Wall Street were familiar to each other.

Over time, we would travel with our families to places like Disney World, and then when the boys were older, to visit colleges together. In between, the weekends and nights spent with each other barbecuing at my house or having backyard pizza at his house became frequent.

An interest we did not share was fishing. Gregg is an avid fisherman and I get seasick. However, when I was going through my own personal difficulties right before Gregg's trial, he insisted we spend time together on his boat and go fishing. He promised both smooth sailing and success in catching fish. Gregg intuited that I was somehow lacking a sense of purpose in my life while going through a divorce. In his own way, Gregg was looking to help get me back on my path. What I will remember always is that Gregg cared about my well-being when I was encountering rough seas, even while his own trial was looming. I cannot think of a better definition of a selfless friend. He also did deliver on his promise of smooth sailing and I did catch a few fish.

While coaching may have been our initial introduction to each other, we developed a strong bond over the years. Our boys have been best friends since they were 9 years old (they are now in their 20's). Initially the kids were the excuse to get together, but soon it was apparent that they were not the reason.

I have no doubt that Gregg is experiencing a difficult personal time right now. Despite that, I can say that Gregg continues to act as a model of humility and grace to his boys, his friends and to me. It is no surprise at all to see Gregg living the way he taught his kids and his teams, despite his current circumstances. He is demonstrating that he will persevere through these tribulations, which I find inspirational. I stated earlier that I felt compelled to write this letter on Gregg's behalf and I hope I have been able to portray Gregg in a way that many see him, or in the least, how I see him. Nothing that has happened to Gregg will diminish how I see Gregg and the redeeming qualities he has.

I thank you for taking the time to read how I have gotten to know and view Gregg Smith.


Sincerely,

David S. Chao

# EXHIBIT A-10

Jodi Smith Parascondola
107 Jumping Brook Road
Lincroft NJ, 07738

January 17, 2023

Hon. Edmond E. Chang, Chambers 2178
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Judge Chang,

First and foremost I would like to thank you for taking the time to read this letter and any consideration that it may present regarding Gregg Smith.

My name is Jodi Smith and I am Gregg's younger sister. Gregg was born in 1964 and I was born in 1965, so we have always been close. We also have a younger brother Kevin who was born in 1968.  Growing up, Gregg and I often shared the same circle of friends and activities.  We were raised by our parents, George and Bernadette Smith. Our parents always ensured that we had everything we needed and they both worked very hard to provide for us. All three of us attended Catholic grammar school and well as high school.  Gregg went on to attend Fordham University.

Growing up Gregg was always honest and straight forward.  I remember playing board games with our younger brother and Gregg always insisted that everyone play by the same rules, where I would have let him have a little lean way because he was younger.  Gregg always insisted that the rules would be rules exactly as written. I have clear visual memories of him referring to the games rule written on the box, and protesting and correcting any of us if the rules were not followed.  As a child Gregg would always confess to any wrong doing before, it was discovered by parents.  Whether it was breaking something in the house or fighting with a sibling, he would always own up to his actions and blurt out what happened before our parents had a chance to discover anything had happened.

Gregg has always been extremely levelheaded and had a solid sense of judgment.  I consider him to be extremely trustworthy. I have named him guardian of my children in the event that anything happened to my husband and myself.  I have also trusted him to be the

executor of our will.   I have also trusted his advice and support during personally challenging times in my own life.  As the mother of two adopted children, there are additional challenges presented during their upbringing, especially during their teenage years.  Most teenagers have typical struggles with their parents, but one of our daughters had a particular difficult time.   My brother helped me work with through this process.  Not only by providing me with a sounding board, but also by making her feel loved and appreciated.

Gregg is an outstanding father to his two sons, Jake and Daniel.  He has spent countless hours coaching their baseball teams, teaching them to fish, skiing with them and of course helping guide them through their education and career goals.  He has raised two wonderful young men, who I am proud to call my nephews.   He has also been a loving and supportive husband to his wife, Joanne.

