# EXHIBIT D

Study #: S16-00098
Version date: 2017 Aug 31                                                                 Page 1 of 23



# Research Subject
# Informed Consent Form

| | |
|---|---|
| **Title of Study:** | A PILOT TRIAL OF IPILIMUMAB WITH NIVOLUMAB FOR PARTICIPANTS WITH RESECTED STAGES IIIB/IIIC/ IV MELANOMA<br>S16-00098 |
| **Principal Investigator:** | Jeffrey S. Weber, MD<br>Department of Medicine<br>Laura & Isaac Perlmutter Cancer Center at NYU Langone<br>160 East 34th Street<br>New York, NY 10016<br>212-263-9333 |
| **Emergency Contact:** | 911 or PI: Jeffrey Weber, MD<br>212-263-9333 |

## 1. About volunteering for this research study

You are being invited to take part in a research study. Your participation is voluntary which means you can choose whether or not you want to take part in this study.

People who agree to take part in research studies are called "participants". These words are used throughout this consent form. Before you can make your decision, you will need to know what the study is about, the possible risks and benefits of being in this study, and what you will have to do in this study. You may also decide to discuss this study and this form with your family, friends, or doctor. If you have any questions about the study or about this form, please ask us. If you decide to take part in this study, you must sign this form. We will give you a copy of this form signed by you for you to keep.

Some of the people who may be able to take part in this study may not be able to give consent because they are under 18 years of age (a minor). Instead, we will ask their parent(s) or legal guardian to give consent. We will also ask the minor to agree (give their assent) to take part in the study. They will be given an Assent Form to sign. Throughout the consent form, "you" always refers to the "participant" or person who takes part in the study.

## 2. What is the purpose of this study?

You are being offered admission to this study to test the side effects of two different agents which are boosters of the immune (defense) system that are given together. We also wish to find out their effects on your immune system and whether they will decrease the chance that your melanoma will return. One booster, which is a PD-1 antibody, is called nivolumab. Participants will receive nivolumab with ipilimumab, another immune booster.

Approved For Period: 9/12/2017 - 8/28/2018

Study #: S16-00096
Version date: 2017 Aug 31

Page 2 of 23

Antibodies are chemicals made by immune cells naturally found in the human body, but the antibodies in this study were produced in bacteria. Ipilimumab is approved by the Food and Drug Administration (FDA) for patients whose melanoma has spread and cannot be removed by surgery, and is also approved for people whose melanoma has been removed by surgery. Nivolumab is also approved by the FDA for patients whose melanoma has spread and cannot be removed by surgery, but has not been approved for people whose melanoma has been removed by surgery.

The combination of both antibodies has also been approved by the FDA for patients whose melanoma has spread and cannot be removed by surgery, but has not been approved for people whose melanoma has been removed by surgery. The FDA has given its permission to use these investigational drugs together in this study.

You are being asked to voluntarily participate in this investigational research study because you have a melanoma that has spread to the lymph nodes or to other organs in your body and has been removed by surgery. However, there is a greater than 1 in 2 (50%) chance that your melanoma will return. There is no known therapy that is likely to cure your melanoma or increase your survival. If your melanoma had spread to the lymph nodes but not to other organs, then alpha interferon, a stimulant of the immune system, could increase your survival by a small margin, about 1 in 50. It also has significant side effects.

This study is designed to determine if nivolumab with ipilimumab causes side effects when injected in the vein, and to determine whether your immune defense against melanoma can be boosted while you are receiving nivolumab with ipilimumab.

Over nine hundred patients have previously received nivolumab. It was found to be well-tolerated, although several patients have had inflammation of the colon or colitis that returned to normal with medication, and several patients have had inflammation of the lungs that resulted in their death. Over one hundred fifty patients have received the combination of nivolumab with ipilimumab. The side effects were more frequent than either drug alone. The combination was still felt to be safe and well-tolerated.

3. **How long will I be in the study? How many other people will be in the study?**

This study will last at least 12 weeks. For participants receiving nivolumab with ipilimumab, one 12-week cycle (four doses) of the combination of drugs will be given. Additional doses of nivolumab alone may be given to you every 4 weeks for up to an additional 48 weeks if after the first 12 weeks of receiving the study drugs your disease has not returned. Hereafter, you will be followed at the Laura and Isaac Perlmutter Cancer Center, often together with your regular doctors.

If your disease returns after you have had the study drugs, you will go off trial, and your study doctor will tell you about other treatment options for your melanoma, such as further surgery, chemotherapy, radiation, another clinical trial, or supportive care. No matter the reason you stop the study drugs, you will be contacted by the study staff every 6 months indefinitely to check on your overall well-being (this may be done over the telephone).

Approximately 25 participants will take participate in this study. All 25 participants will be enrolled at NYU School of Medicine.

Approved For Period: 9/12/2017 - 8/28/2018