# EXHIBIT F

DEFENDANTS' EXHIBIT 89
Case: 1:19-cr-00669

| | |
|---|---|
| **From:** | Nakkab, Armand X <armand.x.nakkab@jpmchase.com> |
| **To:** | Smith, Gregg <Gregg.Smith@jpmorgan.com> |
| **Sent:** | 1/28/2013 3:59:27 PM |
| **Subject:** | RE: Can we set something to discuss order entry types and cme rules??? |

Sure lets shoot for tomorrow... I will stop by...


Ari Nakkab
Managing Director and
Compliance Managing Director
383 Madison Ave, Floor 10
New York, NY 10167
212-648-0291


-----Original Message-----
**From:** Smith, Gregg
**Sent:** Monday, January 28, 2013 10:30 AM Eastern Standard Time
**To:** Nakkab, Armand X
**Subject:** Can we set something to discuss order entry types and cme rules???

Confidential Treatment Requested by JPM

JPMC-PM-06520175
DOJ-0014809114