# EXHIBIT G

**From:** Gregg Smith <Gregg.Smith@jpmorgan.com>
**To:** Armand X Nakkab <armand.x.nakkab@jpmchase.com>
**Sent:** 10/8/2010 6:08:33 PM
**Subject:** RE: Refresh my memory please.

**DEFENDANTS' EXHIBIT 276**
Case: 1:19-cr-00669

I was only concerned with the inadvertent instances.

tks

---

**From:** Armand X Nakkab
**Sent:** Friday, October 08, 2010 1:29 PM
**To:** Gregg Smith
**Cc:** Michael Nowak
**Subject:** RE: Refresh my memory please.

stop doing that. lets discuss.

Regards,
Ari Nakkab
Executive Director&
Compliance Director
Tel. 212-648-0291
Alt Tel. 212-622-0754
Fax. 646-383-9453

---

**From:** Gregg Smith
**Sent:** Friday, October 08, 2010 1:27 PM
**To:** Armand X Nakkab
**Subject:** RE: Refresh my memory please.

tks. we do tell them about every order fyi.

---

**From:** Armand X Nakkab
**Sent:** Friday, October 08, 2010 1:26 PM
**To:** Gregg Smith
**Subject:** RE: Refresh my memory please.

As long as the guys do not know about the orders (e.g. purposely get ahead of them) don't see any issues. As for crossing, if it isn't intentional we are good. Exchange views wash trading at trader level (buy sell from self not another trader)...

Ari


Regards,
Ari Nakkab
Executive Director&
Compliance Director
Tel. 212-648-0291
Alt Tel. 212-622-0754
Fax. 646-383-9453

---

**From:** Gregg Smith
**Sent:** Friday, October 08, 2010 11:08 AM
**To:** Armand X Nakkab
**Subject:** FW: Refresh my memory please.

Confidential Treatment Requested by JPM

Any input on this?

---

**From:** Gregg Smith
**Sent:** Thursday, October 07, 2010 3:56 PM
**To:** Armand X Nakkab
**Subject:** FW: Refresh my memory please.

      BUELLER……….bueller………….bueller……….

---

**From:** Gregg Smith
**Sent:** Wednesday, October 06, 2010 8:49 AM
**To:** Armand X Nakkab
**Subject:** Refresh my memory please.

      What should my concerns be if both London and NY are working customer orders at the same time ? It may appear that we are frontrunning an order while we are executing our individual orders. We also may end up crossing futures btw desks.

tks

gregg

Confidential Treatment Requested by JPM