# EXHIBIT H

**From:** Gregg Smith <Gregg.Smith@jpmorgan.com>
**To:** John B Gavin <john.b.gavin@jpmchase.com>
**Sent:** 12/7/2010 8:54:40 PM
**Subject:** RE: Go Live Plan for Autohedging Gold

DEFENDANTS'
EXHIBIT
**281**
Case: 1:19-cr-00669

once compliance gives the ok, I'm good.

---

**From:** John B Gavin
**Sent:** Tuesday, December 07, 2010 3:54 PM
**To:** Gregg Smith
**Subject:** Re: Go Live Plan for Autohedging Gold

The AH is registered with CME as a machine known as ATS (automated trading machine) and logs into CME with a specific ID (tag 50 that Chris refers to). The auto hedger is not a person/trader. We will talk to Ari to confirm this. Are you ok if we go ahead with a small number of tests trades in the meantime?

---

**From:** Gregg Smith
**To:** John B Gavin
**Sent:** Tue Dec 07 20:34:13 2010
**Subject:** RE: Go Live Plan for Autohedging Gold

???? just make sure with compliance. If 2 separate traders inadvertently cross trades I believe it is ok. If I cross with my own account it is a problem! We have to make sure this futures a/c isn't under the same name as a trader????

---

**From:** John B Gavin
**Sent:** Tuesday, December 07, 2010 3:24 PM
**To:** Gregg Smith; Christopher R Andrews; Christian Trunz; Michael Nowak
**Cc:** Filippo X Finelli; Nick X Vasserman; Scott R Weinstein
**Subject:** Re: Go Live Plan for Autohedging Gold

Hi Gregg,
I agree that the autoheder could cross with other jpm trades. But how would that be any different to gold trades done by, say, the investor products desk on TT crossing with the bullion desk's trades or multiple traders trading WTI on different desks?
The long term solution to this is to centralise orders internally before routing to the exchange.
We can discuss this with Ari but the issue is not specific to the autohedger.
Regards,
John.

---

**From:** Gregg Smith
**To:** Christopher R Andrews; Christian Trunz; Michael Nowak
**Cc:** John B Gavin; Filippo X Finelli; Nick X Vasserman; Scott R Weinstein
**Sent:** Tue Dec 07 20:12:27 2010
**Subject:** RE: Go Live Plan for Autohedging Gold

      I just met with Chris to go over this plan. It is important that we get approval from compliance on the futures execution. They must be aware that the autohedger may very well cross trades with our regular books without our knowledge.


tks

gregg

Confidential Treatment Requested by JPM

JPMC-PM-07275436
DOJ-0015564375

**From:** Christopher R Andrews
**Sent:** Tuesday, December 07, 2010 2:28 PM
**To:** Gregg Smith; Christian Trunz; Michael Nowak
**Cc:** John B Gavin; Filippo X Finelli; Nick X Vasserman; Scott R Weinstein
**Subject:** Go Live Plan for Autohedging Gold

AUTOHEDGER GOLIVE PLAN

Overview

We are getting very close with the initial Go Live phases of autohedging gold. All phases here involve live trading, most of which will involve small total position and order limits and will not include the hedging of actual client trades. Chris and Filippo will do the first couple phases to see first that the infrastructure is in place and second that the autohedger is working as expected in production. Once this is set up, Gregg and others (perhaps including Christian and Nick) will start playing and familiarizing themselves with the autohedger, and give feedback on how parameters should be tuned.

The two basic algorithms are an quote-and-cover (in which we quickly aggress the market to hedge all exposure) and iceberg (in which we set targets for take profit and stop loss levels based on the entry price from the client trade). This will provide us with a good starting point for auto-hedging client flow. Once that happens we can explore other algorithms that FX also currently use, as well as develop our own.

We are approaching end-of-year time. So we intend to start these phases during the weeks of Dec 6 and Dec 13, suspending them for the last two weeks of December (during which both Chris and Filippo are out), and then resuming in January 2011. Hopefully sometime in early-mid January we will be ready to enable autohedging for client flow.

