# EXHIBIT I

**DEFENDANTS' EXHIBIT 60**
Case: 1:19-cr-00669

| | |
|---|---|
| **From:** | Smith, Gregg \(Exchange\) |
| **Sent:** | 10/6/2008 12:29:37 PM |
| **To:** | Nakkab, Armand X |
| **Subject:** | looks like i crossed 7 lots cme at 863.90 at 8:27. this thing is moving too fast for human eyes. |

Confidential Treatment Requested by JPM

JPMC-PM-06520036
DOJ-0014808975