# EXHIBIT J

**From:** Ferrara, Eugene <eugene.ferrara@jpmchase.com>
**To:** Smith, Gregg <Gregg.Smith@jpmorgan.com>
**Sent:** 4/28/2015 2:30:07 PM
**Subject:** RE: Traded during fix !!!!!!!

DEFENDANTS' EXHIBIT 329 Case: 1:19-cr-00669

Hi – you need to give Nowak a heads up and let us know what you can do to ensure this wont happen going forward.

We will give the surveillance team a heads up.

---

**From:** Smith, Gregg
**Sent:** Tuesday, April 28, 2015 10:17 AM
**To:** Ferrara, Eugene
**Subject:** Traded during fix !!!!!!!

The mkt swept up $10 during the fix and executed a 200 lot resting order I had in from earlier. I instinctively bot back 30 lots b4 realizing whether or not I can hedge orders entered prior to the fix. I then waited til the mkt fixed b4 I covered balance. Is this trouble?

Tks
gregg



Confidential Treatment Requested by JPM

JPMC-PM-06495257
DOJ-0014784196