# EXHIBIT K

Case: 1:19-cr-00669 Document #: 865-12 Filed: 04/10/23 Page 2 of 3 PageID #:19788

DEFENDANTS'
EXHIBIT
**114**
Case: 1:19-cr-00669

Strictly Private & Confidential: For JPMC Internal Use Only.

JPMorgan Chase & Co.

Casandra Lynch
Fri, November 09 2018 12:53:34 PM

---

**2015 Annual Review** for **Gregg Smith (E208320)**

| Executive Director | CORPORATE & INVESTMENT BANK<br><br>**Matrix Managers:**<br>There are no Matrix Managers | Manager: Donald Turnbull<br>Form Status: Published<br>Manager Status: Manager Submitted<br>Employee Status: Employee Completed |
|---|---|---|

---

## Business Results

**Employee Comments**

Continued to provide liquidity to customers at all times at competitive rates . Managed the market making functions of the p/m desk during times of increased volatility. Provided a high risk /reward return on spot business flows. Worked with sales team to captivate and increase our customer base. Continued to assist EMM with the implementation and upkeep of the p/m trading system.

**Manager Comments**

Gregg has done a good job capturing the revenue from our client flow in spot, a continued strength. He also effectively manages the EFP risks he gets from the business to enhance the p/l. Naturally, however, the greatest challenge is that reduced client participation and an increasing electronification of our markets has significantly reduced the flow and thus potential revenue from voice trading.

---

## Client/Customer Focus

**Employee Comments**

Maintained strong relationship with sales team to facilitate all customer flows . Worked with sales team to develop market opinion and strategies.

**Manager Comments**

Gregg has always been and continues to be client-focused, making an effort to highlight locally to marketers what is going on in the spot markets, offering his views on the markets, and pricing gold and silver spot business aggressively.

---

## People Management and Leadership

**Employee Comments**

Constantly provided market commentary to p/m staff throughout ny sessions.

**Manager Comments**

Partnership and communication are the two most important areas Gregg can improve on. While I share his frustration with the policy and the process behind EMM, Gregg discounts his own successes too much: there have been many instances where he has discovered and highlighted problems that are then addressed, but he gets too readily caught up in the roadblocks that frequently crop up to his requests and recommendations. To overcome the frustration and avoid getting fed up, I would like to see Gregg embrace EMM with a view to

Confidential Treatment Requested by JPM                                                                        JPMC-PM-00004561
DOJ-0008293451

Case: 1:19-cr-00669 Document #: 865-12 Filed: 04/10/23 Page 3 of 3 PageID #:19789

train and develop Yihao, and also to appreciate that we can benefit from the programming expertise that their team can contribute to add value. Whether we like it or not, EMM is the way forward. With a more positive, collaborative approach, we can bring EMM to a much brighter future. Gregg could also communicate more with London.

| Risk and Controls | Rating: As Expected For Role |
|---|---|

**Employee Comments**

Managed p/m spot and efp risk at the highest levels possible. Managed Emm's transferred efp risk .

**Manager Comments**

Gregg is highly focused on risk and controls, particularly those risks that should be flagged to compliance. He regularly voices his concern to the team when he witnesses something he feels could potentially be a risk to the bank.

| Overall Performance | Rating: Low Meets |
|---|---|

**Employee Comments**

Increased year on year p/l in a trying spot and regulatory environment while maintaining rigid risk/reward ratios.

**Manager Comments**

As above, Gregg's direct revenue contribution is good in a business with declining flow. But Gregg does need to work on how he handles his approach to EMM to improve the relationship and continue to make the case for the data he needs and the changes he recommends. If we can shift the outlook from one of frustration to one in which we will continue to demonstrate our case with the right balance of patience and persuasion, we can get the business and everyone in it to a better place.

| Attachments |
|---|

**Employee**

**Manager**

Confidential Treatment Requested by JPM                                                         JPMC-PM-00004562
                                                                                               DOJ-0008293452