# EXHIBIT N

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

**PETER LEIDER:** Today's date is October 17th, 2013. My name is Peter Leider with CME Market Regulation. We're conducting this interview from 1 North End Avenue, New York, New York. We're here to conduct an interview with Mr. Gregg Smith. Would everyone please go around the room and introduce themselves, please?

**ED FURLONG:** Ed Furlong, I'm an investigator with CME group.

**MIKE SEROSSI:** Mike Serossi, supervisor CME group, New York.

**ANN MAHAN:** Ann Mahan, legal counsel.

**EUGENE FERRARA:** Eugene Ferrara, JP Morgan Compliance.

**RON WOLF:** Ron Wolf, counsel for JP Morgan.

**GREGG SMITH:** Gregg Smith, trader precious metals, JP Morgan.

**ARMAND NAKKAB:** Armand Nakkab, JP Morgan Compliance.

**PETER LEIDER:** Gentlemen, are you aware this interview is being recorded?

**GREGG SMITH:** Yes.

**ARMAND NAKKAB:** Yes.

**PETER LEIDER:** We're going to begin. Mr. Smith, approximately how long have you been a trader?

**GREGG SMITH:** 24 odd years.

**PETER LEIDER:** And where do you trade from?

**GREGG SMITH:** Physical location?

**PETER LEIDER:** Physical location.

**GREGG SMITH:** 383 Madison Avenue.

**PETER LEIDER:** Okay, and who are you employed by?

**GREGG SMITH:** JP Morgan Chase.

**PETER LEIDER:** And your title?

**GREGG SMITH:** Executive Director.

Defendants' Exhibit

**625**

Case 1:19-cr-00669

1

DRAFT – SUBJECT TO CHANGE

**Transcript by TransPerfect**

**PETER LEIDER:** And when did you start with the firm, approximately--to the best of your knowledge?

**GREGG SMITH:** In 2007, I started at Bear Stearns, and then, when it took over, it became JP Morgan on the merge.

**PETER LEIDER:** And as best you can, can you describe your current job responsibilities?

**GREGG SMITH:** I am the gold trader for JP Morgan. I'm responsible to hedge gold positions for JP Morgan and make markets.

**PETER LEIDER:** Okay. The trading that you conduct, is it for yourself or is it considered for the company or how would be the best way to describe it? Are there customers associated with it ultimately or—?

**GREGG SMITH:** I trade on behalf of the bank.

**PETER LEIDER:** On behalf of the bank, okay. Do you trade for anybody else in the firm?

**GREGG SMITH:** No.

**PETER LEIDER:** No, there are no sales people around? It's exclusively your book, would that be the best way to describe it? Would that be your trading book?

**GREGG SMITH:** It's my trading book is all I trade for, yes.

**PETER LEIDER:** Okay. Is anyone else on the trading desk with you?

**GREGG SMITH:** Yes.

**PETER LEIDER:** About how many people?

**GREGG SMITH:** On the trading side, there are four other.

**PETER LEIDER:** Okay. Do you ever trade for any of these other people?

**GREGG SMITH:** No.

**PETER LEIDER:** Or do you trade exclusively for yourself?

**GREGG SMITH:** Uh-huh.

**PETER LEIDER:** Okay. What accounts do you trade for, if you can recall account numbers per se? You don't recall?

**GREGG SMITH:** No, I really don't know specific account numbers.

**Transcript by TransPerfect**

**PETER LEIDER:** What time of day do you typically trade, what times or start to end?

**GREGG SMITH:** For the last year, I get in around seven, so after logging in, I may start trading anywhere around 7:30.

**PETER LEIDER:** Until typically—

**GREGG SMITH:** Until typically 3:00, 3:30 in the afternoon.

**PETER LEIDER:** Okay. And what products do you trade typically?

**GREGG SMITH:** Typically, precious metal futures and spot.

**PETER LEIDER:** Okay. If you can please describe again as best you can, how are you compensated? Is it salary, a bonus, a percentage of profits, all of the above, bonus pool?

**GREGG SMITH:** Salary and bonus, yearly bonus.

**PETER LEIDER:** Okay, based on performance obviously.

**GREGG SMITH:** Based on performance of myself and then, I guess, my New York Precious Metals Group, the Global Precious Metals Group and then the Global Commodities Group.

**PETER LEIDER:** Thank you. We received an account statement from the firm. It was account 03028 for the record. It was a rather extensive account, and we just wanted to review some trades. Was that account, per se, for the entire firm or for the house or for house traders just because of the extent of what was in there? You know, we were trying to isolate specific trades obviously, and it was overwhelming. Would anyone that's qualified could possibly step up and answer that?

**EUGENE FERRARA:** Those are for Chase Bank, house trades.

**PETER LEIDER:** House trades, and are they aggregated into one account?

**EUGENE FERRARA:** I don't know, but the statements you received are for house trades. There's no client trades.

**PETER LEIDER:** Okay, okay. And do you have an internal system or whatever methodology you use to distinguish ultimately whose trades are whose? In other words, how would that process work, if you were just to look at that statement?

**ARMAND NAKKAB:** What do you mean whose trades are whose?

**PETER LEIDER:** In other words, who executed what particular trades, if they were being tied to a particular trader, in other words, in terms of performance who did what? Are they segregated down any way or?

Transcript by TransPerfect

**ARMAND NAKKAB:** So, if they're done electronically, then there's going to be a unique identifier for the trader, so whoever's UTI that is executing, that's going to be the person that does it.

**PETER LEIDER:** Okay, okay.

**EUGENE FERRARA:** But, if you're asking whether we can tie back to the statements—

**PETER LEIDER:** I wasn't going to ask you to do that for me. I was just asking how you kept track of that.

**ARMAND NAKKAB:** Right, so the trading is by UTI, and then there's no way to tie in what UTI is actually in the clearing statement, which is what you're referring to-

**[00:05:00]**

**PETER LEIDER:** Okay, yes, absolutely, thank you, okay. Mr. Smith, did you receive any formal training in CME group rules when you started at JP?

**GREGG SMITH:** Yes.

**PETER LEIDER:** Can you describe how that process—

**GREGG SMITH:** We have annual and semi-monthly training from the compliance desk.

**PETER LEIDER:** Those are exchange rules related?

**GREGG SMITH:** Exchange rules related.

**PETER LEIDER:** So, for example, if we updated a rule, how would you receive that update?

**GREGG SMITH:** If it pertained to me, I may have received it in an email or in the next Compliance Meeting, obligatory Compliance Meeting.

**PETER LEIDER:** Okay, thank you. And who do you report to, if anybody?

**GREGG SMITH:** Mike Nowak.

**PETER LEIDER:** And he is, his title, please?

**GREGG SMITH:** He is a managing director.

**PETER LEIDER:** Okay. And do you have anybody supervising your trading?

**GREGG SMITH:** Mike Nowak.

Transcript by TransPerfect

**PETER LEIDER:** Okay, and how to the best of your knowledge, if you can, how does he conduct the supervision, as best you can? Do you know?

**GREGG SMITH:** I don't really know how he actually does it, no.

**PETER LEIDER:** Okay, thank you. Does anyone report to you?

**GREGG SMITH:** No.

**PETER LEIDER:** Okay. Can you please, and, again, this is somewhat rhetorical, describe the hierarchy of the trading desk. This may not be for you. Eugene, you might be the best person to answer this from the top down as best you can.

**GREGG SMITH:** Yeah, I can. So Mike Nowak is the desk manager. I am the spot trader. On the trading side, you'll have Bob Gottlieb, who is the forward trader, and there is an assistant on the desk, John Edmonds, and we have a recent hire who is just becoming an assistant, Caleb Wurth. That's the trading side.

**PETER LEIDER:** Thank you. What front end system do you use when you trade on Globex?

**GREGG SMITH:** TT.

**PETER LEIDER:** TT. Are you familiar with your unique user ID, which we refer to as a tag 50?

**GREGG SMITH:** Not in particular.

**PETER LEIDER:** Not in particular? Okay.

**GREGG SMITH:** Yeah, no.

**PETER LEIDER:** How do you log on in the morning?

**GREGG SMITH:** I sign on with my ID and password.

**PETER LEIDER:** Okay. Are you a manual point and click trader?

**GREGG SMITH:** Yes.

**PETER LEIDER:** Okay. Is there any electronic aspect to your trading strategy at all or do you employ any sort of ATES in automatic trade execution system or is it strictly point and click?

**GREGG SMITH:** I'm strictly point and click.

**PETER LEIDER:** Do you use auto spreader or auto trader or any of those functionalities?

Transcript by TransPerfect

**GREGG SMITH:** No. Not aware.

**PETER LEIDER:** No simple algorithms attached to this, obviously?

**GREGG SMITH:** No.

**PETER LEIDER:** Do you have a wash blocker?

**GREGG SMITH:** Yes, we do.

**PETER LEIDER:** And you employ this? Okay. Maybe you'd like to ask this question, because you're probably a little better equipped to ask it.

**ED FURLONG:** Okay, just some questions about your basically default settings on your front end TT. Do you have any like specific default order quantities or anything?

**GREGG SMITH:** It's usually set to 10 contracts.

**ED FURLONG:** 10 contracts. Is that like right click, left click, the same?

**GREGG SMITH:** It's 10 for whatever click.

**ED FURLONG:** 10 for whatever click?

**GREGG SMITH:** Yeah, I'm not aware of any different method to do it.

**ED FURLONG:** Okay, is there like a max click size that you have?

**GREGG SMITH:** 999.

**ED FURLONG:** 999, and that's per product or just for gold or what?

**GREGG SMITH:** As far as I know, it's per order.

**ED FURLONG:** Okay, per order. Is there any shortcuts for like multiple order entries or cancellations?

**GREGG SMITH:** No.

**ED FURLONG:** So you can't—like you can cancel—you can't cancel all your orders at once?

**GREGG SMITH:** I can click and cancel everything at once, yes.

**ED FURLONG:** Okay, and you can click and cancel by price?

Transcript by TransPerfect

**GREGG SMITH:** Each individual—by price, yes, each individual order by price, yeah.

**ED FURLONG:** Okay. Do you have any defaults for iceberg orders--

**GREGG SMITH:** Yes.

**ED FURLONG:** --for entry? Can you explain that a little bit, like how that works?

**GREGG SMITH:** I don't understand.

**ED FURLONG:** What your defaults are, is it a click default, do you press a button and then—

**ARMAND NAKKAB:** Is it a default on quantity Ed or is it a default on bringing up the actual trade ticket?

**ED FURLONG:** Just the order entry of an iceberg order.

**RON WOLF:** So how you order an iceberg order.

**GREGG SMITH:** Click onto a box that says iceberg.

**ED FURLONG:** Okay, so like in your ladder or something.

**GREGG SMITH:** Yeah, it's in a ladder.

**ED FURLONG:** Okay. Yeah, that was pretty much it on the front end.

**PETER LEIDER:** Okay, moving forward, if I may, again, to the best of your ability, can you describe your daily trading strategy?

**GREGG SMITH:** Sure, I make markets to customers and hedge on behalf of the bank, and that's one of my jobs during the day. I also make markets on the future exchange constantly throughout the day, and overall strategy, if you look,

[00:10:00]

you'll see that I'm pretty much a range trader, constantly putting bids and offers in the market.

**PETER LEIDER:** Whose strategy was that? In other words, was that a strategy employed prior to you getting to the desk or was that your strategy within the firm?

**GREGG SMITH:** It's been carried over with me.

**PETER LEIDER:** Okay. Are you aware of any overt risk limits or contract limits or just to get in their maximum daily profit and loss limits? It's things of this nature associated with your—

DRAFT – SUBJECT TO CHANGE

**Transcript by TransPerfect**

**GREGG SMITH:** Yes.

**PETER LEIDER:** Can you describe the process to the best your ability?

**GREGG SMITH:** Well, profit and loss limit, I believe my threshold is $1 million on a daily basis, and at that point, it would be escalated, if I escalate it or if someone from the back end escalates it, I don't know. I would escalate it myself.

**PETER LEIDER:** Okay. You have the authority to do it.

**GREGG SMITH:** Yeah. As far as maximum orders, we had said 999 is the maximum order I could put in, but there is a total number of order entries that you can put in that's in there. I don't recall exactly what it is. I never really push that threshold.

**PETER LEIDER:** Okay. Thank you. Do you typically hold positions for yourself at the end of the trade date?

**GREGG SMITH:** No, I'm square at the end of every day.

**PETER LEIDER:** And, again, to the best of your knowledge, what is your typical position size at any moment? In other words, does it relate to market conditions?

**GREGG SMITH:** As it relates. I mean, any—as a general, it would be anywhere from 0 to say 200 contracts or 20,000 ounces, you know, give or take.

**PETER LEIDER:** If you can recall, what's the largest order you've placed and filled over the past six months, if you can?

