# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH, and<br>MICHAEL NOWAK<br><br>Defendants. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

## SUPPLEMENTAL DECLARATION OF JONATHAN D. COGAN IN SUPPORT OF THE SENTENCING SUR-REPLY OF GREGG SMITH

I, Jonathan D. Cogan, counsel for Defendant Gregg Smith, hereby declare under penalty of perjury as follows:

Kobre & Kim LLP is counsel to Defendant Gregg Smith in the above-captioned action. I respectfully submit this declaration in support of the Sentencing Sur-Reply of Gregg Smith.

1. Attached hereto as Exhibit A is a true and correct copy of the Supplemental Declaration of Mukarram Attari, dated May 22, 2023.

2. Attached hereto as Exhibit B is a true and correct copy of an email exchange between the Government and counsel for Defendant Gregg Smith, dated May 9-10, 2023.

Dated May 22, 2023

                                                        Respectfully submitted,

                                                        /s/ Jonathan D. Cogan
                                                      Jonathan D. Cogan
                                                      KOBRE & KIM LLP
                                                      800 Third Ave, Floor 6
                                                      New York, NY 10022
                                                      (212) 488-1206

                                                      *Counsel for Gregg Smith*