# EXHIBIT B

| | |
|---|---|
| **From:** | Sullivan, Matthew (CRM) |
| **To:** | Kelly Spatola |
| **Cc:** | Jonathan D. Cogan; Sean S. Buckley; Leanne Bortner; david.meister@skadden.com; william.ridgway@skadden.com; bridget.johnston@skadden.com; daniel.merzel@skadden.com; Perry, Avi (CRM); Fenton, Christopher (CRM); Jennings, Lucy (CRM) |
| **Subject:** | RE: [EXTERNAL] RE: US v. Smith, 19-cr-669 \| updated calculations |
| **Date:** | Wednesday, May 10, 2023 8:31:08 PM |

Kelly,

We have provided you with a list of spoofing sequences underlying the loss analysis, and Prof. Venkataraman's reply declaration provides sufficient detail to identify the sequences that are encompassed within his updated loss analysis. We do not have the obligation to expend additional time and resources to create lists that you can generate based on the information we've previously provided to you and the descriptive details contained in Prof. Venkataraman's declarations. We are going to decline again your request below.

Best,

Matt

_____

Matthew F. Sullivan

Trial Attorney

Criminal Division, Fraud Section

(202) 578-6583 (c)

**From:** Kelly Spatola <kelly.spatola@kobrekim.com>
**Sent:** Wednesday, May 10, 2023 4:55 PM
**To:** Sullivan, Matthew (CRM) <Matthew.Sullivan2@usdoj.gov>
**Cc:** Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Leanne Bortner <Leanne.Bortner@kobrekim.com>; david.meister@skadden.com; william.ridgway@skadden.com; bridget.johnston@skadden.com; daniel.merzel@skadden.com; Perry, Avi (CRM) <Avi.Perry@usdoj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Jennings, Lucy (CRM) <Lucy.Jennings@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: US v. Smith, 19-cr-669 \| updated calculations

Matt,

Section II.C of Dr. Venkataraman's reply declaration provides insufficient detail to test his updated analysis. For example, he points out that his counts for categories of excluded sequences differ from the results of Dr. Attari's work, suggesting that data back-up will be necessary to understand those discrepancies. And moreover, his report is not detailed enough in its description of the exclusions to test its results.

We reiterate our request for a complete data back-up of the revised loss calculations. Given the limited time we have, please provide us with the data today.

Kelly Spatola
+1 212 488 1291



[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

---

**From:** Sullivan, Matthew (CRM) <Matthew.Sullivan2@usdoj.gov>
**Sent:** Wednesday, May 10, 2023 12:29 PM
**To:** Kelly Spatola <kelly.spatola@kobrekim.com>
**Cc:** Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Leanne Bortner <Leanne.Bortner@kobrekim.com>; david.meister@skadden.com; william.ridgway@skadden.com; bridget.johnston@skadden.com; daniel.merzel@skadden.com; Perry, Avi (CRM) <Avi.Perry@usdoj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Jennings, Lucy (CRM) <Lucy.Jennings@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Smith, 19-cr-669 | updated calculations

Hi Kelly,

In Section II.C of his Reply Declaration, Prof. Venkataraman describes the parameters he applied to identify the spoofing sequences that were removed in connection with his updated market loss calculations. We believe that this description provides you with the information necessary to identify the removed spoofing sequences, and therefore, we are going to decline your request below.

Best,
Matt

_____

Matthew F. Sullivan
Trial Attorney
Criminal Division, Fraud Section
(202) 578-6583 (c)

**From:** Kelly Spatola <kelly.spatola@kobrekim.com>
**Sent:** Tuesday, May 9, 2023 8:44 PM
**To:** Perry, Avi (CRM) <Avi.Perry@usdoj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Sullivan, Matthew (CRM) <Matthew.Sullivan2@usdoj.gov>; Jennings, Lucy (CRM) <Lucy.Jennings@usdoj.gov>
**Cc:** Jonathan D. Cogan <Jonathan.Cogan@kobrekim.com>; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Leanne Bortner <Leanne.Bortner@kobrekim.com>; david.meister@skadden.com; william.ridgway@skadden.com; bridget.johnston@skadden.com; daniel.merzel@skadden.com
**Subject:** [EXTERNAL] US v. Smith, 19-cr-669 | updated calculations

Counsel,

In light of Dr. Venkataraman's "updated market loss calculations" in his Reply Declaration filed yesterday, please provide the following by May 10, 2023:

1. Updated versions of both the "Spoofing Sequence Losses List.xlsx" and the "Spoofing Sequence Alt Losses List.xlsx" spreadsheets, reflecting the removed spoofing sequences.

2. A separate list of the removed spoofing sequences, noting which of the five excluded categories is the basis for each exclusion. If a sequence was excluded based on more than one category, please note all of them.

3. If any spoofing sequences were adjusted but not entirely removed from the analysis, a list of those revised sequences, along with updated order-level information for each of those sequences.

Regards,


Kelly Spatola
+1 212 488 1291



**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.