UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 19-CR-669 |
| GREGG SMITH and | : | |
| MICHAEL NOWAK, | : | Hon. Edmond E. Chang |
| | : | |
| Defendants. | : | |

**United States' Motion for Leave to
File a One-Page Supplemental Sentencing Submission**

The United States, by and through undersigned counsel, respectfully seeks leave from the Court to file a one-page supplemental sentencing submission (*see* Exhibit A) regarding the government's loss calculation. In support of this motion, the government states as follows:

1. During the August 17, 2023 hearing regarding the defendants' loss calculations, the Court queried whether such calculations should incorporate spoof orders placed in the top five versus the top ten levels of the order book. The Court noted that defendant Smith's expert, Dr. Attari, had submitted a declaration on May 22, 2023, that stated:

> Dr. Venkataraman continues to consider and calculate losses based on any so-called Spoof Order placed and resting in the top 10 levels of the order book. Even though Dr. Venkataraman has altered the threshold from the top 5 levels that he used in the *Bases* matter to the top 10 levels he uses here, he provides no support for the idea that orders resting in levels 6 through 10 are meaningful for market participants or have any material impact on their trading. . . . *When applied to all the Revised Spoofing Sequences, using the top 10 levels rather than the top 5*

> *levels allows Dr. Venkataraman to increase his Unadjusted Market Loss by 72%.*

Attari Suppl. Decl. ¶¶ 12-13 (emphasis added).

2. At the conclusion of the August 17 hearing, and in a Minute Entry (ECF No. 904), the Court directed defendant Nowak's counsel to "calculate[e] the discount on the government's updated loss figure as to Defendant Nowak based on, at the time of the placement of the alleged spoof order (a) sequences in which the alleged spoof orders were placed solely in the Top 5 price levels and (b) sequences in which at least one of the alleged spoof orders was (or were) placed in the Top 5 price levels, even if other orders were placed outside the Top 5."

3. The government has conducted the calculations requested in the August 17 Minute Entry, which are contained in the United States' Supplemental Sentencing Memorandum enclosed as Exhibit A. Notably, in performing that analysis, the government has been unable to determine how Dr. Attari arrived at his results that purportedly show a 72 percent discount on the government's loss calculation when considering spoof orders placed only in the top five levels of the order book.

Accordingly, the United States respectfully requests leave to file a one-page supplemental sentencing submission enclosed as Exhibit A, which contains the results of the government's application of Court's direction in its August 17 Minute Entry. The government believes it is necessary to submit this information to the Court given the government's inability to replicate Dr. Attari's claims of a 72 percent discount.

The government has conferred with counsel for defendants Smith and Nowak, and both defendants take no position on the government's motion for leave.

Dated: August 18, 2023            Respectfully submitted,

                                          GLENN S. LEON
                                        Chief, Fraud Section
                                        Criminal Division
                                        U.S. Department of Justice

By:     */s/ Matthew F. Sullivan*
            Matthew Sullivan, Trial Attorney
            Lucy B. Jennings, Trial Attorney
            Christopher Fenton, Trial Attorney
            Criminal Division, Fraud Section
            U.S. Department of Justice
            (202) 578-6583
            matthew.sullivan2@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Matthew F. Sullivan, hereby certify that on August 18, 2023, I caused the foregoing filing to be electronically filed with the Clerk of Court by using the Court's electronic filing system, which will automatically send a notice of electronic filing to the parties who have entered an appearance in this case.

/s/ *Matthew F. Sullivan*
Matthew F. Sullivan