# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | No. 19 CR 669 |
| v. | : | |
| | : | Hon. Edmond E. Chang |
| GREGG SMITH and | : | |
| MICHAEL NOWAK, | : | |
| | : | |
| Defendants. | : | |

**United States' Supplemental Sentencing Memorandum**

The following tables provide additional information regarding the government's loss calculation based on the Court's August 17, 2023 Minute Entry[1]:

**Gregg Smith**

| | # of Sequences | Unadjusted Market Loss | Adjusted Market Loss (Update But-For Price Methodology) | Adjusted Market Loss (Update Spread-Crossing Methodology) |
| --- | --- | --- | --- | --- |
| All Spoof Orders Placed in Top 5 | 80,035 | $42,266,075 | $29,043,185 | $20,358,307 |
| At Least One Spoof Order Placed in Top 5 | 93,710 | $68,768,340 | $46,509,352 | $33,123,657 |

**Michael Nowak**

| | # of Sequences | Unadjusted Market Loss | Adjusted Market Loss (Update But-For Price Methodology) | Adjusted Market Loss (Update Spread-Crossing Methodology) |
| --- | --- | --- | --- | --- |
| All Spoof Orders Placed in Top 5 | 2,958 | $1,896,410 | $1,491,123 | $913,444 |
| At Least One Spoof Order Placed in Top 5 | 4,970 | $4,776,730 | $3,684,664 | $2,300,808 |

---

[1] These loss calculations use Professor Venkataraman's updated loss calculation set forth in his May 8, 2023 Reply Declaration ¶ 80, Table 5 (excluding any sequences when the defendant's spoofing overlapped with one another or with John Edmonds or Christian Trunz), and limits the loss calculation to include only spoofing sequences that, "at the time of the placement of the alleged spoof order (a) sequences in which the alleged spoof orders were placed solely in the Top 5 price levels and (b) sequences in which at least one of the alleged spoof orders was (or were) placed in the Top 5 price levels, even if other orders were placed outside the Top 5," *see* Minute Entry, ECF No. 904.

Dated: August 18, 2023          Respectfully submitted,

                                              GLENN S. LEON
                                              Chief, Fraud Section
                                              Criminal Division
                                              U.S. Department of Justice

By:      */s/ Matthew F. Sullivan*
                                              Matthew F. Sullivan, Trial Attorney
                                              Christopher Fenton, Trial Attorney
                                              Lucy B. Jennings, Trial Attorney
                                              Criminal Division, Fraud Section
                                              U.S. Department of Justice
                                              (202) 578-6583
                                              matthew.sullivan2@usdoj.gov