In 2018, after a yearlong struggle with cancer, we lost our father.  During that year, which was the worst possible scenario for our family Gregg provided unconditional support to both my parents. He was strength when we were weak, he was rational and comforting when we were lost and desperate.  Since then, Gregg has been extremely supportive to our mother. He has helped her in any way possible, from helping her move to keeping up with household repairs. He also assists with any of her medical appointments and errands.  Many of my mother's doctor are in New York City, although she lives in New Jersey, so Gregg does takes her into the city for many of her appointments.  He currently visits my mother frequently.  At 83 years old, my mother believes that she is independent but does require help with many aspects of her life.  Gregg assists her not only by visiting frequently but by assisting her manage her household accounts and financial decisions.  He often takes her out shopping or to dinner to get her out of the house, she greatly enjoys her visits with him and looks forward to them.  If he was not able to visit my mother, it would have a tremendous negative impact on my mother. He is her first born, the apple of her eye, and she has always been so proud of him.  I can't imagine a world where she would not be able to be with her son.

Gregg has also quietly been a generous member of his community.  He has over the years supported many charities including fundraisers that have supported victims of September 11th.  He has helped his neighbors during unexpected losses caused by flooding.  I have also

witnessed him purchasing athletic equipment for the township Little League. He home cooked and delivered meals to nearby hospital staff during Covid.

My brother does not value material possessions. He wears jeans that are so worn they nearly have holes in them. He prefers to stay home and host casual dinners than go to fancy restaurants. He is an extremely talented cook and enjoys preparing meals for his guests in his home. He probably buys a new car every 10 years or so. He values time spent with family and friends over any worldly possessions.

I would be pressed to find anyone who knows Gregg that would have anything negative to say about him. He is the guy that will help out when needed. He is the guy that you would trust. He is the guy that will be there when you need him. I, like everyone close to him, have been blessed to have him in my life.

Again, I thank you for your time.


Sincerely,

Jodi Smith Parascondola

# EXHIBIT A-11

**Dr. Anthony Salzarulo DC, PC**

641 Lexington Ave, 14th Fl. New York, NY 10022
Phone (212) 475-2222 ◆ www.DrSalzarulo.com

Hon. Edmond E. Chang, Chambers 2178                    January 24, 2023
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Chang,

Thank you for taking the time to read my letter. My name is Anthony Salzarulo, and I am a
holistic doctor and homeopathic consultant with degrees and licenses in chiropractic and physical
therapy. Gregg Smith is my brother-in-law, and I am writing this letter in the hope that you will
understand the kind of person Gregg is in the eyes of his family.

I first met Gregg in 1993, while visiting my family in New York City. I was studying in Los
Angeles but would regularly go home for the holidays. I remember being impressed with the
core values I observed in Gregg at the time – values I still see today. I have always known Gregg
to act with kindness and generosity and exhibit a strong work ethic in all that he does. I admire
his ability to create long-term relationships and the genuine way in which he serves everyone
around him.

Gregg has always been a family man. When I moved back to New York after completing my
studies in Los Angeles, my father was fighting advanced leukemia. I recall that during my
father's battle with cancer, Gregg was consistently there to provide support to my family and to
lend a hand in whatever way he could, even before he married my sister and "officially" became
a member of our family. Gregg assisted around the house and he was a great comfort to my
family. My father ultimately passed in 1995, but I know he was very appreciative of Gregg's
help. Several years later, Gregg's own father was diagnosed with brain cancer, and I observed
him deliver the same generosity and dedication to his immediate family that he had previously
given ours. During the work week, he would travel from his home in Scarsdale to his office in
Manhattan, then to his parent's home in Staten Island to administer medications and assist with
hospital visits and household chores.

Currently, Gregg is instrumental in taking care of both of our mothers. Gregg's mom suffers
from chronic illnesses, including cancer and advanced arthritis, and is recovering from several
joint replacements. Gregg often goes to her home to take her to appointments and assist with
daily tasks. My own mother is turning 100 in July, and Gregg recently helped her move and

installed her flat-screen TV. Time and time again, I personally have seen Gregg prioritize family above all else.