Timing

Week of…
Dec 6: Chris and Filippo perform test on Phases 0 and 1
Dec 13: Chris and Filippo finish Phase 1, Gregg begins testing on Phase 2 in early/mid week
Dec 20: testing suspended
Dec 27: testing suspended
Jan 3: Resume Phase 2 with Gregg
…
Begin autohedging client flow

PHASES

Phase 0

A set of tests with the Nexus Order Router in production. Maximum exposure should be 3 lots for about a one minute window. Note that CME limit is set to 1mm USD notional max.

Objective
Confirm that both CME and Nexus limits are set and working as expected, and that trades are booked correctly.

Intended result
Increased confidence that multi-stage limit checking is properly in place for later phases.

Participants
Chris and Filippo

Expected start and end
Tuesday, Dec 7

Methodology
Place limit orders directly to Nexus with command line tool.

## Phase 1

A set of basic tests with the autohedger in production. Maximum exposure at any time should be 1mm USD notional -- if we try more we will talk with Gregg and Nick first. Bullion desk will be notified when we're doing these tests.

Objective
Confirm 1) that basic functionality of the algo hedger is working for gold in a production environment, and 2) that we find and set good limits which should be appropriate for Phase 3.

Intended result
All the pieces for algo-hedging should be in place in production, with the autohedger behaving as we expect and set with configurations that should be a reasonable starting point for Gregg in Phase 2.

Participants
Chris and Filippo

Expected start and end
Thursday Dec 9, through early of week of Dec 13

Methodology
Place orders through MorganDirect and route our trades (and no one else's trades) to the autohedger. Note that the client trades we generate will be internal bullion desk trades.

Things we will be testing and looking to test:
- Autohedger (AH) configurations are properly set and picked up by application
- AH receiving and processing market data correctly
- AH is picking correct targets for TakeProfit and StopLoss relative to trade entry price
- AH StopLoss mechanism kicks in with both PAID/GIVEN and BID/OFFER levels exceed SL target
- AH position viewer (AHPV) is displaying prices correctly
- AHPV is displaying trades, positions, and pnl correctly
- AHPV neutral position change affects AH outlook for what neutral position should be
- AHPV controls are properly affecting bid/ask target levels for impending positions in AH

## Phase 2

Gregg will start learning and using the autohedger. We will go over the settings and the algorithms that we currently have. Towards the end of this phase, we may also try to get other algorithms that FX currently use running in production also, though this may also be delayed until after Phase 3 (connecting client flow) to the algorithms that we currently have. Maximum exposure will be similar to phase 1, though we may increase more as Gregg is comfortable.

Objective
Gregg will gaining familiarity with the controls and give feedback on how parameters should be set.

Intended result
By the end of this phase we should be ready to start including client flow into the autohedger.

Participants
Gregg, Chris, Filippo, and possibly others including Christian Trunz and Nick Vasserman

Confidential Treatment Requested by JPM

JPMC-PM-07275438
DOJ-0015564377

Expected start and completion
early to middle in week of Dec 13, into early January 2011

Methodology
Gregg will place trades over MorganDirect to initiate AH position.  Note that the client trades we generate will be internal bullion desk trades.


## Phase 3

We enable clients.  Details to come.


## LIMITS

### CME Limits

Credit Exposure
    - per product, minimum exposure is 1mm USD
      - current exposure for GC is 4k USD, or about 250 lots
  - CME should reject orders with amounts that could potentially breach the limit if filled.

### Nexus Limits

Position
- In lots, per (user X product)
    - if a user logs in multiple times, position aggregated across sessions
    - GCG1 and GCZ1 etc are aggregated
- In lots, per (user X contract)
    - GCG1 and GCZ1 are treated independently

Order Rate Throttling
    - In number of order per time period, per user session
      - if user logs in multiple times, treats sessions independently
    - orders that exceed rate for time period are
    - Includes orders or all products and contracts
      - This needs to be changed to orders/contract or orders/product, similar to pos limits

Order Size
    - Per order, configured per product

### Expected Day 0 Limits

CME Position: 1mm USD (250 lots of GCG1)
Nexus Position: 10 lots of GC contracts
Nexus Order Throttling: 1 order/ 10 seconds
Nexus Order Size: +/- 5 lots

### Expected Day 1 Limits

CME Position: 1mm USD (250 lots of GCG1)
Nexus Position: 10 lots of GC contracts
Nexus Order Throttling: 5 orders / second
Nexus Order Size: +/- 2 lots

Confidential Treatment Requested by JPM

JPMC-PM-07275439
DOJ-0015564378