**GREGG SMITH:** I really can't.

**PETER LEIDER:** And you stated before, you do use iceberg orders when you trade?

**GREGG SMITH:** Yes.

**PETER LEIDER:** When do you use icebergs, when do you prefer to use icebergs?

**GREGG SMITH:** It depends on the situation.

**PETER LEIDER:** We're going to show you examples of some trading that we'd like to discuss, and to do that we're going to use something called our RAPID audit trail, which I'm going to put up on the screen for you, and I'm going to go through this very slowly. What the RAPID is, it's our way, it's a receptacle to show us every trade that a particular individual or account or any way we'd like to sort it entered into Globex. It shows the cancels, the modifications, fills, trade times. It just basically corresponds to what you entered and canceled and got filled on your Globex system, and it goes by time. Let me get up here and show it to you. It's going to put it up. And, as I go through this, please, I'm going to go as slowly as I possibly can, just because

Transcript by TransPerfect

you've never seen it before.  If you have any questions and you'd like me to sit down or anything you're not sure of and want me to go back or re-explain, please let me know.  I think it should be fairly intuitive as a trader, but I'm going to attempt this.  Can you see this?

**GREGG SMITH:**  Yes, I can.

**PETER LEIDER:**  Okay.  I'm obviously going to have to slide in here.  I apologize.  Obviously we're looking at a trade date here.  In this case we're going to be showing you trade date June 26th, 2013.  The times are the times orders were received by our system, okay, this is in central time, and it tends to go in order. It flows.  We'll be talking about August gold contract, which is going to remain consistent throughout—this is not going to change. This one IMBSGS is what we have associating—the account we have associated to your tag 50 or to your unique log on, which is G Smith, so essentially this tag 50 corresponds to—in this case, to the trades that are showing up in that account.  Where it gets a little tricky here is the function code, okay.  The function codes we have essentially type 1, type 2, type 3, and type 105s.  For our purposes, type 1s are not going to come into play.  But I'll explain what the 1s are.  The 1s are—I say the type 2s aren't going to come into play.  The type 1s are a new order entered into our system.  So any time you enter a new order in our system, into Globex, it's going to show up as a number 1.  Any time an order is canceled, it's going to show up as a number 3.  So any time an order comes in, it's a 1.  When they're canceled, they're 3s.  Any time a trade is executed or it goes off, there'll be a 105, and it will show you the match, in other words how many lots of the order matched.  If 100 matched, it'll show it as one trade.  If 100 lot order matched with five different participants, it'll show it as five different trades effectively, assuming they were 10 lots each.  The next

**[00:15:00]**

column reflects an order ID.  Every trade obviously receives a unique identification, so we can track it through the system.  That's for our purposes.  And just to let you know that's there.  The next column are buys and sells.

**EUGENE FERRARA:**  So will the order ID for the order and the cancel will be the same or it will be different?

**PETER LEIDER:**  Yes, it maintains the same order throughout the system.

**MIKE SEROSSI:**  Yeah, if you look at the last number one and the first number three, it's the same ID.

**PETER LEIDER:**  Right.  So, if you have questions about that, about a unique order, we can go back and find exactly where it was.  Buys and sells, whether an order was a buy or sell, the price. For our purposes today, I'm going to stick to the last two digits so I don't stutter a lot.  This tells you the order type, in other words, if it was a limit order or a market order that hit the system, in this case, as you can see scrolling down, they were all limit orders.  Getting over to the quantity, this shows the quantity of the order that was entered into our system, and this shows the quantity remaining in our system.  In other words, if you had entered a 30 lot order, one lot gets filled,

**Transcript by TransPerfect**

you'd see this remaining quantity go to 29. If the second lot got filled, it would go down to 28. So this basically shows—when it comes into play, I'll slow down again and refresh you. And, again, if you have any questions, or I didn't explain this clearly, please let me know. The book level is just the depth of the book, zero being right on top of the book, best bid, best offer, two being the second best, three being the third best, so it tells you at what level in the book your order was, and obviously, as the market moves, that's going to change.

**ARMAND NAKKAB:** I have a question, I'm sorry Peter, book level, when it says 6, for example, it means there were 6 bids, in this case, better than his bid?

**PETER LEIDER:** Correct, yes. You are technically the 7th I guess that would be the way to put it, okay. And maximum shelf life only applies to orders that were entered as icebergs. That's what this little 1 means. The significance of the number is not so much. It just populates the column to let us know that an order was entered as an iceberg order, okay? So, again, just for our purposes here, what we really want to focus on are the 1s and the 3s and the 105s, again, where 1s are new orders, 3s are cancels, and 105s are trades going on.

**RON WOLF:** Are these in chronological order?

**PETER LEIDER:** They are in chronological order. As you can see, it's by time.

**ARMAND NAKKAB:** Are there questions?

**GREGG SMITH:** No, not yet.

**PETER LEIDER:** Please, if this is confusing, it can be, and anything I didn't make clear, let me know. Okay, so to begin, and I'm going to try to get through this as best I can. We're going to begin with this 30 lot order, which was entered at 9:04:55.477. As you can see, we go down to microseconds and milliseconds. It was entered for your account by tag 50, G Smith, as a new order to buy 30 August gold at a price of 12356. Again, I'm just going to stick to last digits at 56. It's entered as an iceberg order, and it's entered at the 6th level of the book. This is followed approximately in the same second by another order to purchase 10 contracts at a price of a half, and it is resident at the 12th level of the book and again it's entered as an iceberg. At 9:04:56.107, shortly thereafter, you went to another order to buy 10 contracts as an iceberg, and it's entered at the 15th level of the book, so these orders are getting put further and further away from the best bid in the book. And at 9:04:57.464, you went to a sell order to sell 10 at 69, not as an iceberg, exposed to the market, 10 contracts. For 10 contracts at the 10th level of the book. This is followed by another order at 9:04:57.632. I'll try to skip the milliseconds, if I can, to sell 10 contracts at 68 entered at the 9th level of the book.

**ARMAND NAKKAB:** Just to be clear, Peter, those are sells, right? So there's buys and sells.

**PETER LEIDER:** Buys and sells are intermingled.

**ARMAND NAKKAB:** Right, so the icebergs are buys, to make the record clear, the icebergs are buys, and the outrights are sells so far.

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

**PETER LEIDER:** Correct. Okay, this is followed, again, I was at here. The last order was entered at the 9th level of the book. This was followed shortly thereafter by an order to sell 10 at 67, entered at the 8th level of the book an order to sell 10 at 66 entered at the 7th level of the book, an order to sell 10 at 63 entered at the 3rd level of the book, and at 9:04:58.275 an order was entered to sell 10 at 61 at the first level of the book,

**[00:20:00]**

followed shortly by after two orders to sell a total of 20, a 10 and a 10 at 62, which, again, as the market moves, you're going to retreat a little bit, but these are essentially at the second and third level of the book at that particular time. At this point, we're getting to 9:04:59.202, we see cancels, three codes. An order to sell 10 at 61 is canceled from the book, which was at that point at the second level, an order to sell 10 at 61 as before was canceled also from the second level. 10 at 62 was canceled also from the second level at that point again, the market is gyrating slightly. 10 at 63 are canceled from the second level. At 9:05:00.366, 10 are canceled at 66, which were at the 5th level at that juncture. Shortly thereafter ,10 at 67 were canceled at the 6th level, followed by 10 at 68 and 10 at 69, which were all canceled.

**ED FURLONG:** So can you just explain kind of what you intended to do with that sequence, you kind of – you entered buy over then—go ahead.

**GREGG SMITH:** In this particular sequences—

**ARMAND NAKKAB:** You understand the question?

**GREGG SMITH:** Yes, I do. I understand the question. In the particular sequence, I can't tell you exactly. I can tell you what may have happened at the time. I mean, I don't remember those orders at the time. It looks like I put bids in the market and offers in the market, and at some point when I came in, in the 6s, I'm usually on both sides of the mid. So, if you look, I would imagine the mid was somewhere between my buys and sells, and, when I started putting sells in, as I moved down, there was probably orders entered in between my order and my next order.

**ED FURLONG:** Okay, so were you trying to play both sides of the market here?

**GREGG SMITH:** I'm always on the bid and offer. What do you mean by play both sides? **[OVERLAY]**

**ED FURLONG:** Did you intend to play both sides?

**GREGG SMITH:** Yeah, I'm making a two-sided market.

**ED FURLONG:** So you wanted to buy and you wanted to sell.

**GREGG SMITH:** Yeah.

 **ED FURLONG:** Okay.  So why did you cancel all the sell orders right after you entered them?

**GREGG SMITH:**  At some point, there was probably other orders that were entered simultaneously in my orders, whether it's an electronic system that's entering an order when I enter or not, I can't be sure, but it certainly looks like it, so I cancel and see what happens after that, so I'm reacting to whatever happened at that time.  You'll see at some point that I do get close to being the market order, and then you can see that my order moves away.  I've never seen that book level align before, but it does give me an explanation…it does help me explain what may have happened, that my offer had started to move away, meaning there were other orders generated after I put an order in.

**ED FURLONG:**  Okay.

**PETER LEIDER:**  Okay. We're going to go down to—go in sequence to trade time—book time 9:05:03.106, again, you entered an order to sell 10 contracts at 70 at the 9th level of the book followed by 10 to sell at 69 at the 7th level of the book—at the 8th level of the book, in order to sell 10 at 68 at the 7th level of the book, 10 at 67 at the 6th level of the book, a total of 20, two 10 lot orders at 66—

**RON WOLF:**  These are all sells?

**PETER LEIDER:**  These are all sells, I apologize.  Please slow me down if I'm going too fast.  And followed by 10 sells at 65 at the 4th level of the book and a total of 20 sells in two 10 lot increments at 63, which are resident at the 2nd level of the book followed by three 10 lot orders to sell at 62, which were resident at the first level of the book briefly.

**RON WOLF:**  What quantity were those three?

**PETER LEIDER:**  These were all 10, and they were all under the price of 62.

**ARMAND NAKKAB:**  Yeah, but, just to be clear, only two of them were the best offer.  The other one was—

**PETER LEIDER:**  Momentarily, like I said, Mark is probably—that's going to move the book level.

**ED FURLONG:**  So is your intention to sell 130 lots there?  I mean, you put in 13 consecutive sell orders.

**GREGG SMITH:**  Now, it looks like I canceled a bunch of orders that I had put in, the ones that we just spoke about, and then it appears when I canceled that orders were entered—I mean, it looks like the market moved back higher.

**[00:25:00]**

I'm trying to go by book level for me. So it looks like when I canceled my orders the market changed, and, again, my guess would be that there were orders that were generated with my orders, okay, that I had said that could have been the reason why I canceled, and then, when I canceled my orders, those automated, again, it's just a guess on my part, but those automated entry orders that were with me canceled, and it looks like I almost came back in looking to do the same thing again, if you look at that, and it almost looks like the same situation happens again that once I get towards the market, it seems like there are orders generated that puts me at a level away from where I was.

**PETER LEIDER:** Okay. Coming back to 9:05:07.146, you cancel the three orders closest to the top of the book which were now at the second level to sell at 62. Those were, excuse me, those were all canceled out of the book. At that point, 9:05:07.147, you put an order in to purchase 10 lots at the same price, 62, and based on the 105s, which I had previously noted, it starts to trade. You're doing them a little better. You bought a total of three at 61, another one at the limit 62, 5 more at your limit, and there's your fill, three at 61, the balance at 2, and, as you can see, as you're getting filled, you bought two, it goes down to 8, you bought another one, it goes down to 7 until your order's filled. Are you able to follow me?

**GREGG SMITH:** Yeah, I have a basic concept.

**PETER LEIDER:** Okay.

**ED FURLONG:** So at this point, you basically – you cancel, I guess ,30 lots of 10 lot sell orders, and you replaced it with a 10 lot buy order, that you got filled. Can you kind of explain why you did that?

**GREGG SMITH:** Maybe because the market went down 70 or 80 cents since I started trying to sell. I couldn't—it was a decision based on what the market was at the time. It's hard for me to tell you why I put a 10 lot order in at that time. I'm sure I saw something that I said, all right, let me buy 10 lots here.

**PETER LEIDER:** Okay. We're at 9:05:07.564, after that order's filled the order that you were working to sell at 63, a 10 lot order, a 10 lot order, two 10 lot orders at 63, a 10 lot order at 64 which you were working to sell and a 10 lot order at 65 which were all resident were canceled, and they were canceled from the top of the book, moving away from the top of the book.

**ED FURLONG:** Is there any reason why right after you get filled, you cancel those 40 lots and you start by canceling from the top of the book?

**GREGG SMITH:** Canceling from the top of the book or the bottom of the book, it really isn't a decision making process for me. It's more the speed where I can point and click, right, when I cancel. So you'll see cancellations from top to bottom, bottom to top, middle. It's wherever I—manually doing it, the speed is of essence.

**ARMAND NAKKAB:** So, just to be clear, just a question for you, Gregg, you don't have any insight to the book level, like this is laid out when you're trading?