Gregg has been married to my sister Joanne for over 25 years, and his devotion to his wife and two sons is unparalleled. Joanne suffers from rheumatoid arthritis, an autoimmune disorder that can impair her day-to-day functioning, so it's very important that she has someone to support her. Gregg is great about assisting with activities of daily living during flare-ups, including her most recent one over the holidays.

Gregg is a very present father. I watched Gregg changing diapers, feeding the kids, and helping out from the start. I remember speaking with my sister about how children learn by example, and she said her sons emulated their father's work ethic from a young age. They knew their dad woke up at 4:30 a.m. and was out of the house by 5:30 a.m. for work, but also saw how he prioritized spending time with them. Gregg always made sure to emphasize education. When one of his sons had difficulty in a subject at school, Gregg ensured he had the necessary tutoring to succeed. I remember the pride Gregg took when his sons followed in his footsteps to Fordham University. Now, as his sons are embarking on their own professional careers, I see how they embody Gregg's work ethic and continue to rely on Gregg for guidance.

I've always been impressed by the company Gregg keeps outside of the family. He has remained close with a core group of friends from childhood and Fordham, many of whom I've had the opportunity to meet and get to know over the years. You can tell a lot about someone by the people they surround themselves with, and Gregg's friends are a testament to his strong moral compass. It is clear Gregg respects his friends, and they respect him.

Although I do not know many details about Gregg's work life, I know Gregg's character. He has always had a good job, but he is not the type of person who is flashy or obsessed with work. Gregg has always viewed work simply as a way to provide for his family. His passion for family, sports, and his love of cooking are often at the forefront of our conversations. Gregg and Joanne recently hosted Christmas Eve dinner and Gregg himself did most of the cooking, as he often does. In my experience, Gregg is not some hotshot trader; he is a generous and loyal pillar of support for our family, and I ask that you keep that in mind during his sentencing.

If you have any questions, you can contact me at drsalzarulo@yahoo.com or (917) 238-6160. Thank you for your kind consideration of this matter.

Sincerely,

Dr. Anthony Salzarulo

# EXHIBIT A-12

January 19, 2023

Hon. Edmond E. Chang
Chambers 2178
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Il 60604

Dear Judge Chang,

My name is Madeleine E. Feldman and I am writing this letter in support of Gregg Smith and his upcoming sentencing. I first met "Smitty" (as he is affectionately called by friends and colleagues) when we both worked at Republic National Bank of New York. Gregg and I worked side by side at the Precious Metals Desk. Initially I was on the marketing side and he was a Gold Arbitrage Trader. Later on I was moved to the trading desk, where I was his assistant and kept his "book".

In a work environment that can only be described as aggressive and "dog-eat-dog", Gregg was the complete opposite. His patience and calm demeanor allowed me, and many other co-workers, to grow as professionals and as people.  I always found Gregg to be honest and very principled. The word that I and all others used to describe Gregg was and still is "integrity". I can recall one interaction when Gregg intervened when another trader was questioning my actions, to the point of being belligerent. Gregg immediately came to my defense. His support that day was just one example of his insistence that everyone treat each other with dignity and respect. He was always open and forthright in our conversations about our work and our families, and he was very proud of the culture change he had a large part of instituting in our department. As I mentioned earlier, prior to Gregg, the culture on the desk was at times pugnacious and fierce. Traders would not hesitate to yell and scream at subordinates and even threw things in fits of rage. Leading by example, Gregg treated me and others in a calm and respectful manner; when other employees noticed the way Gregg functioned, they followed his lead and began to treat others similarly. It wasn't long before the atmosphere and functioning of the desk had morphed into a more polite and deferential workplace.

After we both parted Republic for other jobs, Smitty and I, along with his wife and growing family, remained close. Several times a year we would socialize at either his home or mine. Smitty's love and devotion for his family was always on display for all to see. Gregg coached baseball, basketball and soccer. But his warmth and generosity did not stop at his own doorstep. Smitty was always the first person to volunteer to help those in need; several times a year Gregg took veterans, especially those with PTSD, and their kids fishing. He and his wife Joanne are supporters of Children, Inc., which gives emergency relief to children all over the world. An example of Gregg's warm heartedness and generosity of spirit was the support he gave me when both my parents fell ill and passed away. Joanne gave birth to one of their 2 children on the same day that my father died. Gregg drove to my home on the day of my father's funeral, which coincided with the day his baby came home, to be with me and my family. For Gregg, the emotional well-being of his friends and co-workers was as important to him as the well-being of his own family.