**DRAFT** – SUBJECT TO CHANGE

Transcript by TransPerfect

**GREGG SMITH:** No, I've never seen anything like this.

**MIKE SEROSSI:** You can see where the market's at, easily.

**GREGG SMITH:** Yeah.

**ED FURLONG:** So you do know where the book level—

**GREGG SMITH:** Yeah, but it's not--

**MIKE SEROSSI:** So you do know where the book level is.

**ED FURLONG:** Right.

**GREGG SMITH:** Yeah.

**RON WOLF:** He knows where the market is.

**ARMAND NAKKAB:** You know where the market is and you know where your order is.

**GREGG SMITH:** In reference to the mid. You're just telling me exactly—

**ED FURLONG:** Probably 5 or 10 bids and offers on both sides of the book, right?

**GREGG SMITH:** Yes.

**PETER LEIDER:** Okay, where are we here? 9:05:08.739, you enter an order to sell 10 contracts at 67 at the 7th level of the book, 10 at 66 at the 6th level of the book, 10 more at 66 at the 6th level of the book, 10 sells at 65 again being entered. We're now at 9:05:10.086 time at the 6th level of the book 10 additional sells at 65 which are now down at the 5th level of the book. We must have moved slightly. You enter 10 sales at 64 at the 4th level followed by a total of 20 sells in 10 lot increments at 62 to sell at the 2nd level of the book and an order to sell 10 contracts at 61, which is the best level resident of the book.

[00:30:00]

At which point, there is a trade going off corresponding to this last, 10 lot sell put in at 61, you fill seven contracts there at 61, working 3, okay. You put in a new order to sell 10 at 61 at the first level and another order to sell 10 at 61 after that fill at the first level followed by canceling a sell at 61, which had now migrated to the second level of the book, again, we're moving slightly, another 10 sells at 61 get canceled, and the balance, which is the three lots remaining of the 10 lot order that got filled gets canceled, you had sold 10. The 10 lot order, it got traded on a little bit, that's all out of the book now. You continue to cancel orders. We're at, for the record, 9:05:11.771. You cancel 10 sells at 2, 10 additional sells at 2, which are now resident at the top of the book. They're out. Then, as you alluded to before, going away from the top of the book,

**Transcript by TransPerfect**

you cancel 10 sells at 4, 10 sells at 5, and, if you'd be kind enough—10 sells at 5—and 10 additional sells at 6, another 10 at 6, another 10 at 6 are being canceled, another 10 at 6 are being canceled again by the 7th level of the book, all four of them. 67s are taken out of the book and 68s are taken out of the book by 9:05:13.037, and those last two I know were at the 8th level of the book.

**ED FURLONG:** So with that sequence there, you placed I guess 11 sell orders, and you kind of got nibbled on, and then you immediately canceled 14 sell orders. So can you just kind of explain why you canceled all those? I mean, did you want to trade the sell orders or not?

**RON WOLF:** When you say nibbled on, you're talking about the 7—

[OVERLAY]

**GREGG SMITH:** Again we'll go, but I want to trade all the orders I put in. If you look, I'm a range trader the majority of the time, and I'm near the market a majority of the time. In this case, it looks like the market was moving away, and it looks like I'm canceling, taking a look at the market and re-entering, canceling, taking a look at the market and re-entering.

**ED FURLONG:** But when you say moving away, moving away from your sell orders or—

**GREGG SMITH:** My sell orders. This tells you the book level, but it doesn't tell you if an order joined my order.

**ED FURLONG:** If it was moving away from your sell order, why would you cancel it?

**GREGG SMITH:** If other orders were joining my order, I would cancel them to see if they were going to stay in or not. I mean, there are orders constantly, like I said, and, again, it's my guess, but it certainly looks like there are simultaneous orders that go in with some of my orders, so, if I put a 10 lot order in, somebody could have milliseconds later put a 30 lot order in with my 10, okay.

**ARMAND NAKKAB:** There's a bit of a phenomenon going on in the marketplace that Gregg has brought to our attention, to Compliance's attention over the course of the last few months, and, if you guys are interested, we're happy to walk you through that, which lends itself to what Gregg is doing and trying to optimize the value for the firm and for the clients, so I think, if you're interested in that phenomenon, we're happy to walk you through what he's seeing in the marketplace.

**PETER LEIDER:** Absolutely. Can we continue with this or would you prefer—

**ARMAND NAKKAB:** Absolutely. No, no, no.

**GREGG SMITH:** It's up to you guys, whatever.

15

Transcript by TransPerfect

**PETER LEIDER:** Let's finish this, and then we'll stop. Okay, where were we here? Here I believe. At 9:05:13.714 you entered another sell order at 67, which is still at the 8th level of the book as per the previous two cancels, followed by an order to sell at 66, 10 contracts, an order to sell 10 at 65, again, going down the level of the book an order to sell at 63, an order to sell at 2, a 10 lot order, again, all of them are 10 lots, for the record, to sell at 1, and another order to sell at 1 marching towards the front of the book where it's gyrating the first 10 lot order at 1 went at the 2nd level, and now it's at the 3rd. An order is entered to sell 10 at 60, which is at the 2nd level, another order to sell 10 at 60, another order to sell 10 at 60 and a 4th order to sell 10 at 60, which were all resident at—the last 60s, all resident to 2nd level of the book. At 9:05:15.772 milliseconds, those 4 orders to sell at 60, still at the 2nd level of the book,

[00:35:00]

10, 20, 30, 40 at 60 get canceled. 61s get canceled, which are a 3rd level. 62s get canceled 10 lots only, and the 63s get canceled again. You can see the level of book changing slightly because both these orders were at the same level for a split second.

**ED FURLONG:** So is there any reason why you place your orders, these sell orders from you start at the bottom of the book and start going up towards the top of the book, and then, when you cancel them, you cancel them from the top of the book back towards the bottom?

**GREGG SMITH:** It's purely the easiest way to cancel, you're closest to the mid, canceling your way back up. I mean, I'm sure I don't do that all the time, but, if I'm going in and out, I'm sure it's just click, click, click, click. I'm not canceling them—they're not—that's not a one click cancel, is it? Because it almost seems hard to cancel individually that, so I can't—if you're telling me that it's milliseconds that I'm clicking on all those other ones, I would have to say-well, all the orders didn't delete, right? Is that correct?

**ED FURLONG:** You can tell if you look at the—

**GREGG SMITH:** It's not a delete at all, so that's not the case.

**PETER LEIDER:** Probably—

**GREGG SMITH:** Oh by price, one click by price, okay, that's the one that seem like it, okay. But it's purely for point click reasons, and it's quicker to go like that. I'm sure there are other times when it's not exactly that way.

**PETER LEIDER:** Okay. Where was I at here? Down to—thank you. 61s, second level, okay. Here.

**GREGG SMITH:** That was two times ago. We're one more set down. We're much further down.

**PETER LEIDER:** Okay, thank you. Okay. Possibly digressing, 9:05:15.309 it's an order to sell 10 at 60. Again, that was right after another order to sell 10 at 60 for a total of 40 all at the

**Transcript by TransPerfect**

second level, and the 60s coming out, again, I know I'm going over this again. The 62 is coming out. The 63 is coming out, up to the 4th level of the book. At 9:05:16 and 914 milliseconds, you enter a new order to sell 10 at 65 at the 6th level followed by an order to sell 10 at 62, an order to sell 10 at 61, ranging from the 6th, the 3rd, down to the second level of the book, another order to sell 10 at 61, another order to sell 10 at 61, another order to sell 10 at 61. These were at the 3rd level of the book referring to the orders that were offers there at 61. And, if you'll be kind enough—whoa. Beginning at 9:05:18 and 217 milliseconds, you cancel these orders. Still a resident at the 3rd level of the book, all 40 of them at 61 get canceled, and, at that point, which is 9:05:18.220, you put in an order to purchase 10 contracts at 61, which according to the 105s get filled immediately, a 5, a 1, a 1, and a 3 for a total of 10 working nothing. So you got filled on your 60 bid right there. At that point—

**ED FURLONG:** So just real quick, again there, you entered sell orders, then you canceled them, and then you replaced it at the same price with a buy order. So I mean were you trying to create sort of an illusion of selling interest in the market or what's going on there?

**GREGG SMITH:** Didn't I cancel sell orders before I bought?

**PETER LEIDER:** Yes.

**GREGG SMITH:** I mean, wouldn't that defeat the purpose?

**ED FURLONG:** Well, you canceled them, and you replaced it with the buy order.

**ARMAND NAKKAB:** But, if he was going to create an illusion of selling in the market, canceling the sales would defeat that.

**GREGG SMITH:** That would create—

**ARMAND NAKKAB:** It would be the opposite effect.

**GREGG SMITH:** In my opinion, that would say that selling is gone.

**ED FURLONG:** Right, but you left in I guess you placed 7 sell orders, and you canceled 5, so you still did leave orders in the book, and you—

**RON WOLF:** The 2 sell orders for 10 apiece, right?

**ARMAND NAKKAB:** And we think that a market as deep as August gold with two 10 orders are going to create an illusion of selling interest?

**ED FURLONG:** Well, when you place 11 in a row or something like that, which you have done in several of these examples.

**RON WOLF:** But only two existed at the same time.

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

[00:40:00]

**ARMAND NAKKAB:** At this one point. So the market is seeing 20.

**GREGG SMITH:** There was only two orders left in the market.

**ED FURLONG:** Well, when you do put in sell orders, you say that that brings in orders on top of your sell orders?

**GREGG SMITH:** In certain situations it does, yeah, a lot of situations.

**ED FURLONG:** And it's a FIFO market, right, first in, first out? As far as getting filled on your orders, it's first in, first out?

**GREGG SMITH:** Yes, if it's a limit order, yes.

**ED FURLONG:** Right, and so, if you pull them, then the orders behind you are going to go to the top.

**GREGG SMITH:** Absolutely, and, if those orders are not automatically generated, I was incorrect, okay? But, if I feel that those orders were automatically generated because I'm putting orders in and I'm canceling my orders because I do see something changing in the market there and it was automatically generated, then there's a good chance that they're going to cancel theirs because it was only contingent on my orders.

**ARMAND NAKKAB:** That's the phenomenon we're talking about.

**GREGG SMITH:** If an order is contingent on my order, when I cancel my order, that order may cancel also. If it doesn't and they go to the top, that's my loss. That's my mistake, okay? Now they're in front of me, and I'm sure there are examples where that does happen.

**PETER LEIDER:** Okay, that was just the second time where you were at the top of the book, you pulled it and then immediately put in the opposite side. So it's just curious what the intentions were there.

**GREGG SMITH:** For this particular one, I can't tell you. Maybe the market was holding at that point, so I put a buy order in—

**ARMAND NAKKAB:** Do you recall? In June, do you recall this trade?

**GREGG SMITH:** No, absolutely. I thought we established that I don't recall the absolute trades—okay, I thought we established that already. This is, you now, a scenario that probably happens very often throughout the day when I trade. And, if you had asked me this yesterday, I probably wouldn't remember this from yesterday—

Transcript by TransPerfect

**PETER LEIDER:** Fair enough. I'm going to continue. At that point, after the fills, 2s come out, 5s come out, 5s come out. It's up to the 7th level. The 8th level comes out which is an order to sell 10 at 6 and an order to sell 10 at 7, which is at the 9th level followed by an order to sell 10 at 8, an order to sell 10 at 9, and an order to sell 10 at zero all the way out to the 12th level of the book all get canceled. 9:05:21.638, you enter a new order to sell 10 at 70, which is at the 12th level, another 10 at 70 which is at the 12th level, 10 at 68, 10 at 65, 10 at 64, and as before we're getting closer to the top of the book. You enter 10 sales at 61 at the 4th level at 9:05:22.434, if you'd be kind enough to—

**ED FURLONG:** Now those sell orders, do you want to trade those?

**GREGG SMITH:** Absolutely, and absolutely is the answer, yes.

**PETER LEIDER:** Where was I? I lost myself in the process.

**ARMAND NAKKAB:** You were at the 70s.

**PETER LEIDER:** Okay, here, thank you very much. 9:05:21.638 an order goes in to sell 10 at 70 at the 12th level, again another 10 at 70, 10 at 68, 10 at 65, 10 at 4, 10 at 1, 10 at zero, all the way down to the 3rd level of the book at which point we had discussed iceberg orders that were entered at the beginning of this. Okay, it was a 30 lotter to buy 56, one lot trades off that, 29 are working, so one lot of the iceberg was placed earlier, it gets filled. Looks like you were scaled into the market a little bit, okay. What's going on here? It's probably me, I'm sorry. Okay, at that point you enter an order to sell at 10 at 59, which is at the 2nd level, 10 at 8—I'm not touching anything, so it can't be me. 10 at 8, 10 at 8.

**ARMAND NAKKAB:** Don't worry about it, It's fine.

**PETER LEIDER:** It's hard to see. It's making me sick.

**ARMAND NAKKAB:** It's because you're close to the wall.

**PETER LEIDER:** So a total of 10, 20, 30, 40, which, excuse me, I want to be correct, 10, 20, 30, 40 at 8 at the first level of the book.

**ED FURLONG:** So real quick, you've got your iceberg order that just started trading. You placed 7 sell orders right in front of it and then traded one lot and then you placed 5 more sell orders right at the top of the book.

[00:45:00]

So I mean do you want to trade those sell orders there?