Gregg Smith was and is a special man who will always have my unwavering support and admiration. Even today, despite all that he is dealing with, I know that if I needed him for any reason he would answer my call and rush to my side. That is the type of person Smitty is.

If you have any questions about Gregg Smith, please do not hesitate to contact me.

Respectfully,
Madeleine Feldman

# EXHIBIT A-13

January 24, 2023

Hon. Edmond E. Chang, Chambers 2178
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Chang,

I am writing to you on behalf of Gregg Smith. As an administrative assistant supporting all business faculty at Fordham's Gabelli School of Business for the past 16 years, I have worked with hundreds of faculty, students, and administrators. I believe I am a very good judge of character and I know Gregg to be a person of high integrity.

Gregg is married to my younger sister (Joanne Smith). I have known Gregg for over 29 years. Within our family, Gregg's conduct has always been exemplary. Despite his busy professional schedule, he has been unselfish with his time and helped members of our family resolve difficult problems, including numerous health care issues for my mother, who is now 99 years old. Gregg is also well regarded within the community and has many charitable interests (which I understand will be detailed in other letters submitted to Your Honor).

As background, I first met Gregg when he started dating Joanne. I was instantly impressed with his strong character. It came as no surprise when he and Joanne announced their engagement. After they were married, he and Joanne have raised two wonderful children, Jake and Daniel. Through their strong parenting, Jake and Daniel have grown into kind, compassionate, and loving human beings. Gregg has been an exemplary father. Gregg is a role model as a father. One incident exemplifies some of his best traits. I remember when my nephew, Daniel, was a young child and had witnessed another child who was victimized by bullying. Gregg explained to both of his boys the Golden Rule of how you should always treat others how you want to be treated. He emphasized that Daniel should not be passive and needs to help the victim the next time there was an incident. Gregg also had Daniel invite the bullying victim over their house so that they he could help the boys address the situation. I will never forget this kindness. Gregg set an example of inclusiveness for his boys that I expect them to carry forward for the rest of their lives. Through his example, he has shown his children the importance of respecting others and becoming involved in charitable and community-based organizations such as distributing food in soup kitchens, organizing fundraisers for the military troops, taking veterans who have suffered from PTSD and their children fishing and much more.

Despite his fight and months of treatment for Stage 3 Melanoma Cancer, he has always been there for his entire family. His support of his aging mom and dad through the years has never wavered. As mentioned above, he has shared in the caring of my 99 year old mom who has dementia. Since she cannot be left alone, we all take turns spending time with her and sleeping over her house. He is loved by our whole family along with so many friends. My family has

gone through many struggles over the years but it has been such a comfort to know we could always depend on Gregg for support. His generosity, wisdom, caring, and love has always guided us through difficult times.   More recently, during Hurricane Ida, my family was drastically affected.   I have a modest home in the Bronx which I have lived in for the past 30 years.  My entire bottom floor was destroyed by a flood caused by the Hurricane.  As always, Gregg jumped in on a moment's notice and worked tirelessly to help us.  He ripped up rugs, moved out furniture, purchased raw materials, installed new walls and put down new floors.  I was distraught throughout this time period but his calming nature was so helpful to all of us.  That is just one example of the role Gregg plays in our family.  He is the glue that holds us together and the person we rely on in times of crisis.  During the holidays, his home is always open to anyone who he knows does not have the ability to celebrate with their family.  He believes that no one should celebrate alone.

Please find it in your heart to consider that Gregg has suffered considerably through this terrible ordeal.  It would not be beneficial for him be taken away from our family for any period of time.  His children, wife, mom, mother-in-law, nieces, nephews, friends, and community need him more than you can ever imagine.  If you knew him the way I do, you would certainly agree.  Thank you for your consideration.