**GREGG SMITH:** Yeah, I want to trade the sell orders and the buy orders. It's probably spreading the market there.

Transcript by TransPerfect

**PETER LEIDER:** Okay. At which point we cancel the 58s that we had mentioned, paying 10, 20, 30, 40 lots at 58. We're at the top of the book at that point. Cancel the 59s, and we cancel the 60s, again, moving from the 3rd to the 4th level of the book. At this point, we see the two 105s. This relates to that 30 lot iceberg we mentioned where one lot got filled earlier. One lot gets executed, one lot gets executed, three lots in total so far, we're working 27 lots of the iceberg order. At 9:05:25.516 you enter an order to sell 10 lots at 61 at the 3rd level of the book followed by two 10 lot orders to sell at 60 at the 2nd level of the book followed by three 10 lot orders to sell at 59. Obviously the book shifted, you can see it was at 1. Now it's at the second level, so we're sliding around a little bit on the 59 offer. And, at this point, we're at 9:05:26.395, another lot of that iceberg order, the 30 lotter put in at the beginning of this instance trades, 26 lots are still working on that iceberg. At this point—actually can you scroll down a little bit for me, please? We're here. For once I managed to keep track, I think. You enter an order to sell 10 lots at 59. This is at 9:05:26.468 at the second level of the book, followed by two 10 lot orders at the first level of the book to sell at 58, at which point another one lot purchase of that iceberg order gets filled, and you're working 25.

**ED FURLONG:** So right there, do you recall why you're only showing size on the sell side, and you're working—you're buying iceberg?

**GREGG SMITH:** No, I don't recall that specific instance. I mean—no.

**ED FURLONG:** Okay. In what we see here, pretty much everything's trading on the buy side, the part that the market can't see—

**GREGG SMITH:** What you can see, when you say everything's trading, it looks like I get one lot, and, again, if I can go back to that electronic orders that are entered, I mean, it looks fairly clear that I get one, and, for some reason, I'm no longer the bid, or there are bids attached to my bid, I get one, I get one, I get one, I get one, I get one. That's odd. You're not first with an iceberg, but it constantly touches my order, correct, and then stops and moves away, touches it, moves away, touches it, moves away, touches it, moves away.

**ED FURLONG:** And in between you're placing sell orders.

**GREGG SMITH:** Sell orders, I want to buy and sell constantly throughout the day.

**ED FURLONG:** But you're not getting filled on sell orders.

**GREGG SMITH:** Maybe there's somebody offering with me and I'm canceling. It looks to me in general that I cancel a scale and put a scale back in.

**PETER LEIDER:** Okay. We're going to continue. At which point here, 58s get canceled, 10, 20, 30 lots in total which were at the top level of the book, the 59s were at the second level of the book, 10, 20, 30, are canceled—excuse me, 40 get canceled, at which point, at 9:05:27.687, some more of the iceberg gets filled, 1, 2, 3, 4 more lots working 21. At this juncture, you cancel selling 10 at 60. We're at 9:05:27.855. Another 20 at 60, which are resident at the 3rd level, 10 at 61 followed by another 10 lot sales canceled at the 4th level—

Transcript by TransPerfect

**ARMAND NAKKAB:** I'm sorry, just to clear the record, it was 10 at 60, 10 at 60, not 20 at 60, right?

**PETER LEIDER:** Yes, I meant it's two 10 orders, yes. I aggregated. Okay. At this point, 9:05:28.639, some more of the iceberg order on the buy side starts to go. Can you be kind enough to scroll down? And incrementally, again, it was an iceberg, it appears to be going here in one lot increments, 20, 19, 18, 17 and here the 105s associated with the purchases, and we're at the top level of the book. Everything making sense, I hope.

**[00:50:00]**

And you get filled on the iceberg and on the first 30 lotter, working nothing.

**ED FURLONG:** So, in those, is there any reason why the iceberg starts to trade more aggressively, you pull out more of your sell orders, you cancel them?

**RON WOLF:** What do you mean by more aggressively?

**ED FURLONG:** Well, you put in one lot. You put in one lot.

**EUGENE FERRARA:** They're traded in milliseconds, though. **ARMAND NAKKAB:** And they were all the same price.

**ED FURLONG:** And then you traded in 4 lots, and then you traded at 20.

**RON WOLF:** He was hit. He was filled.

**ARMAND NAKKAB:** The iceberg was in the marketplace.

**ED FURLONG:** Do you remember why you're pulling more of your sell orders as it starts trading more?

**GREGG SMITH:** Again, I don't remember this exact trade. You keep asking me that one. I can look at this scenario and try to recreate what I was thinking at the time. I've canceled my sell orders 5 or 6 times so far, whether the bid was getting filled or not getting filled. I don't see a relevance to canceling the sell order. I could just be clearing it saying, all right, let's see what happens now, I bought something, let's see what happens now.

**ARMAND NAKKAB:** I think it would be useful if you guys agree, but if not, that Gregg should walk through what his trading strategy is and how he actually approaches the marketplace to give you some insight into why he trades this way, and I think it would be useful for him to walk you through that.

**DRAFT** – **SUBJECT TO CHANGE**

Transcript by TransPerfect

**PETER LEIDER:** I'd just like to point out before you begin, the reason we're here is because we received several complaints about these orders hitting the market and disappearing routinely from several different people, and quite a few of them at this point.

**MIKE SEROSSI:** That's why we keep asking you is your intention to trade these orders-

**GREGG SMITH:** Yeah. Absolutely.

**MIKE SEROSSI:** because they're constantly being pulled, and we did run a statistical analysis, and it comes up to 90 some percent of—

**PETER LEIDER:** The orders that are exposed to the market getting canceled.

**ARMAND NAKKAB:** So I was just following up on that. Are we saying that 90 something percent of the orders are exposed to the market, are actually exposed to risk, if he gets filled, he's saying that he's ready, willing, and able to take the fill, and then, if within a millisecond or two he's not filled, he cancels the order, right? One of the issues that he's seeing in the marketplace is as he's putting trades in, and I think it's important for him to walk through that, when he sees an order, it seems that there's a piggyback right on top of his bids and offers, so I think if you wouldn't mind, let him walk through his trading strategy and how he does a day in the life of, and then we can go into what he's seeing in the marketplace as well.

**GREGG SMITH:** Okay. I mean, obviously you've seen a lot of the orders. I'm a short term range trader, okay? I will always have—not always, but, when I'm involved, I will have bids and offers on both sides of the market for a majority of the time, sometimes there is only one side of the market. My intention is to, as simple as it sounds, buy cheaper than I'm selling, whether I sell first and buy second, that's contingent on what's happening in the market. Where are we going from here? That's the overall strategy.

**ARMAND NAKKAB:** Tell them practically what do you do all day.

**GREGG SMITH:** Practically I enter orders and decide as the market moves and as I get filled what I'm going to do next, you know, I'm sitting clicking, what am I going to do next. Sometimes I may cancel orders just to clear what's going on and sit and you could see me clear them and enter them back in just because I could clear it out and get a look at it again and see if it moves after I clear them out or not. Other times I'll cancel orders because it appears that somebody's constantly piggybacking my orders.

**MIKE SEROSSI:** Other than what you're seeing on your TT screen, the volume that you can see in the buy and sell, is there any other influence that comes into play?

**GREGG SMITH:** Yeah, I look at three main correlated markets. I'll look at the Crude market, the Euro market, and the S&P market. There is also a spot broker, EBS, okay, that's constantly giving an over the counter spot market on a spread basis, similar to futures market.

22

**Transcript by TransPerfect**

**PETER LEIDER:**  I'd just like to point out that in looking at this another way and based on some of the complaints that we've had, it just appears at times that the purpose of some of these 10 lot exposed orders

**[00:55:00]**

and the way they're scaled into the market, it could be construed that they're being used to try to march the market down to your iceberg, because they're getting pulled after the iceberg gets filled, which is also part of the reason why we're here.  So that is really the way we can somewhat interpret this.

**ED FURLONG:**  When you say piggyback your orders—

**ARMAND NAKKAB:**  Yeah, why don't you describe that phenomenon?

**ED FURLONG:**  One thing before that, I understand that an order goes into the market, it may cause another order to come into the market.  Maybe it's on the same price level behind that order, but it would also cause orders to come into the market at the price ahead of that, at a better price, correct?

**GREGG SMITH:**  It could, yeah, it appears that does happen sometimes.

**ED FURLONG:**  Okay, so go ahead.

**GREGG SMITH:**  Okay.  Where were we?

**ARMAND NAKKAB:**  What do you see in the marketplace, no, the piggybacking.

**GREGG SMITH:**  Oh, it's almost simultaneous, and, again, it's probably a lot of the reason why you see my cancellations is simultaneously, I'm sure it's milliseconds I enter an order, there are orders entered based off of my order, solely based off my order.

**MIKE SEROSSI:**  Is that what you're trying to achieve?

**GREGG SMITH:**  That's what I'm trying to avoid.  So I cancel and rebook a lot to see if they're constantly with me.  You can see from that I came in with the same orders four or five times there and canceled them, came back in, so if you could show me what happens when I cancel and then rebook, I'd have probably a better explanation at that time for what happened, but I'm sure I was joined on a lot of those, canceled them, came back in, joined.  When I have a scale of 6, 7, 8, 9 orders, it's usually a scale that's a certain distance from the mid where I'm willing to make a market, and the average price of those, if all 8 of them are filled, we'll call it swept up, or all 8 of them are bought from me, then I've established a sale that could be 50, 60, or 70 cents away from the mid, okay.  Sometimes it's correct and you get to buy them cheaper, sometimes somebody buys $2 through that price, and I look at it again.

**ARMAND NAKKAB:**  How often does that happen?

DRAFT – SUBJECT TO CHANGE

**GREGG SMITH:** Hopefully not as much. I'm scaling into an offer there where, if I did get paid on any one of those sequences, it looks like I would have sold about 70 or 80 lots in averages, 6 ½, 6.40. Okay, if somebody's coming in to buy up to 8, which happened today a couple of times, I would have sold 60 or 70 at 6.40 and now he's 8 bid. What am I going to do? Sometimes it goes 8 bid and it's back down at 6, and you may see me at the buy orders again, but, again, that's milliseconds, and then I decide, you know, I'm not sitting there offering 6.20 through 6.80 thinking it's going to go 8 bid. I'm sitting there offering thinking I'm going to be able to buy back at some point in time before the market goes 8 bid. I'm a short term fairly, you know, short term trader. It happened today. I put 50 lots in, and market was trading. The big figure may have been 4. The market was trading 4. I put 50 to buy somewhere around 3 ½ and 50 in to sell somewhere around 4 ½. Somebody came in and bid it up to 17. There was 14 ½ and 15. Somebody bid 17. It looked to me like it was a total of 500 lots and canceled, okay, so now I sold my 5 1/2s, what do I do next? I probably enter 10 lots in to buy at 16, maybe 10 at 15 ½, and so if the market came back down, if the market immediately comes back down, I'll look at it like that. If it doesn't and it stays up there and it looks like we've established the new range, a new $2 or $3 range, then I will go in and look to trade that $2 or $3 range. I may be buying my 15 ½ back at, 16 ½ or 17.

**ED FURLONG:** Why are you only on one side of the range with the exposed orders?

**GREGG SMITH:** In that particular instance, I don't really know. Icebergs now I feel there was, up until about two or three years ago, 100—I'd say 90 something percent of our orders were icebergs. Now when you put icebergs in it appears there's a system that reads the actual amount you have in, and, if it's not reading the actual amount, it's reading the fact that a bid has traded and the amount of contracts on the bid has not changed, and it bids in front of you or bids with you, knowing that it will go to the top of the list if you have an iceberg in. And that is something that's developed—obviously as computer systems get faster and smarter—it's developing, so there are

[01:00:00]

actually—and, again, I am just guessing, but given the amount that I trade and how much I'm staring at this market, I think it's a fairly educated guess right now that an iceberg bid is no longer the iceberg bid it was intended to be when it came out five or six years ago. In the system somewhere, there was a 30 lot bid—now, I was showing 1s, 1s, 1s. In the system somewhere, there are systems that go into this, wherever the main system is, and knows it's 30 or assumes it's more than 30, because the bid is trading and it's not diminishing. And they're willing to take a chance, if somebody's got an iceberg in, I'm willing to take a chance, my system's going to take a chance and say, hey, there could be a couple hundred in there. Somebody's trying to hide something. I'm going to take a shot and bid in front of it, and then, if it goes through that level, then they have an automatic stop in there, but that's out there how quick it is and whether they can see the total number or if they're just assuming because the bid amount is not dwindling as it trades, I can't be sure.