Kind regards,

Valerie Mastriocovo

# EXHIBIT A-14

Robert Brisolari

1522 Hornbeam Drive

Crofton, MD 21114

(202) 359-3199

January 23, 2023

Honorable Edmond E. Chang

United States District Judge

Northern District of Illinois

219 South Dearborn Street

Chicago, Illinois 60604

Dear Judge Chang,

I'm submitting this letter regarding the pending sentencing of former JP Morgan Chase precious metals trader Gregg Smith. Since learning of his recent conviction and upcoming sentencing, I felt the need to share some of my personal observations of Gregg for your consideration as you prepare his sentencing. Gregg's arrest and subsequent conviction were very surprising and disappointing for me. They certainly did not seem consistent with the man and friend I've known for the past forty years.

By way of background, I was born in 1964 in Bronx, New York and subsequently raised in the modest town of Thiells, NY comprised mainly of New York City fireman and police officers. In 1982, I entered Fordham University with the goal of achieving a career in federal law enforcement. I subsequently graduated from Fordham and took a position with the New York State Attorney General's Organized Crime Task Force. I held a low-level position that reconfirmed my desire to pursue a career in federal law enforcement. That goal became a reality in 1987 when I was selected for a special agent position with the United States Department of State, Diplomatic Security Service (DSS). I spent four years with DSS conducting physical protection for both domestic and foreign government officials. In 1991, I left DSS to pursue my goal of becoming a special agent with the Drug Enforcement Administration (DEA). My time with DEA was much more than a career or job, it was a calling and a life changing experience for me. I spent my first nine years with the DEA's New York Division conducting large-scale multi-jurisdictional investigations. I was then promoted to a staff coordinator at DEA's Special Operations Division coordinating the most sensitive international operations being conducted by the inter-agency community. In 2006, I was again promoted to serve as a special advisor to the DEA Administrator. Finally, after a series of additional promotions, I retired in January 2014 as a member of the Senior Executive Service, holding the position of Chief of Operations

Management at DEA headquarters. Since that time, I spent six years in a high-level position with Deloitte and for the past two and a half years as a Vice President for Regulatory Affairs with McKesson Corporation.

My career with DEA was spent in the pursuit of justice and enforcing the laws of the United States (U.S.). After leaving DEA, my time with Deloitte was primarily spent in support of the U.S. government, the primary component being the Department of Justice (DoJ). The goal was to use private sector tools and resources to enhance federal law enforcement efforts. Finally, the past two and a half years of my professional career has been with McKesson Corporation with my primary role being to mitigate risk, ensure compliance with federal and state regulatory requirements and laws and protect the company's reputation. I would like to think that the common thread of these different roles is that each requires a high degree of integrity. That was something I learned to value as a child, and it became the guiding principle in my life. I find myself gravitating towards people who hold similar values. In my personal experience, Gregg is one of those people. He was always an honest, thoughtful, and a caring individual.

My relationship with Gregg began in August 1982 as two nervous freshmen reporting to Fordham University for the start of football camp. We immediately struck up a friendship that remained for forty years. Gregg always had a unique way about him, he was quiet, but confident, exceedingly bright, modest, and extremely generous. In an ever-changing world, Gregg was a constant. He was the caring and loving son of his parents, a respected brother, the friend you can always count on, a loving father and a devoted husband. As I mentioned, Gregg is not a man of many words, but his actions and support for those closest to him speaks volumes. He was always at his best when people needed him most. The circumstances didn't matter, whether it was when he was caring for sick parents, fighting his own battle with cancer, or simply being a great father. Gregg's dad passed away approximately two years ago after an extended illness. During that time, Gregg made certain that his dad was comfortable, well cared for and loved. He didn't do that from a distance. Gregg gave much of his time to the man he admired and loved so much. He finds himself in a similar situation today, as he cares for his mother who is also battling an illness. I can only imagine how Gregg's arrest and conviction have impacted his two sons, Jake and Danny, but I'm certain it hasn't lessened their love and admiration for the man that raised them. Gregg has always been an active father, whether it would be coaching little league baseball, going on fishing trips or simply spending time with his boys. Gregg's impact on his sons is evident. They both have grown to be impressive young men with bright futures. Gregg's wife, Joanne, has been Gregg's partner for over twenty-five years. The Smiths are a family, their love for each other is unconditional. The family has suffered because of Gregg's criminal case, but none of it has diminished what they mean to one another.