**ED FURLONG:** So some market participants could figure out that that probably is an iceberg.

DRAFT – SUBJECT TO CHANGE

**GREGG SMITH:** Well, anybody–

**ED FURLONG:** Due to the guess or the quantity

**GREGG SMITH:** Yeah, anybody could figure it out by looking and seeing 1, 1, 1, 1, 1.

**ED FURLONG:** Right, but you have no idea how many lots it actually is.

**GREGG SMITH:** No, you would not, and really the concern of an individual person clicking we call it a GUI I guess or what I do, click on an individual trade, I can see an iceberg by sight. What I'm saying is there are systems out there that aren't seeing it by sight. They're entering orders based on the fact that they see an iceberg trade, boom, they're in, either with it, because they know they're at the top of the list with it, or in front of it, so—

**ED FURLONG:** They would either have to jump in front of it or be at the same price behind it.

**GREGG SMITH:** At the same price, but icebergs go to the back of the line, correct? So, if you put an order in, you would automatically jump in front of the—the iceberg will trade its initial-its showncontract once, and then they would get the next contracts before you got the remainder of your iceberg.

**ED FURLONG:** Would you say it's still easier to get filled on an iceberg in this example you got filled out all your icebergs?

**GREGG SMITH:** It used to be. Where did the market go after?

**PETER LEIDER:** You got filled on a 30 lot fairly easily, but you couldn't even get filled on one of your 10 lots.

**GREGG SMITH:** That depends on the market.

**ARMAND NAKKAB:** He did get filled on one of the 10 lots. No, he got filled on a 10 lot and then he got filled on a partial.

**ED FURLONG:** I'm talking about the sell side.

**GREGG SMITH:** I'm sorry, but on the buy side, those 10 lot buy orders that I entered weren't icebergs.

**ED FURLONG:** Right. You pulled the sells, and immediately.

**GREGG SMITH:** Yeah, and put buy side. They weren't icebergs, because, again, sometimes— you know, icebergs I thought were a great idea for the market to have volume out there but not have everybody see it, but, again, if I'm going from limit order without an iceberg to an iceberg

DRAFT – SUBJECT TO CHANGE

**Transcript by TransPerfect**

order, I also have to click go back, click in out, click in out, click back and forth. It almost seems like it's impossible, to be honest with you.

**PETER LEIDER:** It's amazing…

**ARMAND NAKKAB:** You can't even imagine. Sitting next to him, watching him.

**GREGG SMITH:** And, again, the strategy is ever evolving, and I put the orders in. Ideally if you could tell me I'm going to get filled on every order I put in buys and sales, I would love it, and I would love it if orders didn't join me immediately on both sides, because that's a lot easier for me not to cancel these and put them back in and cancel them and put them back in. There is no guarantee…My orders are out there. I can't guarantee whether they're going to get filled or not, but they're out there.

**MIK SEROSSI:** Is this the only strategy you employ? This is what we see every day we look.

**GREGG SMITH:** In this example, it certainly looks like it.

**MIKE SEROSSI:** Are there other strategies that you have that are different than this?

**GREGG SMITH:** No, in general, I'm a range trader, and you'll see me on both sides.

**EUGENE FERRARA:** But you do hedge client flow as well.

**GREGG SMITH:** Yes, it's not really strategy, that's more of a position. I'll hedge… I make the markets for the bank to the customers and then hedge the risk.

**PETER LEIDER:** Gentlemen, we were prepared to show you two more of these that were identical. Having gone through this and you know what our stance was and why we brought you here and having listened to your side of this. Would you like to continue to see these? They're almost identical.

**GREGG SMITH:** It's the same to me.

**PETER LEIDER:** Well, it's for your benefit at this point, because you know exactly what we're here to discuss, and it's just going to be I'm very willing,

**[01:05:00]**

it's going to be more of the same.

**ARMAND NAKKAB:** It's up to you guys. It's your interview. We would never dictate how you guys are—

**PETER LEIDER:** You won't be hurting my feelings. I don't know if I got the point across of what we were trying to show.

26

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

**ARMAND NAKKAB:** No, we get it.

**GREGG SMITH:** No, I understand it. I understand.

**PETER LEIDER:** Okay.

**ARMAND NAKKAB:** We get it. I guess the question is, based on his description of how he does his trading and the fact that he's ready, willing, and able to fill every one of the trades that he puts, the orders that he puts in, the question is do you guys feel the need to continue to show him the same stuff or do you have what you need to make an assessment of whether this is in your mind something you can put to bed or do you—how do you want to proceed?

**MIKE SEROSSI:** Well, we're still not convinced that every order you enter you intend to trade. That's our problem, because every time we've gotten a complaint, and there were numerous, we go to the rapid detail report, and we see it's your orders that the people are complaining about that are in the market and out within milliseconds or less, so that's why we're showing you this, and I'm still not convinced that every order you're putting in is something you're wanting to trade, so, if you want to go through another one and if there's any other different trading strategies, you know—

**ARMAND NAKKAB:** I guess I have a question. Do you see any other tag 50s doing what he's doing in their—whether they're associated to a person doing click and shoot or if it's an ATS? And, if so, have you spoken to the ATS's—

**PETER LEIDER:** We're not at liberty to divulge.

**ARMAND NAKKAB:** I get it. I know, it's rhetorical, and, if so, have you gone to the ATS's and asked them to ratchet down their trading activities. Rhetorical.

**MIKE SEROSSI:** We have many open items that we're looking into that are similar in style or, you know, means of trading. So I mean, if you want, we can go through another just if there's something else that comes to your mind.

**ARMAND NAKKAB:** Yeah, why don't we do that?

**PETER LEIDER:** Or anything you'd like to bring to our attention.

**PETER LEIDER:** I think we should go through at least the second one. And, as before, if I go too fast or you want to see something again or I forget where I was, just—hold on.

**MIKE SEROSSI:** So that first date was what, Peter, June?

**PETER LEIDER:** June 26th.

Transcript by TransPerfect

**MIKE SEROSSI:** We'll say that was exhibit 1, so we're going to go to exhibit 2 would be June—July 29th.

**PETER LEIDER:** And as before, I'll just go over the same things and get acquainted again with [INDISCERNIBLE]. So, again, at 9:04:48.715 milliseconds, at that point you entered a limit order again to sell 10 at 8 ½. It's an iceberg according to the shelf life which indicates it is an iceberg, and you are at the top level of the book, shortly thereafter, the same second, you enter an order to sell 10 at 88. You're at the fourth level of the book. It's an iceberg, followed by an order to sell 10 at 91 at the 7th level and an order to sell 10 at 93 at the 9th level, and an order to sell 10 at 95 at the 11th level. Again, it looks like you're scaled into the market, and all of these orders are icebergs. At 9:04:51.777, you entered an order to purchase 10 at 78, 10 at 78, 10 at 78, a total of 40 at 78, that goes on until 9:04:52.624 from the 6th to the 7th level of the book. As we know the book slightly moves. At 9:04:52.791, you entered an order to purchase 10 at 82 at the 3rd level, followed by 10 at 83 which were at the 2nd level. Again, we can see the book shifting. Followed by 10 at 84 which were at the 1st level. At this point, we're at 9:05:53.128. The 8 1/2s on the iceberg. As for the first 10 lot order, we know with this instant, starts to trade, 9876543, we can see we're at the top of the book, and you got executed at 10 sales at 8 ½. At this point, you put a buy order in to buy at 840, 84, and you quickly—

**RON WOLF:** How many at 84?

**PETER LEIDER:** This is a little tricky, because 840, excuse me, I believe this buy 20 lots— right, it's a little tricky to look at here, because as this is going on, you're getting filled on the iceberg, so this

**[01:10:00]**

sort of would have belonged up here, okay, because this is going on kind of concurrently, you know, you're within a thousandth of a second with that, so it kind of looks like at this point we're at 9:045:53.999, you canceled an order to buy 10 at 84, the 4s we were talking about at the top of the book, a total of 20 at 84, cancel buying 10 at 3, 10 at 2. Again, they were both at the 2nd level of the book, arguably we know the reason for that is. You cancel an order to buy 10, 20, 30, 40, 50 at 78, which were entered earlier. These were all at the 6th level of the book.

**ED FURLONG:** So, again, I mean, you entered an iceberg on one side. You placed exposed orders on the other side. You began getting fills. You got filled completely, and then you pulled out all your exposed orders.

**GREGG SMITH:** I got a little lost on that one. Let me—I got filled completely on one sell order, okay.

**PETER LEIDER:** Yeah, to sell at 85, which is these 105s here, so this is a total of 10 lots. You can see the count going down, as you get towards 0, so that would indicate your first 10 lot order was filled. A buy at 84 was entered almost concurrently with that, right before you'd entered 10 to buy at 4 and 10 to buy at 4. Again, this is showing up—you're within a thousandth of a second of it, so it's just a little tricky to read at this point of the book. It looks like these 4s kind

DRAFT – SUBJECT TO CHANGE

**Transcript by TransPerfect**

of went in at the same time the iceberg was getting elected, give or take a millisecond. And, at that point, after the iceberg is filled, you cancel out the 4s at the top level of the book, followed by the 3s, the 2s, and the 78s that were scaled in down to the 6th level.

**ED FURLONG:** Can you I guess elaborate on what you were trying to do there a little bit?

**GREGG SMITH:** I'm not understanding it completely at this point, to be honest with you.

**ED FURLONG:** The question or your strategy?

**GREGG SMITH:** Yeah, I'm not getting it like I got—I'm not understanding it like I understood it before, to be honest with you. So what was the—the end result was I sold 10 lots?

**PETER LEIDER:** The end result was you sold 10 lots on—

**GREGG SMITH:** Out of scale of—

**PETER LEIDER:** On the iceberg.

**GREGG SMITH:** 50 or 60 that I had in.

**PETER LEIDER:** Right, and you were scaled in above, and once the first level of the iceberg got filled entirely, again, these 84s were pretty much entered concurrently with the 10 at 84 before the fill. In other words, this was going on roughly at the same time. As soon as that iceberg got filled, you started taking away from the top level of the book and moving your orders, canceling your orders gradually away from the top of the book.

**ARMAND NAKKAB:** Sorry, it's the 78s, so he only has—well, he puts in 78, 70's and, 40 to lots of 78.

**PETER LEIDER:** 10, 20, 30, 40 at 78, I'm just making sure--

**ARMAND NAKKAB:** And the cancels looks like it adds up to 50 or 60. So where does the extra 10 lots come from?

**PETER LEIDER:** The other 10 at 78 might have been—can you scroll down a little bit please?

**ARMAND NAKKAB:** There's even more 78s. So I'm confused.

**PETER LEIDER:** The 78s were entered earlier prior to the iceberg, so we started this event with the iceberg, just to illustrate. We have to start somewhere. Some of these 78s were working earlier in the session.

**ARMAND NAKKAB:** Okay, so, to be clear, the exhibit is not complete, and it's missing certain trades that were put into the marketplace with I guess code number 1 and then the cancels

Transcript by TransPerfect

that you're showing us on exhibit—on this exhibit is showing some cancels that I'm not—and we don't have the benefit of seeing the actual entries of the order, is that right?

**ED FURLONG:** We can go back and show you those entries.

**ARMAND NAKKAB:** You don't have to. I just want to make sure that the record's clear.

**MIKE SEROSSI:** So there's four buy orders in the first five seconds that were entered previously.

**ARMAND NAKKAB:** Before the iceberg.

**PETER LEIDER:** Before the iceberg, and they were resident away from the top of the book.

**ARMAND NAKKAB:** And the iceberg was a buy or a sell?

**PETER LEIDER:** The iceberg was a sell.

**MIKE SEROSSI:** Two sell icebergs.

**ARMAND NAKKAB:** And then he's putting buys in at 78.

**ED FURLONG:** He entered 5 buy icebergs.

**GREGG SMITH:** Yeah, I wanted to give—it looks—what was the end result, that I sold 10 lots at 8 ½ and then I canceled my

[01:15:00]

buy orders and left my sell orders in, okay, did I re-establish the buy orders again immediately?

**PETER LEIDER:** That's where we're going.

**GREGG SMITH:** Then I can – yeah, then I can get- I'm trying to get a feel--**ARMAND NAKKAB:** The buys are back in, right there, 78, 77, 79, etcetera.

**FEMALE 1:** And just, before we continue, if you have any questions or need clarification on the orders that are not on this screen but you had put in before and you're canceling now, we can go back. Do you have an understanding of what occurred?

**PETER LEIDER:** They're easy for me to show you when those were put in.

**GREGG SMITH:** Yeah, there could be something before that's significant or not. I don't remember a particular order, but we can—

DRAFT – SUBJECT TO CHANGE

**Transcript by TransPerfect**

**ARMAND NAKKAB:**  So, just to ask a question, just to level set, is this the entire exhibit that we're looking at or is this a portion of it?

**PETER LEIDER:**  We did not want to show an entire day.  At some point we have to—we don't want to be here—for a month.

[OVERLAY]

**ARMAND NAKKAB:**  No, I get it, but just for the record, we're not looking at a complete day's trading activity.  We're looking at a point in time that market oversight actually pulled out and actually—

**ED FURLONG:**  It's up to you. If you want to look at--

**FEMALE 1:**  Do you need to see the orders that you placed before that are being canceled now, I think it was two?

**GREGG SMITH:**  I don't know.  I may need to see them to give a better explanation, but at this point in time I don't know what the explanation.