In the matter of Gregg's arrest and conviction, it is not only surprising, but also ran counter to the man I've known all these years. For some, his arrest, conviction, and sentencing will forever define him. I cannot be included in that group. As a former law enforcement officer for approximated thirty years, I still hold the utmost respect for our criminal justice system and will always accept its outcomes. I'm a firm believer that decisions come with consequences. As a friend and man of faith, I cannot allow this to define Gregg's contributions to society and his

overall body of work. Therefore, I feel strongly in asking you to show Gregg and his family consideration during your forthcoming sentencing deliberations and pray for your leniency.

In closing, I would like to thank you for allowing me the time to write on Gregg's behalf and to further thank you for your years of service to the people of the United States.

Sincerely,


Robert Brisolari

# EXHIBIT A-15

January 16,2023

To:     Honorable Judge Chang

**<u>Gregg Smith</u>**

My name is Elizabeth Eggers, and the purpose of this letter is to provide a character reference for Mr. Gregg Smith whom I have known for about 20 years.

I first met Gregg in 2003 when I started working at HSBC Bank NA out of college. I was hired as a sales assistant to work on the precious metals desk where Gregg was the gold and silver trader. Gregg was not only my co-worker, but he also became my good friend through the years. Knowing him for as long as I have and my daily interactions with him when we worked together, I believe I can provide a level of assessment on his character.

When I first joined HSBC Bank, the desk became my second family. Gregg was inviting and friendly and extremely inclusive. I felt he wanted to see me succeed in my career and would help and provide guidance any way he could. We later moved to Bear Stearns and then to JP Morgan together.

On a personal level I got to know Gregg's family during work gatherings. During these events I got to know and appreciate Gregg for more than someone I worked with. He was a great father and husband, and it was obvious that he loved his family deeply. He would talk about his family; especially how much he loved his two sons. He would describe Jake as "the gentle giant". Jake was tall and kindhearted and was always sticking up for kids smaller than him that were getting picked on. Gregg would talk about how great Jake was at baseball and all the fishing trips they would go on together. Jake was Gregg's sidekick, and they did everything together and had a very close relationship. He described Dan, his younger son as the "ladies' man". Gregg loved how outgoing Dan was and how he made friends easily and wherever he went. Gregg always had a big smile on his face when talking about his kids and you could tell how proud he was of them.

I also had the pleasure of meeting Joanne, Gregg's wife on many occasions. Joanne had been in the business and worked on a trading floor, so it was always so nice to talk to her about her experiences as a woman working in the same industry. She would always tease Gregg in a loving way and Gregg would smile knowing her affectionate intentions and meaning.

They always had large family gatherings for holidays and Gregg would of course always host. He loved creating his menus and planning out what he was going to serve. I always loved

hearing all the delicious things he was going to make. He always just wanted his family and friends to feel comfortable and relaxed and have a good time.

In the time I have known him, Gregg Smith, has been a generous, trustworthy, loyal, and responsible person. I don't think of him as my ex-co-worker but as my good friend. I believe that Gregg is a very good man with a lot of integrity, and I will always think and speak very highly of him.

Sincerely,

*Elyabut L. Eggers*

# EXHIBIT A-16

Daniel I. McCain

P.O. Box 605

Winnetka, IL   60093

January 4, 2023

Honorable Edward E. Chang

United States District Judge

Northern District of Illinois

219 S Dearborn Street

Chicago, IL 60604

Dear Judge Chang,

The purpose of this letter is regarding the sentencing of my friend, Mr. Gregg Smith. As a long time friend of Gregg's, I wish to share my personal relationship with him and my observations of his character and good nature.

I have known Gregg since 1982 when we both enrolled at Fordham University, where we both played on the football team.  I am from Chicago and was not acquainted with anyone at the school or team. We were assigned to be roommates during pre-season football camp.  Gregg went out of his way to introduce me to his friends and immediately made me feel comfortable. Our relationship strengthened as we agreed to live together on campus during the school year.  I was invited several times to his home on Staten Island, where I met his parents and siblings.