**ARMAND NAKKAB:**  So what's the question on the table actually?

**GREGG SMITH:** That's what I was wondering about.

**PETER LEIDER:**  Well, we were just basically this example, as per before and as per before we started showing you, it just appears that the exposed orders were in response, looking at it this way and from our point of view that the orders that were exposed, the 10 lot orders were in response to the iceberg, because, as per before, once the iceberg gets filled, orders around that level and on the opposite side of the market were pulled out of the market.  That was the concern.

**ARMAND NAKKAB:**  The buy orders, so we have the sell iceberg, and you're canceling buy orders.  So the question asked is why would you have done that?

**GREGG SMITH:**  Why could I have done this at this point in time, why would I do it at this point in time?

**PETER LEIDER:**  Why would you enter the buy orders or some of the—

**RON WOLF:**  It's two questions.  Are you asking why he entered the buy orders or are you asking why he sold the buy orders?  The end of the buy orders were the--

**ED FURLONG:**  --the scenario, and now we're going back.

**RON WOLF:**  You know, if he's putting an iceberg to sell at 85 and he's entering buys at 78, that's easy to see why he entered the buy orders there.

**PETER LEIDER:**  I'm not following that.

**GREGG SMITH:**  I kind of lost that.

**ARMAND NAKKAB:**  So why don't you walk them through at the time what you perceive your strategy was?

**GREGG SMITH:**  What I think might have happened is that my scale probably moved in too tight.  My buys and sells were probably too close at some point in time.  When they get closer, you will see me cancel more often than not one or two sides.  I'm not going to—you know, making 10 or 20 cents is great buying and selling, but the risk reward on that is just not something that I want to do on a continual basis.  So, again, I could have—before you told me that I probably re-input buy orders, I was telling you that.  You know what?  I probably wiped them out, and I probably re-inserted buy orders.  I only sold 10 lots.  What did I have in, 100, or 50 or so?  You know, I didn't get filled on all my orders.  But the spread was probably moved to a position that was too tight.  Whether I was canceling the buys or the sells at the time is contingent on what was happening at the time.

**ED FURLONG:**  Why did the pattern only occur on one side of the market?

**GREGG SMITH:**  I don't understand.

**ED FURLONG:**  Why does the cancellation only occur for the most part on one side of the market?

**PETER LEIDER:**  For what we refer to as the exposed orders, meaning not—

**GREGG SMITH:**  In this particular instance, it does, but I could probably tell you that, if you look at the entire day, I'm sure you're not going to find this all the time.  I'm sure you're going to find where I was buying 40s, 30s, and 20s and I canceled the buys.

**PETER LEIDER:**  Okay.  Would you care to continue through this example or—?

**GREGG SMITH:**  Sure.

**PETER LEIDER:**  Okay, I'm just going to pick up where I left off, if I can remember where this is at that point.  We were at the buys, get back in, okay.  At 9:04:55.027, you enter an order to purchase 10 contracts at 78, 6th level of the book, followed by an order to buy 7 at the 7th level of the book, a total of 40 lots in 10 lot increments at 79 go in, ranging from a level up to the 5th and 6th level of the book,

**[01:20:00]**

a total of 20 contracts, 81 go in at the 4th level of the book in 10 lot increments again, 10 at 2 at the 3rd level of the book and 10 at 4 at the 1st level of the book, and another 10 more in addition

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

to that 10, so a total of 20 at 4, and we shifted, those are now at the second level of the book. We're at 9:04:58 and 9:50. At this point, 20 at 84, 10 at 82, and a total of 20 in 81 ranging from the 2nd to the 4th level of the book get canceled. 9:04:59.931, resubmit a buy at 80, 20 at 81 in 10 lot clips at the 4th level, 10, 20, 30, 40, 50, no excuse me, I'll go again. 10, 20, 30 buys at 82 at the third level of the book, and that was by 9:05:00.755, and at 9:05:01.115, you cancel out the 30 lots at 82, which are still at the 3rd level, cancel out 20 contracts at 81 and 10 at 80. At this point, 9:05:02.316, if you'd be kind enough—you enter a purchase for 10 at 79 at the 7th level followed by a purchase at 81 at the 3rd level, a purchase at 83 at the 2nd level, a purchase at 84, 10 lots each at the 2nd level, a total of 30 at 85 were entered by 9:05:03.500 all at 2nd level. At 9:05:03.667, you canceled the three closest orders to the top of the book at that point, which were the 85 purchases and re-enter 30 purchases at 86 at the first level of the book by 9:05:04.109. If I may at this point, another one lot of the ice bergs that were resident in the book earlier—

**ARMAND NAKKAB:** It's not another one, it's the first one.

**ED FURLONG:** Can I just ask you a question? Your top layer of the book is three 10 lot offers or three 10 lot bids at 85. And then you immediately cancel them and then replace them with three 10 lot orders to buy at 86 right before your sell iceberg at 88 begins trading. Can you tell me why you move those 30 lots to buy one price higher, one price closer to the top of the book?

**GREGG SMITH:** The market could have gone from 8 ½ bid or 8.60 bid, 8 ½ bid to 8.60 bid. Something changed after I put the orders in. It looks like I put them in, canceled, replaced, canceled replaced either 10 or 20 cents higher or 10 or 20 cents lower, give or take which order you pick out.

**ED FURLONG:** It was milliseconds there. I mean, this whole sequence that he just ran through was entering buy orders, canceling buy orders, then, as you get closer to your resting iceberg, you get more aggressive with the 30 lots, with the 85s, cancel them, then you re-enter them at 86 immediately before the sell iceberg starts trading.

**ARMAND NAKKAB:** I don't know that he got aggressive. I think it's just consistent with his trading pattern. I think that characterization is a mischaracterization. He's not changing his quantity, and he's not changing his trading style in any way.

**ED FURLONG:** Well, it's 30 lots at the top of the book for spot gold is pretty aggressive. What would you say is the—say on average what is the top player of a queue on gold?

**GREGG SMITH:** I don't know.

**ED FURLONG:** 5 lots, maybe 10?

**GREGG SMITH:** Sometimes, but not all the time. I mean, there are hundreds at the top layer sometimes. I mean, I'm at the top layer for volume sometimes, depends on the situation. Okay, go ahead.

**Transcript by TransPerfect**

**ARMAND NAKKAB:**  I think the one statement that I would make is that I think we're looking at this in a vacuum without having the benefit of what the market conditions were on this particular day, and I think that's going to dictate very much how his trading activity's going to play into what you're seeing, so I think, you know, knowing and understanding what the market was, what the volume was, what the range was—

**ED FURLONG:**  We can see that information.

**ARMAND NAKKAB:**  I'm sorry?

**[01:25:00]**

**ED FURLONG:**  We can see that information.

**ARMAND NAKKAB:**  Okay, I get that, but we here sitting today don't have the benefit of that, and you're asking us questions pretty much in a vacuum, because we don't have the benefit, he doesn't have the benefit of, A, recalling the trade at the time, and we don't have an exhibit that says, okay, trading volume in the range is so and so to put him in the day, so just for the record.

**ED FURLONG:**  We don't have the benefit of sitting with you while you're trading to see it.

**PETER LEIDER:**  Okay, I'm going to continue, if I may.  At this point, one lot of the earlier iceberg at 88 gets filled, working 9.

**GREGG SMITH: It's getting a little fuzzy.**

**PETER LEIDER:**  Which I apologize for gentleman.  At which point it's 9:05:04.290, it looks like you cancel a total of 30 contracts at 86, which were on top of the book at the 1st level followed by 10 contracts at 84 and 10 at 83 which were out by 9:05:05.595.  And, if you'd be kind enough.  At this point, it's 9:05:05.283, you enter an order to purchase 10 at 83, an additional 10 at 83, an additional 10 at 83, an additional 10 at 83, a total of 4 at 83 which go again in books moving from the 4th to the 5th back down to the 4th level of the book, followed by a purchase to buy 10 at 84 at the 3rd level of the book when they went in at 9:05:05.945.  At this point, you get filled on another one lot of the iceberg that was working above the market, working 8, and the rest of them start to go, 7, 6, 5, and you get filled on an additional—on that additional order of the 88s you were working on the iceberg.  If you'd be kind enough.

**ARMAND NAKKAB:**  Did you have a comment, Gregg?

**GREGG SMITH:**  Yeah, I just wanted to say—I mean, it looked at one point again that it went up, touched my iceberg, and then I got one lot on the iceberg again, and something may have happened at that time.  Another order may have came in with me or in front of me, and then I canceled my bids and re-established my bid.  It seems consistent that it constantly goes up and touches one side of the order whether an iceberg or an outright limit order.

**ED FURLONG:**  For the most part it's hitting your iceberg orders.

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

**GREGG SMITH:** Yeah, from one lot being executed.

**ED FURLONG:** Right, and then we saw the remaining 9 go milliseconds after you entered 5 layers of 10 lot buy orders.

**GREGG SMITH:** But I canceled the buy orders first, correct?

**ED FURLONG:** Well, you canceled, then you replaced, then you replaced.

**GREGG SMITH:** Which I almost constantly have done in each example, sell orders or buy orders. The first time it was sell orders. This time it's buy orders.

**PETER LEIDER:** Okay, at 9:05:06.130, enter several new orders, 10 lot increments, again, 10, 20, 30, 40 lots at 86 go in, ranging between the 2nd and the 4th level of the book, and at 9:05:07:02, all of them, the 40 lots I just mentioned, which were now residing at the 4th level of the book all get canceled. At 9:05:07.195, enter an order to buy 10 at 6 at the 3rd level of the book followed by 20 at 7 at the 2nd—30 at 7, pardon me, top of the book—at the 2nd level of the book, I apologize, followed by 10, 20, 30 contracts at 88, which the market shifted again, all at the 2nd level of the book. 9:05:08.347, you cancel 10, 20, 30 contracts at 88, still at the 2nd level of the book, and 10, 20, 30 contracts at 87, which were at the 3rd level of the book. And if you'd be kind enough. Let's see, the 30 book. You canceled the 10 at 86. We're at the 3rd level of the book as well at that point. We're at 9:05:08.856 for the record. Cancel the 84s, which were at the 5th level of the book. 10, 20, 30, 40 lots at 83, again, 10 lot clips resident at the 5th and 6th levels of the book get canceled by 9:05:10.593. At this point, 9:05:11.024, about a minute later, you enter an order to buy 10 at 83 at the 4th level, 10 at 84 also at the 4th level, been explained, another 10 at 84

**[01:30:00]**

at the 4th level, 10 at 85, another 20 at 85 so far that I can see, 10 at 86 at the 2nd level, 10 at 87 at the 1st level and another 10 at 87 also at the 1st level, so 20 working at 7 at the 1st level. At this point it is 9:05:12.460, 20 lots at 7 which were now at the 2nd level of the book get canceled. 10 at 86 at the 3rd level come out. 20 at 85 at the 4th level come out, 20 at 4 at the 3rd level come out, 10 at 3 at the 4th level come out.

**ED FURLONG:** So, at that point, you're re-adjusting your buy orders. Why aren't you re-adjusting your sell orders? It's always on one side that you're placing and canceling.

**GREGG SMITH:** I don't know.

**PETER LEIDER:** It seems to be predicated on at least here in this, predicated on getting the iceberg, because it's always on one side of the market. I think that's what this point was. But, at any rate—

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

**ARMAND NAKKAB:** I would argue that—are you reaching a legal conclusion there? That's what it is?

**PETER LEIDER:** No, just pointing it out, that's all. Let's see, at this point, 9:05:15.688, you enter an order to sell 5 deviating from what we've seen at 89, 132.89 at the second level of the book followed by a purchase of 5 at 9:05:17.61 at 83 for a purchase of 10. I didn't make myself clear there, I'm sorry, purchased another 10 at 83, purchased another 10 at 4, another 10 at 4, another 10 at 5, 10 at 6, 10 at 7, 10 more at 7, a total of 30 at 7, and 20 at 8 ranging at that level from the 5th up to the first level of the book with the 88s, at which point—28 at 88, to be correct, at this point, 9:05:19.508, 28 at 88 get canceled again in 10 lot increments away from the top of the book. 30 at 87 get canceled from the 2nd level of the book. 10 at 6 come out at the 2nd level. 10 at 5 come out. And at 9:05:20, you re-enter an order to buy a total of 20 at 5 at the third level of the book, which you cancel both at 9:05:21.181. I'm sorry for this. Again, re-enter a total of 20 lots at the 3rd and 4th level of the book, followed by an additional 10 lots re-entered at 86 at the 3rd level of the book. It's really impossible.

**ED FURLONG:** So at that point there, this was similar to what you did before. You placed 20 lots to buy at 85. Then you canceled them. Then you immediately replaced them with 20 more at 85, then you added another 10 at 86. Is there a reason for you placing more orders closer to the market there?

**GREGG SMITH:** It could have been the same reason that, when I placed the original orders, it looked like something else came in with me, I canceled and replaced. It looks the same to me. There I did—I mean, there's a 5 lot order that went in on the sell side that's not an iceberg, right? Okay, all right. So, again, it's probably for the sake of time again both ways, but it looks to me like it's the same, cancel and replace a scale, see how the market reacts. The market reacted to my scale, I canceled it and then replaced it based on what happened in between. I can't see—am I canceling my scale and is the market moving one way or the other after? It's tough to determine by just looking at this. Again, I'm clicking, and I'm clicking, and all I have is the lines moving like this, so I'll bid, offer, bid, offer, bid, offer constantly.