 Gregg was an outstanding student and I observed him helping fellow finance students with difficult assignments and subjects on numerous occasions. There are several classes which I do not think I, nor some of our friends, would have passed if were not for "Smitty's" tutelage.

After college, I moved back to Chicago. Our relationship remains strong. Whenever I am in New York, Gregg and his wife Joanne make a point of hosting several of our extended friends at social events at his home.  While this might seem somewhat normal, it deserves further explanation. As all of us grew older and were raising our families, expected schisms developed within the group. However, Gregg and Joanne's home was always a welcoming place. Their gracious nature always makes people feel welcome and soothes petty disagreements with warmth, generosity and love.

Gregg can always be counted on for advice and counsel in matters either personal or professional. He was instrumental in helping one of my daughters in her career move to Manhattan approximately two years ago.

While Gregg has always been a great friend to me and others, he is first and foremost a husband, father, son, and sibling. His active role and pride in his family is a testament to the man I have known for over forty years.

I was very surprised to learn of his recent conviction. This conviction is completely inconsistent with the man I know. I appeal to you to consider the views shared by me and others in this matter.

Thank you very much for both your dedication and service to our legal system.

Respectfully,

Daniel I. McCain

# EXHIBIT A-17

January 10, 2023

Hon. Edmond E. Chang, Chambers 2178
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Your Honor,

Thank you for allowing me to offer support to one of my best friends in the world. I've known Gregg for over 40 years and roomed with him in college and shared a summer house with him and his wife Joanne. Sometimes long time friendships haves lapses in time communicating or seeing each other… ours hasn't. When I was a Federal Agent Gregg was an organizer of my going away party to Russia. Throughout my career in security and law enforcement Gregg was always there to lean on. I'm blessed to have a lot of good friends but I can't say that I trust and lean on anyone more than him.

I personally flew to Chicago to support him during the trial. We often went to dinner with his sons Jake and Daniel in Chicago. This is a guy that society, his friends and loved ones need to be free to be the genuine person that he is. There is no nonsense with him. He is among the most honest people I know. Gregg is a great person, husband, father and friend.

Thank you for the opportunity to support Gregg.


Sincerely,

Paul Genzburg

# EXHIBIT A-18

Honorable David E. Chang                                                    January 2023
United States District Judge
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 060604

Dear Judge Chang,

We write this letter collectively in hopes you will consider leniency in your sentencing of
Gregg Smith. A longtime friend, Gregg and his wife Joanne have been loyal supporters of
the Michael J. Armstrong Memorial Foundation.

Mike Armstrong was born and raised in New York City and attended Fordham
University. He worked as a trader at Cantor Fitzgerald and was killed in the attacks of
9/11, a mere three weeks before he was to be married to Catherine Nolan. He was also
the loving brother to Gerard, Marian, and Laura Armstrong, son to his loving parents and
friend to countless others.

The Michael J. Armstrong Memorial Foundation was formed soon thereafter and still
thrives to this day. The Foundation holds an annual golf outing and an annual fundraising
dinner and continues to raise money to help deserving in need organizations and schools
throughout New York. Past and present beneficiaries include and have included:
- Loyola School, Mike's high school alma mater where a scholarship has been
  endowed in his name.
- The Harlem Children's Zone.
- The Child Protection Center at Montefiore Hospital.
- Fordham University Basketball & Football.
- The East Harlem Tutorial Program.
- The Child Protection Center at St. Barnabas Hospital.

Gregg and Joanne have been loyal supporters since the Foundation's inception, attending
events and helping financially. What speaks volumes about their support through all these
years is that neither Joanne nor Gregg knew Mike. They recognized the need and
understood the impact Mike had on so many and have been gracious in helping us keep
Mike's legacy moving forward.

We hope you will consider this part of Gregg's life and the good he has done in your
consideration of his sentencing.

Thank you very much.

Catherine Nolan,
Gerard, Marian & Laura Armstrong