**PETER LEIDER:** Okay, I think we're going through this now.

**MIKE SEROSSI:** When you said canceled and replaced the scale, what are you trying to see? You said you're trying to see how the market reacts.

**GREGG SMITH:** When I put, like we had said before, it appears when I put some bids in that there are automated entries going in along with mine or

**[01:35:00]**

maybe small in front of mine or with mine, so I cancel the order, see how the market reacts to my cancellation, okay. If there was an order entered with my order, odds are they're going to cancel when I cancel my bid, and then I replace. That's constantly what I do. If they cancel three levels, then you may see me start again at a different level. Just—

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

**MIKE SEROSSI:** To see if they come back or to see—

**GREGG SMITH:** It appears here that maybe they were constantly coming back with me and I was constantly canceling and adjusting. They're coming back, I'm canceling adjusting. I know it sounds strange when you look at it as quickly as it's going, but that is—I am looking at it. When I put 10 in like, it will all of a sudden become 19. Then it will all of a sudden become 21. I can't see that here. If you tell me I bid at 8.80 and then you told me that another 8.80 order came in 2 milliseconds after my order, that was for 1, 2, 3, 4, 5, 6, 7, that could be exactly why I canceled. And the majority of my cancellations is for that, and you've seen me put them back in almost immediately, because then I'm seeing if they're canceling with me.

**MIKE SEROSSI:** For what purpose?

**GREGG SMITH:** It doesn't do me any good to get a fill if somebody else is bidding with me.

**ED FURLONG:** But, when you have a sell order and somebody comes in on top of you, why don't you cancel that too if that's why you're canceling?

**GREGG SMITH:** You lost me.

**ED FURLONG:** Well, you're placing bids, and you're canceling them because other orders come in on top of them. You place sales, and you leave them in in this example.

**GREGG SMITH:** It could have been a price level I picked earlier. The other example I was the opposite way.

**ED FURLONG:** Right, so it was exactly the same but opposite sides of the market.

**GREGG SMITH:** Yeah.

**ARMAND NAKKAB:** And, keep in mind, he's also hedging client flow, so the sale may be a hedge of a client flow product. It may be a different—he does that and then he's also got other responsibilities, which is hedging the actual client trades that come in, so the sale could be the hedge to that client transaction.

**GREGG SMITH:** You'll already see resting orders throughout my book that aren't as close to the market, you know, depending on what's there in the order book.

**MIKE SEROSSI:** Are you the only one doing these hedges that are coming in?

**GREGG SMITH:** When I am in, yes. If I'm out, somebody else will replace me.

**EUGENE FERRARA:** So, Gregg, what you're saying is you'll enter an order to buy at 10, someone else will join you, you'll cancel to see if they cancel as well. If they cancel, you'll put it back in.

37

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

**GREGG SMITH:**  If they cancel, I look at what happens.  I'll cancel, and I'll see what happens.  And, if they don't cancel, then maybe I got to bid higher.  If they do cancel and as I'm canceling, whichever way I'm canceling, whichever order I'm canceling, I'm looking to see how that market's moving, okay?  I may come in and re-enter.  Ideally I probably wanted to buy 50 lots at an average price of the scale that you're seeing, okay?  I'm not willing to buy 50 lots that's 10 or 20 cents away from the mid of the market, but I am willing to buy 50 lots at an average price that could be 60 or 70 lots away from the market.  And, again, when you see me enter both sides initially, and, again in this example, it's usually—I'm usually looking at market and measuring, okay, here's the middle, I'm going to put sales in buys in, and I'm going to put buys in sales in and then adjust accordingly to what happens.

**MIKE SEROSSI:**  And, again, you're on your screen without anybody else outside influence, people telling you?  This is all on your own volition?

**GREGG SMITH:**  This is me sitting there staring at the screen.  The other items, like I said, I'll make markets to the outside.  Customer trade I'll hedge the house position.

**PETER LEIDER:**  I'm going to continue through here.  A couple of more 105s were part of that here's the 5 lot order we discussed before to two, another was at the 5.  Oh, that's part of the scale that's going.  Yeah, those were the 5 sales, okay.  At this point, 9:05:21.791, you enter an order to purchase 10 at 86 at the 4th level followed by two orders to purchase 10 lots each at 87 at the 3rd level followed by 2 additional orders to purchase at 88 at the second level, and that occurred by 9:05:22.467.  At 9:05:22.657,

**[01:40:00]**

you cancel buying 10 at 88, a total of 20 at 88, cancel the 20 at 87, 10 at 86 and 10 additional lots at 86 were residing out to the 4th level.  At 9:05:23.501, you entered 10 additional buys at 86, 10 at—a total of 30 at 87, and 10 at 88.  All are roughly give or take at the second level of the book at this point.  9:05:24.367 you cancel your 88s at the 2nd level, your 87s, 20 lots, 30 lots, and your 10 at 86s which are now out to the 3rd level of the book.  They seem to be replaced at 9:05:25.185 with a buy at 86 10 lots at the 3rd level, a buy at 85 10 lots at the 4th level and a buy at 86 at the 3rd level at that point.  At this juncture, 9:05:25.877, you cancel your buys at 86, a total of 20 lots at the 4th level, your buys at 85, which are at the 5th level, a total of 30 lots in 10 lot clips and re-enter at 9:05:26.233 10 contracts to purchase at 85 at the 4th level, 10 to purchase at 86 at the 3rd level, 20 at 87 at the 2nd level, 20 at 8 all again in 10 lot increments, which are now at the 2nd level of the book.  9:05:27.305, you cancel buying 10 at 8, a total of 20 at 8 at the second level, 20 at 7 10 lot clips, and 10 at 6 at the 4th level.  9:05:28.028 you enter a 10 lot purchase at 6 and a 10 lot purchase at 5 at the 3rd and 4th levels.  At this juncture, 9:05:28.796, you cancel 10 to buy at 6 and 10 to buy at 4 and 10 others to buy at 4.  You've been working a total of 20 at 4.  Those were at the 5th level.  You replace 10 of those lots with a purchase of 83 at 9:05:29.161, at which point we cancel, two 20 lot orders at 85, going to the other side of the book, 9:05:31.33.

**DRAFT – SUBJECT TO CHANGE**

Transcript by TransPerfect

**ED FURLONG:** With all those buy orders that you just entered, the whole series of buy orders and buy cancels, are you trying to create any sort of like imbalance in the book, where there's just more buy orders than there are sell orders?

**GREGG SMITH:** No, not at all. It looks like I'm readjusting my scale constantly. It looks like the market traded up to 9 at one point, and I canceled, and then I moved the scale higher, and then it looks like I canceled and moved my scale lower. What do you mean by imbalance in the book?

**ED FURLONG:** To keep it simple, just basically the bid's bigger.

**GREGG SMITH:** They're 5 10 lot orders.

**ED FURLONG:** Well, that's 50 lots, but I mean you're at 3. Sometimes it'll be 11 in a row, sometimes it'll be 5, sometimes it'll be 7.

**ARMAND NAKKAB:** I'm sorry, just to clarify, you mean his own book or do you mean the actual marketplace?

**ED FURLONG:** The actual marketplace.

**ARMAND NAKKAB:** Okay, so not the book but the actual market.

**ED FURLONG:** The order book for the entire market.

**PETER LEIDER:** What everyone sees

**ARMAND NAKKAB:** The order book, okay, different.

**PETER LEIDER:** Getting back towards the other side of the book again, you enter an order at 9:05:31.833, an iceberg order as per the one to sell 10 at 132 90, okay, and at that point it almost trades immediately in one lot clips, you can see, and the count goes down to 0, indicating that iceberg order got filled.

**ARMAND NAKKAB:** Two of them, two of them got filled. The 90s and the 91s.

**PETER LEIDER:** Correct, that were working earlier. There we go, okay, thank you. Okay, at 9:05:33.822, you enter an order to buy at 88 at the 5th level of the book, 10 lot clips.

**ARMAND NAKKAB:** Actually before that, right above that, one lot gets filled on the 93, right?

**PETER LEIDER:** I didn't see it for the gyrating. Your eyes are better than mine. Correct, working 9.

39

**DRAFT – SUBJECT TO CHANGE**

Transcript by TransPerfect

**ED FURLONG: 93 scale. Right.** So is there a reason after you get filled on your first layer of sell icebergsand then you start to get filled on your second layer, that's at a higher price,

**[01:45:00]**

then you start to enter more buy orders in the book, is there a reason why you enter those buy orders in between?

**GREGG SMITH:** Can we move up to the top first from where we started back up, from where we ended the last one? I think if I look at the whole picture, it's a little easier for me. Are we there, is that where we started? I mean, it looks like, in that case, I canceled buy orders, right?

**ED FURLONG:** Right.

**GREGG SMITH:**I canceled my buy scale and then sold.

**PETER LEIDER:** Correct. That would be this order, yes.

**GREGG SMITH:** Okay, so I was not—

**ED FURLONG:** I was asking basically—

**GREGG SMITH:** Well, we left off right above that before, right? So I want to try to continue from where we ended and reenact what was going on.

**ED FURLONG:** I couldn't see what we were talking about, because we were talking about the 90s.

**ARMAND NAKKAB:** You want to look higher up?

**GREGG SMITH:** Yeah, I mean, you're picking out one spot. We stopped explaining a spot that was probably about 10 orders higher. It's difficult to see now too, but we stopped probably 10 or 15 orders above this, and now you've skipped over about 20 orders and started asking me a question on the 20th order below the last. So, if you look, and to go back to my strategy, you can see that I canceled my scale bid of 820 to 830s, 840s, 850s, correct? I canceled them before I sold. You've kind of been pointing out that I'm canceling bids only after I sold, and skipped that section when I canceled before I sold, so I just wanted to point that out that, if I pick out—if we pick out each small thing, it's a little difficult for me to understand, and now we just skipped over where I had bids in, I canceled all my bids, and then I sold my offer, and I might have had to scale down bids there, but I didn't have bids that were right on top of my offer, I canceled them. Now, I could have canceled them.

**ED FURLONG:** Right

**GREGG SMITH:** Yeah, I know, but you seemed to be saying that I've only canceled them when it gets close to my sell order before. This says I cancel and I've had resting buy orders in,

**Transcript by TransPerfect**

probably other resting buy orders in that weren't as close to the market, and I had the resting sell order in. I cancel my buy orders, and now I sell. Just to point out that I canceled—I'm canceling the scale for many different reasons while it goes on. I said it could be a change in the marketplace, but I canceled that scale there on the buy side and then sold after. I didn't cancel after I sold, okay.

**ED FURLONG:** And actually we went over before that you placed and canceled hundreds of buy orders, and then, as it got close to trading, you canceled.

**GREGG SMITH:** But I cancel without trading and I cancel when it does trade. Do you understand what I'm saying? I'm clicking—well, it's not indiscriminately. I do have some—I'm trying to react to what's going on, but I cancel when I'm not filled, and I cancel when I am filled, there's a lot of different reasons, but we just happen for that. From what I understand there, I canceled and then was filled after I canceled, okay, just to point it out, because we picked out examples exactly the opposite of that and then skipped over that example, okay. All right, now let's go down to where we were at 9.

**ED FURLONG:** Where were we?

[OVERLAY]

**PETER LEIDER:** Every time we get close to this, it gets worse. We started to get filled on that order—here's your 105s, one lot of the 93 as you pointed out gets filled working 9.

**ED FURLONG:** But, one second, this sell lot that you put in, you put that into the market right then and then traded it. It wasn't resting, so it is a little bit different. You could have canceled your bids because the market was trading higher and then just went to the market. This wasn't resting. Yeah. It was put in at the 833, 9:05:31.833.

**GREGG SMITH:** Was it a resting order or wasn't it a resting order?

**ED FURLONG:** It was not. You placed it in the market as an iceberg.

**GREGG SMITH:** And I was 10 lots first level 10 lots offon a trade, okay.

**ED FURLONG:** So I don't think that had anything to do with the buy orders canceled before that. That was it went straight to the market.

**GREGG SMITH:** I put an order one level above where the market was trading.

**ED FURLONG:** The market was trading above your bids, and then you came in with the sell order to sell icebergs at the best bid at that time, which was not yours, just wanted to point that out.

**PETER LEIDER:** Okay, I'm going to continue. We're at 9:05:33.822.

Transcript by TransPerfect

DRAFT – SUBJECT TO CHANGE

**[01:50:00]**

Some of those resting sell orders, you got them filled, in addition to the one that was put in which we just referenced. You entered a buy at 88 again for the 10 at 5th level, 10 lot buy at 89 and 10 lot buy at 90 to the 3rd level. It's now 9:05:34.173 for the record. And your 93 offer, one lot of which got filled before, it starts to trade again in one lot increments. You get two more lots, you're filled on 7. At this point—

**ARMAND NAKKAB:** You fill on 3, balance at 7.

**PETER LEIDER:** Excuse me, yes, correct. I apologize, working 7, a total of 3 filled. And could you go down a drop for me, please? At this point, and we're at 9:05:34.329, you enter in 10 lot increments a total of 20 buys at 92 at the 2nd level and 20 buys, excuse me, at 91 at the 2nd level and 20 buys in 10 lot increments at 92 at the 1st level. At this point, more of the 93s start to trade in one lot increments because it was an iceberg, 6, 5, 4, 3, 2, 1 filled. At this point, you enter another buy at 92 almost concurrently.

**ED FURLONG:** So let's go back to that sequence there. That's what I was referring to earlier. As the 91s started trading, well they traded completely, and then the 93s you traded one lot on the 93, the 10 lot sell iceberg at 93. Then why did you place 3 more buy orders exposed right before the sell at the 93? You traded 2 more and then 4 more exposed buy orders basically right at the top of the book at the 2nd and 1st level?

**PETER LEIDER:** I think the question is, if I may, were those buy orders I just referenced put into the market to support the market there so you could get filled on your offer?

**GREGG SMITH:** No, not in general. Still I'm on both sides of the market. I mean, again, the particular instance, it looks like I canceled and replaced several times. The market appears to be moving higher.

**PETER LEIDER:** Okay. I left off approximately here which is at 10 buys at 92 that were entered, and at 9:05:35.266, 92 start getting canceled, including that particular order, but there were two other orders to buy at 92s, a total of 30 lots, and they were all canceled by 9:05:35.266, at which point you enter another buy at 92 at the second level of the book. We're at 9:05:35.709, and at this point, 105s start going off again pertaining to those iceberg scales that were resident earlier. 9, 8, 7, 6, 5, 4, 3, 2, 1, 0, that order gets filled, meaning your 95 offer by 9:05:35.745. At this point, it's 9:05:35.825, you enter an order to buy 10 at 93 at the 3rd level, 10 at a total of 20 at 4, a total of 30 at 4 all at the 3rd level of the book, and all 4 of those orders get canceled, meaning the 10 at 93 and the 30 at 94 by 9:05:37.045, if you'll be kind enough. 9:05:38.355 you enter an order to buy 10 at 93 at the first level, and an order to sell 10, again, I'm going to the other side of the book, at 97, not an iceberg right at the top of the book. At that point, you enter an order, 9:05:39.370 to buy 10 at 92, 10 at 93, 30, 40, 50 at 95, those 95s were at the 2nd level of the book, 10 at 96, a total of 20 at 96, ahead of the 95s at the 1st level.

Transcript by TransPerfect

**ED FURLONG:** So at that point you placed a 10 lot sale order in. Now you just leave it in there, but we can see that the market's moving. Why not adjust that by canceling and replacing it,

**[01:55:00]**

just like you do with your buy orders?

**GREGG SMITH:** I don't know, to be honest with you. Did the market move away from it? Did the market shift lower when I canceled my buy orders?

**ED FURLONG:** The market—well, you were still entering buy orders right after you placed it, and you were entering them further away and going closer to yourself.

**ARMAND NAKKAB:** But what did the market do?

**ED FURLONG:** The market—

**GREGG SMITH:** Again, did other orders cancel as I canceled? Did other orders come in as I put my orders in? That has a lot to do with when I'm canceling and rebooking.

**ED FURLONG:** We need to pull up a different program to see that—but right now we're looking at what your orders are doing.

**ARMAND NAKKAB:** All right, I think the key is that, as he testified, he's reacting to market conditions, and I think, when you guys do your review based on the testimony and the additional data that you have, you got to incorporate what the market conditions were around this particular trading activity.

**PETER LEIDER:** We always look at that. How many orders and how big these orders were and how long they were out in the market and everything else you can—

**EUGENE FERRARA:** You could be number one on the book, but there could be 300 lots in front of you.

**PETER LEDIER:** Yeah

**ED FURLONG:** That would be extremely rare.

**GREGG SMITH:** That would be rare.

**PETER LEIDER:** But that's possible, not likely.

**ARMAND NAKKAB:** Depends on market conditions.

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

**PETER LEIDER:** Absolutely. I would never want to detract from anything you're saying with regard to that, because we're aware. We're just trying to illustrate your trading. That's all we're doing. At this point, we're at 9:05:40.720. 97s start to get executed, 5, 4, 3, how many lots here, 5, 6, 7, 8, 9, 10 lots get filled, down to 0. 97s get filled.

**GREGG SMITH:** Looks like I bought and sold.

**PETER LEIDER:** Yeah, looks like it went through—

**ARMAND NAKKAB:** You get three lots of your highest buy order.

**PETER LEIDER:** Of your highest scale at working 7. At this point, you cancel that offer of which you just got, again, nibbled on, for lack of a better term, was canceled out at 9:05:40 at .876. 9:05:40—same millisecond you cancel a buy, another buy at 96, the second level, 40 at 95, which were at the third level, excuse me, 50 at 95, we're at the 3rd level, come out, at the 7th level you had 20 at 92, those come out. At the 8th level, you had 20 at 91. Again, the book's moving obviously, but this is what—we're going static right now. 10 at 93 come out, a total of 20 at 93 at the 6th level. 10 at 90 at the 7th level, 10 at 89, 10 at 88, and again we're moving away from the book from the 9th to the 10th, and now we're at the 15th level of the book away from where your orders were. You're canceling 88s, 83s, 83s, 83s, and 81s, which were all in the bushes, away, away from the book. This was done by 9:05:44.548.

**ED FURLONG:** Right there you canceled basically 200 exposed buy orders after you got filled on three lots of your highest exposed buy order. Can you explain why, if you intended to trade those, why you canceled them as soon as they started to trade?

**GREGG SMITH:** They all didn't start to trade. I mean, the one buy order started to trade. Yeah, the one buy order started to trade, and some of those orders were stagnant. You said they were in from earlier.

**PETER LEIDER:** These were seconds earlier. This is all coming from the last.

**GREGG SMITH:** Yeah, the 8, 10s, 8, when the scale was lower. Some of those orders were put in when they were—they were closer to the mid at the time and then now—I mean, it looks like I just—

**ARMAND NAKKAB:** Let him—don't talk over each other. It kills the record.

**ED FURLONG:** I would just—I don't understand, so maybe you could help me understand why you traded—you put your highest bid in the book. You got traded 3 untraded, so you didn't even get all of your 10 lot orders, and you canceled them, and then within milliseconds you canceled 190 more contracts that were layered from

**[02:00:00]**

the 15th level up unto what was trading.

44

DRAFT – SUBJECT TO CHANGE

Transcript by TransPerfect

**GREGG SMITH:** Did I re-enter after this? It looks like I just canceled the scale and reset.

**ARMAND NAKKAB:** Actually, that's a good question. Did he re-enter after this?

**PETER LEIDER:** We can open this up a little bit and see.

**ARMAND NAKKAB:** So let's do that.

**GREGG SMITH:** I mean, these orders are—

**ARMAND NAKKAB:** Let's just see. Do you guys have it on your own desktops?

**PETER LEIDER:** Do you want to try bringing it over there and see what happens with that?

[Background Conversation]

**ARMAND NAKKAB:** Are your work stations on this floor? Do you want to just go run over there and maybe just do a print out of the next 50 trades?

**MIKE SEROSSI:** You want to take a break and then we'll—

**ARMAND NAKKAB:** Why don't we do that, if that's okay?

**ED FURLONG:** I'm going to pause the tape for a minute. All right, we're back on the record. It's now about 20 or so after 4:00. Go ahead, Peter.

**MIKE SEROSSI:** So you had some questions pertaining to—we had to go off the record, we're back on—pertaining to some trades that were entered after the last specific time that we noted on the tape. I ran that next report. Unfortunately we're unable to show it on the screen, but I ran it in a paper format, and it shows the trading, your trading from the exact millisecond that we left off prior to taking this break. I believe you were discussing orders that possibly were re-entered, if it helps.

**ARMAND NAKKAB:** Are you going to mark it as an exhibit, guys?

**PETER LEIDER:** Yes, I'll mark that. Thank you very much. We'll call that exhibit C.

**GREGG SMITH:** Could we see where we left off again?

**FEMALE 1:** 9:05:44.548.

**PETER LEIDER:** That sounds about right. I think I went back about a second before that.

**ARMAND NAKKAB:** Thank you. That's the first line on the exhibit C. Do you agree with that, Gregg?

Transcript by TransPerfect

**GREGG SMITH:** What's that, 9:05:44.54?

**PETER LEIDER:** I went back a drop so there was some overlap.

**GREGG SMITH:** Okay, now previously I guess I canceled 10 or 12 orders or 13 or 14 or whatever. I thought he had said that he added 200. I wanted to go back to a question you had asked me earlier saying, when you put your orders in, is it your intention that you want to execute every order, and it is when I put the order in. This looks like it may have been a case where I had put orders in at a level say between 8 and 8 ½. The market had since traded up to 9, 9 ½. Now, if I put a 50 lot scale in between 8 and 8 ½ and the market has since moved,

**[02:05:00]**

the orders that I am putting in now, the 50 lots really is replacing the orders that were below the market if they have moved off of the screen, could have been I'm saying, but it looks to me like that could be the situation. So my intention was to trade 50 lots when I came in. I may have put in another 50 here and another 50 here, and, at the time, the intention is to trade them, but they had moved away from the market, so I didn't for the time's sake, you can see how quick I'm clicking, go back under, move the screen, go back down and cancel the original 50 before I put in another 50. Do you understand?

**ARMAND NAKKAB:** So effectievely he's not doing a cancel, replace. He's doing a new order and then, once the new order is in, he'll go back and cancel the other orders.

**GREGG SMITH:** At some point in time, I'll go back and cancel the other orders. So was my intention when I started to have 150 buy orders in at once? No. But the 50 that I put in, yeah, I'm happy to trade those 50 I put in. Now it moved away. Now I put another 50 in higher, okay, and I'm happy to trade those 50. Now, I'm well aware that I still have another 50 hanging somewhere, and, if they trade, I mean, it's on me, they trade. Now I own 100 lots, but I don't always go back and cancel my original orders before I replace them.

**EUGENE FERRARA:** So in this example on the screen, the deck level 15 is probably that example—

**GREGG SMITH:** That's why I thought of that. This looks like an example of where I started at one level and moved up, and, if the number is 50, 50, 50, I could have had a stagnant 50 in there. My intention wasn't to have 150 in. It's 50 pieces, but I didn't go back and cancel the original ones that are out of the picture, just for time's sake.

**PETER LEIDER:** But, if we look further we'll see those canceled eventually down the line, you're saying?

**GREGG SMITH:** Well, it looks like that's what happened there. Yeah, that's what happened there.

Transcript by TransPerfect

**ARMAND NAKKAB:** He finally gets around to it.

**GREGG SMITH:** I'm canceling things that are 15. It looks like the closer ones are canceled, the second levels canceled, and then ones that went in before are canceled, but you had asked a question regarding that earlier. Okay, now we go into—I've canceled all these?

**ARMAND NAKKAB:** You canceled all the buys. You re-enter them is where we are.

**PETER LEIDER:** You have about a millisecond overlap between where this starts and that ends.

**GREGG SMITH:** The market looks like it's moved significantly. Is this a millisecond?

**PETER LEIDER:** Yes.

**GREGG SMITH:** Yeah, so the market looks like it moved significantly from—where are we there?

[OVERLAY]

**PETER LEIDER:** 810.

**GREGG SMITH:** 810 cancels in the market, is trading now up above.

**ED FURLONG:** Is that a 105 or an order?

**ARMAND NAKKAB:** So you put them back in.

**GREGG SMITH:** It's in order.

**ED FURLONG:** So the market isn't trading. Where is the market?

**PETER LEIDER:** Last execution up there is at 97 and 96.

**ARMAND NAKKAB:** We have the last execution is at even, 133.

**ED FURLONG:** So you had 10 seconds where you executed on anything else.

**ARMAND NAKKAB:** Yes.

**ED FURLONG:** Okay, where?

**ARMAND NAKKAB:** At even.

**ED FURLONG:** At even at what time?

**Transcript by TransPerfect**

**ARMAND NAKKAB:** 105, right, 2 lots at 133 00.

**GREGG SMITH:** Okay, it looks like the scale's moved up. My scale has moved up.

**ARMAND NAKKAB:** So you canceled them. This is another cancel. That's the last cancel on the screen. Then you entered a 5, a 5, a 10, a 10, a 10, a 10, a 10, a 10 at 96, 292, 299, even, 301, 301, 301, 301.

**GREGG SMITH:** Okay, so that was the answer to what we said I had canceled what you may call a stagnant scale where the markets moved away, and I moved it up towards the market. Again, it looks like the scale shifted, buy sales, buy sales.

**PETER LEIDER:** At this point, I don't have any further questions. Does anyone here have any further questions while we're on the record? Do you gentlemen have any further questions of us while we're still on the record?

**GREGG SMITH:** No, sir.

**PETER LEIDER:** Okay, it's approximately 4:27 in the afternoon. At this point I'd like to conclude this interview. Thank you very much.

**[OVERLAY]**